# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Holly Blaine Vanzant, et al.,

Plaintiffs,

v.

Hill's Pet Nutrition, Inc., et al.,

Defendants.

Case No. 17 C 2535
Judge Samuel Der-Yeghiayan

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $       ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Case is dismissed

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Samuel Der-Yeghiayan on a motion

Date: 11/29/2017

Thomas G. Bruton, Clerk of Court

Amanda Scherer , Deputy Clerk