IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HOLLY BLAINE VANZANT, and DANA LAND, on behalf of themselves and all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) ) | No. 1:17 cv 2535 |
| | ) | Hon. Samuel Der-Yeghiayan |
| HILL'S PET NUTRITION INC.; PETSMART, INC.; MEDICAL MANAGEMENT INTERNATIONAL, INC. d/b/a BANFIELD PET HOSPITAL; BLUEPEARL VET, LLC, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF APPEAL**

Plaintiffs Holly Blaine Vanzant and Dana Land, on behalf of themselves and all others similarly situated ("Plaintiffs"), by and through their attorneys, hereby appeal to the United States Court of Appeals for the Seventh Circuit, pursuant to 28 U.S.C. § 1291, from the final judgment entered by the Honorable Samuel Der-Yeghiayan on November 29, 2017, Docket Nos. 59, 60, 61.

Dated: December 27, 2017           Respectfully submitted,

                              HOLLY BLAINE VANZANT and
                              DANA LAND, individually and on behalf of
                              all others similarly situated

                              By:/s/ *Ellen M. Carey*
                              One of the Attorneys for Plaintiff
                              And the Proposed Putative Class

>Kevin M. Forde
>Michael K. Forde
>Ellen M. Carey
>Forde Law Offices LLP
>111 West Washington Street
>Suite 1100
>Chicago, IL 60602
>(312) 641-1441

## CERTIFICATE OF SERVICE

The undersigned, an attorney, states that the foregoing NOTICE OF APPEAL was electronically filed with the Clerk of Court by using the CM/ECF system, which will provide copies to all counsel of record registered to receive CM/ECF notification on this 27th day of December, 2017.

/s/Ellen M. Carey