IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HOLLY BLAINE VANZANT, and DANA LAND, on behalf of themselves and all others similarly situated, </br></br>  Plaintiffs, </br></br> vs. </br></br> HILL'S PET NUTRITION INC., and PETSMART, INC., </br></br>  Defendants. | No. 1:17 cv 2535 </br></br> Hon. Jorge L. Alonso |

**PLAINTIFF DANA LAND'S MOTION TO WITHDRAW AS A NAMED PLAINTIFF AND REPRESENTATIVE OF THE PUTATIVE CLASS AND TO VOLUNTARILY DISMISS HER INDIVIDUAL CLAIMS WITHOUT PREJUDICE**

Plaintiff Dana Land ("Plaintiff Land"), through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(2), moves to withdraw as a named plaintiff and representative of the putative class in this action, and to voluntarily dismiss her individual claims without prejudice, such that she can participate as an absent member of any class that may be subsequently certified by the Court. In support thereof, Plaintiff Land states as follows:

1. Plaintiff Land, along with Plaintiff Holly Blaine Vanzant (collectively "Plaintiffs"), filed this class action case on March 2, 2017 in the Circuit Court of Cook County, Chancery Division, entitled *Vanzant, et al v. Hill's Pet Nutrition, Inc. et al.*, Case No. 2017 CH 03121, on behalf of themselves and all others similarly situated.

2. Shortly thereafter, Defendants Hill's Pet Nutrition Inc. ("Hill's") and PetSmart, Inc. ("PetSmart") (collectively, "Defendants") removed the case to the United States District Court for the Northern District of Illinois.

3. On Defendants' motion, the Honorable Samuel Der-Yeghiayan dismissed Plaintiffs' First Amended Complaint on November 29, 2017. Plaintiffs appealed the district court's decision.

4. The United States Court of Appeals for the Seventh Circuit reversed the district court's dismissal of Plaintiffs' First Amended Complaint and remanded the case to the district court.

5. The mandate from the Seventh Circuit issued on October 11, 2019, and this case was reassigned to Your Honor on January 7, 2020.

6. Plaintiff Land actively participated in discovery by responding to Hill's and PetSmart's Interrogatories and Requests for Production, and by producing responsive documents.

7. Plaintiff Land was deposed on May 3, 2021.

8. Unfortunately, due to multiple health conditions, Plaintiff Land is unable to continue participating in this action.

9. Accordingly, Plaintiff Land respectfully requests that this Court allow her to withdraw as a named plaintiff and as a representative of the putative class in this action, and dismiss her claims without prejudice, such that she can participate as an absent member of any class that may be subsequently certified by the Court.[1]

---

[1] Along with this motion, Plaintiff Vanzant has filed a motion seeking leave to amend the complaint and add another named plaintiff. "Substitution of unnamed class members for named plaintiffs who fall out of the case because of settlement or other reasons is a common and normally an unexceptional ('routine') feature of class action litigation . . . in the federal courts. . . ." *Phillips v. Ford Motor Co.*, 435 F.3d 785, 787 (7th Cir. 2006) (citations omitted); *In re Navistar Maxxforce Engines Marketing, Sales Practices & Products Liability Litigation*, No. 14-cv-10318, 2018 U.S. Dist. LEXIS 1873, at *27-28 (N.D. Ill. Jan. 4, 2018).

10. Motions to withdraw as a class representative are construed as motions to voluntarily dismiss without prejudice under Rule 41(a)(2). *Will v. General Dynamics Corp.*, No. 06-698-GPM, 2007 U.S. Dist. LEXIS 79298, at *7 (S.D. Ill. Oct. 15, 2007).

11. Rule 41(a)(2) allows an action to be dismissed voluntarily "only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). "Unless otherwise specified in the order, a dismissal under this paragraph is without prejudice." *Id.*

WHEREFORE, Plaintiff Land requests an order granting her Motion to Withdraw as a Named Plaintiff and Representative of the Putative Class and to Voluntarily Dismiss her Individual Claims Without Prejudice.

Dated: August 19, 2021      Respectfully submitted,

By: */s/ Ellen M. Carey*
One of Plaintiffs' Attorneys

Brian P. O'Meara
Ellen M. Carey
Kevin R. Malloy
Forde & O'Meara LLP
111 West Washington Street
Suite 1100
Chicago, IL 60602
(312) 641-1441

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing **Plaintiff Dana Land's Motion to Withdraw as a Named Plaintiff and Representative of the Putative Class and to Voluntarily Dismiss her Individual Claims Without Prejudice** was filed electronically with the Clerk of the Court using the CM/ECF system this 19th day of August, 2021, and served electronically on all counsel of record.

*s/ Ellen M. Carey*

3