UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HOLLY BLAINE VANZANT, and SHERRY NEVIUS, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>HILL'S PET NUTRITION, INC., and PETSMART, INC.,<br><br>    Defendants. | Case No. 1:17-cv-02535<br><br>Hon. Jorge Alonso |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE PROVISIONALLY
UNDER SEAL PLAINTIFFS' MEMORANDUM OF LAW AND
<u>EXHIBITS IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION</u>**

  Because Local Rule 26.2 requires a motion for leave to file any materials under seal, Plaintiffs Holly Blaine Vanzant and Sherry Nevius ("Plaintiffs") submit this Motion for Leave to Provisionally File Under Seal Plaintiffs' Memorandum of Law and Exhibits in Support of Their Motion for Class Certification. In support thereof, Plaintiffs state as follows:

  1. Plaintiffs' Memorandum of Law in Support of their Motion for Class Certification ("Plaintiffs' Memorandum") attaches as Exhibits documents and deposition testimony which have been designated as Confidential or Attorneys' Eyes Only ("AEO") by Defendant Hill's Pet Nutrition, Inc. ("Hill's") or Defendant PetSmart, LLC ("PetSmart"), pursuant to the Parties' Agreed Confidentiality Order in this case (ECF 100).

  2. Plaintiffs' Memorandum also attaches as Exhibits Plaintiffs' expert reports, portions of which Plaintiffs have designated as Confidential or AEO in accordance with Defendants' document designations because the reports quote from, or reveal the contents of, documents designated as Confidential or AEO by Hill's or PetSmart.

1

3. The body of Plaintiffs' Memorandum also quotes from, or reveals the contents of, a few documents designated as Confidential or AEO by Hill's and PetSmart.

4. For all of these reasons, Plaintiffs are required to seek leave to file such materials under seal in accordance with the Parties' Agreed Confidentiality Order.

5. Plaintiffs only seek leave to provisionally file under seal: (a) a few portions of their Memorandum which quote from, or reveal the contents of documents designated by one of the Defendants as Confidential or AEO; (b) Exhibits attached to Plaintiffs' Memorandum which are documents or testimony designated by one of the Defendants as Confidential or AEO,[1] (c) portions of certain deposition transcripts of testimony by Defendants' Rule 30(b)(6) designees,[2] and (d) portions of Plaintiffs' expert reports attached as Exhibits to the Memorandum which quote from, or reveal the contents of documents designated by Defendants as Confidential or AEO until such time as Defendants have had time to review the same.[3]

6. Plaintiffs' counsel informed opposing counsel about the Confidential and AEO materials they intended to cite in their Memorandum and attach as Exhibits on January 19, 2023.

7. Defendant Hill's has agreed that, upon its review of the materials referred to in Paragraph 5 and footnotes 1-3 above, to the extent that any of its materials remain designated

---

[1] These documents are Exhibits: 7-10, 21-25, 27, (Hill's), 12-13, 15-16, 30 (PetSmart)
[2] The deposition transcripts, which are filed as "redacted" in accordance with Defendants' designations, and in their entirety under seal, are Exhibits 6 (M. Faurot), 11 (Dr. K. Shenoy), 18 (B. McCall), all for Defendant Hill's, and Exhibit 17 (G. Lundgren, for Defendant PetSmart).
[3] These are Exhibit 14 (the Opening Report of Rebbecca Reed-Arthurs, Ph.D.); Exhibit 20 (the Expert Rebuttal Report of Rebbecca Reed-Arthurs, Ph.D.); Exhibit 26 (the Amended Expert Report of FDA Expert Jack E. Fincham, Ph.D., R. Ph.); and the Initial and Rebuttal Expert Reports of their damages expert, Janet S. Netz, Ph.D., which are Exhibits 28 and 29. In conjunction with a prior motion, the Court previously allowed these last two reports, Exhibits 28-29, to be filed under seal after Defendants determined which portions they believed needed to remain sealed.

Confidential or AEO, Hill's will file a renewed motion for leave to file the same under seal, supported by a Declaration. Defendant PetSmart can do the same.

Dated: January 20, 2023

Respectfully submitted,

By: */s/ Ellen M. Carey*
One of Plaintiffs' Attorneys

| | |
|---|---|
| Ellen M. Carey | Michael P. Morrill |
| Brian P. O'Meara | Pope McGlamry, P.C. |
| Forde & O'Meara LLP | 1200 6th Avenue |
| 191 North Wacker Drive, 31st Floor | Columbus, GA 31901 |
| Chicago IL 60606 | (706) 324-0050 |
| (312) 641-1441 | mikemorrill@pmkm.com |
| bomeara@fordello.com | |
| ecarey@fordellp.com | |

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that the foregoing **Plaintiffs' Motion for Leave to File Provisionally under Seal Plaintiffs' Memorandum of Law and Exhibits in support of their Motion for Class Certification** was filed electronically with the Clerk of the Court using the CM/ECF system this 20th day of January, 2023, and served electronically on all counsel of record.

*s/ Ellen M. Carey*