UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOLLY BLAINE VANZANT, and SHERRY NEVIUS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HILL'S PET NUTRITION INC., and PETSMART INC.,<br><br>Defendants. | Case No. 1:17 cv 2535 |

## DECLARATION OF LUKE C. TOMPKINS

State of NORTH CAROLINA

County of WAKE

1.

My name is Luke C. Tompkins. I am over 18 years of age. I make this Declaration in Wake County, North Carolina, and pursuant to 28 U.S.C. § 1746.

2.

I am suffering under no disabilities and am legally competent to make this declaration. This declaration is based on my personal knowledge.

3.

I submit this declaration in support of Plaintiffs' Motion and Memorandum in Support of Motion to Partially Exclude Defendants' Expert Sarah Butler.

4.

1

I am an attorney with Ward and Smith, P.A. which firm is co-lead counsel for Plaintiffs in this case. I have been and remain personally involved in the litigation of this matter. I have personal knowledge of the facts stated herein, and I would competently testify thereto, if called.

5.

Attached as **Exhibit 1** is a true and correct copy of Sarah Butler's Deposition taken on October 7, 2022.

FURTHER AFFIANT SAYETH NOT.

/s/ *Luke C. Tompkins*
Luke C. Tompkins (*pro hac vice*)