**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| HOLLY BLAINE VANZANT, and SHERRY NEVIUS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HILL'S PET NUTRITION INC., and PETSMART INC.,<br><br>Defendants. | **Case No. 1:17 cv 2535** |

**DECLARATION OF MICHAEL P. MORRILL IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFFS' REPLY SUPPORTING THEIR MOTION FOR CLASS CERTIFICATION AS TO DEFENDANT HILL'S PET NUTRITION, INC. and PLAINTIFFS' REPLY SUPPORTING THEIR MOTION FOR CLASS CERTIFICATION AS TO DEFENDANT PETSMART, LLC.**

State of GEORGIA

County of MUSCOGEE

1.

My name is Michael P. Morrill. I am over 18 years of age. I make this Declaration in Muscogee County, Georgia, and pursuant to 28 U.S.C. § 1746.

2.

I am suffering under no disabilities and am legally competent to make this declaration. This declaration is based on my personal knowledge.

3.

I submit this declaration in support of Plaintiffs' Replies in Support of Plaintiffs' Motion for Class Certification as to Defendant Hill's Pet Nutrition, Inc. and Defendant PetSmart, LLC.

4.

I am an attorney with Pope, McGlamry, Kilpatrick, Morrison and Norwood, P.C., (hereinafter "Pope McGlamry"), which firm is co-lead counsel for Plaintiffs in this case. I have been and remain personally involved in the litigation of this matter. I have personal knowledge of the facts stated herein, and I would competently testify thereto, if called.

5.

Attached as **Exhibit 35** is a true and correct copy of a June 28, 2020 email from Brian McCall, produced by Defendant Hill's and stamped with the Bates number: HILLS-VANZ-0426719.

6.

Attached as **Exhibit 36** is a true and correct copy of an excerpt from the transcript of the October 5, 2022 deposition of Keith Ugone, Ph.D., Hill's expert witness on damages.

7.

Attached as **Exhibit 37** is a true and correct copy of a screenshot collected by me from www.hillsvet.com on October 6, 2022.

8.

Attached as **Exhibit 38** is a true and correct copy of PetSmart LLC's Responses and Objections to Plaintiffs' First Requests for Admission, dated December 20, 2021.

9.

Attached as **Exhibit 39** is a true and correct copy of a powerpoint produced in discovery by Defendant Hill's and stamped with the Bates numbers: HILLS-VANZ-0027440 – HILLS-VANZ-0027508.

10.

Attached as **Exhibit 40** is a true and correct copy of terms and conditions produced by Defendant PetSmart, LLC in discovery and stamped with Bates numbers: PETSMART_0000052 – PETSMART_0000113.

FURTHER AFFIANT SAYETH NOT.

__/s/ *Michael P. Morrill*____________
Michael P. Morrill

# Exhibit 35

(no redactions)

| | |
|---|---|
| **Date:** | Sunday, June 28 2020 01:24 AM |
| **Subject:** | Re: Hill's Prescription Diet Question |
| **From:** | Brian McCall <brian_mccall@hillspet.com> |
| **To:** | Mueller, Alison <Alison.Mueller@redfuse.com>; |
| **CC:** | Vicky Boniscontro <victoria_boniscontro@colpal.com>; Werth, Courtney <Courtney.Werth@redfuse.com >; Luke Miller <luke_miller@hillspet.com>; Kristin Wuellner <kristin_wuellner@hillspet.com>; |
| **Attachments:** | image001.png; image002.png |

great discussion and starting point for key claims.

I think the mere fact that these foods not only are recommended by vets but actually require an authorization and their oversight for treatment signals this is an "extra strength" approach to addressing pets health needs.

Consumers love extra strength when seeking medical solutions for themselves, I would anticipate it's not different for their pets.

On Thu, Jun 25, 2020 at 7:19 PM Mueller, Alison <Alison.Mueller@redfuse.com> wrote:

Hi Vicky –

The current place I would default to on “why PD” is the approved PD brand equity pages for HP.com – species selector, dog page and cat page. It’s not a one-for-one of below, but might be food for thought.

https://2020-hillspet-brand-pages.webflow.io/

pw: hills-usr

For eComm, our BTF is at the condition level for PD vs on SD, it’s at the brand level and thus something easy to pick up for a tactic like this. I did look at Chewy since they do their own thing, but their BTF language looks a little outdated.

I think your list looks like a good place to start, I would consider an RTB that’s something around “science based therapeutic nutrition” (which is on our site) or “science led therapeutic nutrition” in relation to our nut phil that we are finalizing.

Thanks,

Alison

---

**From:** Vicky Boniscontro <victoria_boniscontro@colpal.com>
**Date:** Thursday, June 25, 2020 at 1:42 PM
**To:** "Werth, Courtney" <Courtney.Werth@redfuse.com>, Luke Miller <luke_miller@hillspet.com>, "Mueller, Alison" <Alison.Mueller@redfuse.com>

# Exhibit 36

(no redactions)

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| HOLLY BLAINE VANZANT, and SHERRY NEVIUS, on behalf of themselves and all others similarly situated, | ) | |
| Plaintiffs, | ) | No. 1:17 cv 2535 |
| vs. | ) | |
| | ) | Hon. Jorge L. Alonso |
| HILL's PET NUTRITION INC., and PETSMART, INC., | ) | |
| Defendants. | ) | |

The deposition of KEITH UGONE, Ph.D., called for examination pursuant to Notice and the Federal Rules of Civil Procedure for the United States District Courts pertaining to the taking of depositions, taken before Kari Behan, a Certified Shorthand Reporter for the County of Cook and State of Illinois, via Zoom, witness participating from Dallas, Texas, on October 5, 2022, at the hour of 10:10 a.m. CST.

Job No. 5504953

closed quote, beverages in dispute to identify benchmark products did not support the allegation that the, quote, all-natural, closed quote, beverages possessed a systematic price premium as a result of the all-natural labeling.

Did I read that correctly?

A. Yes.

Q. And did that, in fact, accurately embody part of the opinions you gave in that case?

A. I believe that to be accurate, yes.

Q. Okay. Is the use of a benchmark type of approach in evaluating damages something you have ever done?

A. Yes. I would say that using a benchmark approach or a guidepost, or sometimes it's called a yardstick; sometimes it's called a, you know, proxy approach, those are all synonymous terms, but that concept is a generally accepted methodology, and I have used that methodology in the past, but it's all in the implementation of the methodology.

So I don't think anybody would say, you know, using a benchmark approach is inappropriate if the facts and circumstances warranted such an

analysis, but then the implementation becomes, you know, the next step: Was the benchmarking approach done appropriately?

Q. All right. So -- so that we don't have confusion, from your perspective as a degreed expert in economics, it is not your opinion that using a benchmark approach in the quantification of damages is inappropriate? Is that a fair statement?

MR. PETTIG: Object to form.

THE WITNESS: There's always a little bit of an asterisk, but I will agree with you that it's not uncommon for people to resort to a benchmark or a yardstick or a proxy-type approach. But as I said, the next -- the asterisk on it, but of course it has to be, you know, implemented properly.

But nobody is going to say -- if you look at the -- all the methodologies in the world for an economist to quantify damages, no one is going to say: One of those considerations -- no one's going to say: Benchmarking is not in that universal set.

BY MR. KELLY:

# Exhibit 37

(no redactions)

# Browse Products By Condition




Print Online Product Guides

Hill's PRESCRIPTION DIET | For Dogs | For Cats

## AGING CARE

| Condition | For Dogs | For Cats |
|---|---|---|
| Behavioral or cognitive changes in older dogs | b/d | |

## DENTAL CARE

| Condition | For Dogs | For Cats |
|---|---|---|
| Gingivitis, Periodontal disease | t/d | t/d |
| Oral malodor, tartar, plaque, stain management | t/d | t/d |

## DIGESTIVE CARE

| Condition | For Dogs | For Cats |
|---|---|---|
| Colitis (acute or chronic) | Gastrointestinal Biome, w/d, i/d Stress | Gastrointestinal Biome, w/d |
| Constipation (motility present) | Gastrointestinal Biome, w/d, r/d | Gastrointestinal Biome, w/d, i/d, r/d |
| Constipation (motility impaired) | i/d, a/d, i/d Sensitive | i/d, a/d |
| Exocrine pancreatic insufficiency (EPI) | i/d Low Fat, i/d Stress, z/d, i/d | i/d, z/d |
| Flatulence | Gastrointestinal Biome, i/d, i/d Low Fat, i/d Stress, w/d, z/d | Gastrointestinal Biome, i/d, z/d, w/d |
| Recovery from gastrointestinal surgery | i/d, i/d Low Fat, a/d | i/d, a/d |
| Acute gastroenteritis (diarrhea or vomiting) | i/d, i/d Low Fat, i/d Stress | i/d |
| Gastritis (acute or chronic) | i/d, i/d Low Fat, i/d Stress, a/d, i/d Sensitive | i/d, a/d |
| Chronic enteropathy (diarrhea or vomiting) - cause unknown | Gastrointestinal Biome, z/d, d/d, i/d, i/d Low Fat, i/d Stress, i/d Sensitive | Gastrointestinal Biome, z/d, d/d, i/d |
| Adverse food reactions (AFR) & elimination diet | z/d, d/d | z/d, d/d |
| Food responsive enteropathy (form of inflammatory bowel disease) | d/d, Gastrointestinal Biome, z/d, i/d Low Fat, i/d, i/d Sensitive | d/d, i/d, z/d, Gastrointestinal Biome |
| Steroid responsive enteropathy (form of inflammatory bowel disease) | Gastrointestinal Biome, d/d, z/d, i/d Low Fat, i/d, i/d Sensitive | Gastrointestinal Biome, d/d, z/d, i/d |
| Antibiotic responsive diarrhea (form of inflammatory bowel disease) | Gastrointestinal Biome, d/d, i/d Low Fat, i/d, i/d Sensitive | Gastrointestinal Biome, d/d, z/d, i/d |
| Gastrointestinal neoplasia | Gastrointestinal Biome, i/d | Gastrointestinal Biome, i/d |
| Fiber responsive enteropathies (large bowel diarrhea) | Gastrointestinal Biome, w/d, r/d | Gastrointestinal Biome, w/d, r/d |
| Histiocytic ulcerative colitis | Gastrointestinal Biome, w/d, i/d Sensitive | |
| Protein losing enteropathy (PLE) without lymphangiectasia | z/d, d/d, i/d, a/d, i/d Sensitive | |
| Protein losing enteropathy (PLE) with lymphangiectasia | i/d Low Fat, i/d Stress | |
| Gastric dilatation & volvulus (GDV) - dogs with increased risk | t/d | |
| Esophageal disorders | i/d, i/d Low Fat, i/d Stress, a/d | i/d, a/d |
| Pancreatitis | i/d Low Fat, i/d Stress | i/d |
| Gastrointestinal disorders in puppies | i/d | |
| Stress Colitis in dogs less than 14 kg (30 lb) | i/d Stress, Gastrointestinal Biome, i/d, i/d Low Fat, w/d | |
| Stress Colitis | Gastrointestinal Biome, w/d, i/d, i/d Low Fat, i/d Stress | |
| Gastrointestinal disorders in kittens | | i/d |
| Infectious Diarrhea | Gastrointestinal Biome, i/d | Gastrointestinal Biome, i/d |

## ENDOCRINE SYSTEM CARE

| Condition | For Dogs | For Cats |
|---|---|---|
| Hyperlipidemia | i/d Low Fat, i/d Stress, r/d | |
| Cushing's syndrome | i/d, i/d Low Fat, Metabolic, w/d, i/d Stress, r/d, Metabolic + Mobility, Metabolic + Urinary | |
| Insulinoma | a/d, l/d, w/d, Gastrointestinal Biome | |
| Hypothyroidism | Metabolic, Metabolic + Mobility, Metabolic + Urinary, r/d | |
| Hyperthyroidism | | y/d |
| Diabetes, obese | Metabolic, r/d, Metabolic + Mobility, Metabolic + Urinary | m/d, Metabolic, Metabolic + Urinary, Metabolic + Mobility, r/d |
| Diabetes, normal or mildly overweight | w/d, Metabolic, Metabolic + Mobility, Metabolic + Urinary | m/d, Metabolic, Metabolic + Urinary, Metabolic + Mobility, w/d |
| Diabetes, underweight | i/d, a/d | m/d |
| Diabetes with hyperlipidemia or pancreatitis | i/d Low Fat, i/d Stress | |
| Hypoglycemia | a/d | a/d |

## FOOD SENSITIVITIES

| Condition | For Dogs | For Cats |
|---|---|---|
| Adverse food reactions (AFR) & elimination diet | z/d, d/d | z/d, d/d |

## GLUCOSE MANAGEMENT

| Condition | For Dogs | For Cats |
|---|---|---|
| Diabetes, obese | r/d, Metabolic, Metabolic + Mobility, Metabolic + Urinary | m/d, Metabolic, Metabolic + Urinary, Metabolic + Mobility, r/d |
| Diabetes, underweight | i/d, a/d | m/d |
| Diabetes with hyperlipidemia or pancreatitis | i/d Low Fat, i/d Stress | |
| Diabetes, normal or mildly overweight | w/d, Metabolic, Metabolic + Mobility, Metabolic + Urinary | m/d, Metabolic, Metabolic + Urinary, Metabolic + Mobility, w/d |
| Hypoglycemia | a/d | a/d |

## GROWTH

| Condition | For Dogs | For Cats |
|---|---|---|
| Puppies | i/d | |
| Kittens | | i/d |

## HEART CARE

| Condition | For Dogs | For Cats |
|---|---|---|
| Ascites or edema associated with heart disease | j/d, g/d, h/d | k/d, d/d |
| Mild to moderate stages of heart disease, including asymptomatic | j/d, g/d | k/d, d/d, m/d, c/d, Gastrointestinal Biome, c/d |
| Advanced stages of heart disease | j/d, g/d | k/d, d/d, Gastrointestinal Biome, c/d, c/d |
| Heartworm disease | j/d, g/d | |
| Hypertension (primary) | j/d, g/d, h/d | k/d, d/d |

## JOINT CARE

| Condition | For Dogs | For Cats |
|---|---|---|
| Osteoarthritis | j/d | |
| Osteoarthritis & weight loss | Metabolic + Mobility | |
| Osteoarthritis & weight maintenance | Metabolic + Mobility | |
| Osteoarthritis with concurrent CKD | k/d + Mobility | k/d + Mobility |

## KIDNEY CARE

| Condition | For Dogs | For Cats |
|---|---|---|
| CKD IRIS Stage 1 (non-proteinuric) | g/d, k/d, k/d + Mobility | k/d, k/d, k/d + Mobility |
| CKD IRIS Stage 2 (non-proteinuric) | k/d, k/d + Mobility | k/d, k/d, k/d + Mobility |
| CKD IRIS Stages 3-4 | k/d, k/d + Mobility | k/d, k/d + Mobility |
| CKD with concurrent osteaoarthritis | k/d + Mobility | k/d + Mobility |
| CKD with proteinuria (all IRIS stages) | k/d, k/d + Mobility | k/d, k/d + Mobility |
| Acute kidney insult | k/d, k/d + Mobility | k/d, k/d + Mobility, k/d |
| Uremic encephalopathy | k/d, u/d, k/d + Mobility | k/d, k/d + Mobility |

## LIVER CARE

| Condition | For Dogs | For Cats |
|---|---|---|
| Ascites & edema associated with liver disorders | l/d, h/d | |
| Copper storage disease | l/d, u/d | |
| Hepatic encephalopathy | l/d, k/d, u/d | k/d, k/d |
| General liver disorders | l/d | k/d |
| Portosystemic shunt | l/d, u/d | |
| Hepatic lipidosis (encephalopathic) | | k/d, k/d |
| Hepatic lipidosis (non-encephalopathic) | | a/d, m/d |

## SKIN CARE

| Condition | For Dogs | For Cats |
|---|---|---|
| Otitis Externa (Chronic) | z/d, d/d, j/d, Metabolic + Mobility | |
| Pruritic Dermatitis | z/d, d/d, j/d, Metabolic + Mobility | d/d, z/d |
| Atopic Dermatitis | d/d, j/d, Metabolic + Mobility | d/d |
| Flea allergy dermatitis (FAD) | d/d, j/d, Metabolic + Mobility | d/d |
| Adverse food reactions (AFR) & elimination diet | z/d, d/d | z/d, d/d |
| Supports skin health in cases of secondary infections, other dermatoses | d/d, j/d, Metabolic + Mobility | d/d |
| Eosinophilic granuloma complex | | z/d, d/d |

## URGENT CARE

| Condition | For Dogs | For Cats |
|---|---|---|
| Anorexia | a/d, i/d | a/d, i/d |
| Cachexia & weight loss | a/d, i/d | a/d, i/d |
| Debility, malnutrition & convalescence | a/d, i/d | a/d, i/d |
| Hypermetabolic states | a/d, i/d | a/d, i/d |
| Surgery (Pre- and Post-Op) | a/d, i/d | a/d, i/d |
| Tube & syringe feeding | a/d | a/d |
| Neoplasia, most forms | a/d, i/d, j/d | a/d, i/d, m/d |

## URINARY CARE

| Condition | For Dogs | For Cats |
|---|---|---|
| Urate & cystine management | u/d, i/d | k/d, k/d, k/d + Mobility |
| Struvite dissolution | s/d, c/d, Metabolic + Urinary | s/d, c/d, c/d, Metabolic + Urinary, Metabolic + Urinary |

# Exhibit 38

(no redactions)

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| HOLLY BLAINE VANZANT, and SHERRY NEVIUS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HILL'S PET NUTRITION INC., and PETSMART LLC,<br><br>Defendants. | No. 1:17-cv-2535<br><br>Hon. Jorge L. Alonso |

**DEFENDANT PETSMART LLC'S RESPONSES AND OBJECTIONS TO**
**PLAINTIFFS' FIRST REQUESTS FOR ADMISSION**

PetSmart LLC ("PetSmart") by and through its undersigned counsel, submits its Responses (the "Responses") to Plaintiffs' First Requests for Admission.

**PRELIMINARY STATEMENT**

PetSmart provides the Responses to the Requests subject to Rule 36 of the Federal Rules of Civil Procedure. PetSmart's Responses to the Requests are based on its good faith interpretation of the Requests. Nothing in these Responses shall be construed as a waiver of any privilege or of the attorney work product doctrine. These Responses are based on the information reasonably available to PetSmart as of the present date. PetSmart's investigation and discovery in this matter are ongoing; further discovery may also reveal the identity of additional facts, witnesses, and/or documents. PetSmart reserves the right to bring forth any additional facts, witnesses, and/or documents that may support its defenses, claims, and contentions.

PetSmart makes the following General Objections (the "General Objections") to all of the Requests:

1. PetSmart objects to these Requests insofar as they are not limited to any particular time frame, and therefore are overly broad, unduly burdensome, not proportional to the needs of the litigation, and seek discovery that is not relevant to any claims or defenses; Plaintiff Vanzant's alleged purchases were made in 2013 or later. In each specific Response, PetSmart has identified the applicable time period it is using for its Response, where necessary, and if none is specified in the Request.

2. PetSmart objects to Plaintiffs' definition and use of the phrase "PetSmart" as overly broad, unduly burdensome, and not relevant to any Party's claims or defenses to the extent it relates to Pet360.com and Chewy.com as neither entity is a party to the litigation, and Plaintiff Vanzant's deposition confirmed that she did not purchase Hill's Prescription Diet® pet food from any website maintained or affiliated with PetSmart, Pet360.com, or Chewy.com or ever visited those websites. PetSmart is responding to the Requests using a definition of "PetSmart," "You," and "Your" to include only the Defendant PetSmart LLC.

**OBJECTIONS AND RESPONSES TO REQUESTS TO ADMIT**

1. Admit that You sell Hill's Prescription Diet® products.

**RESPONSE**: PetSmart admits that it sells certain Hill's Prescription Diet® products.

2. Admit that You sell Hill's Prescription Diet® c/d Multicare Urinary Care (formerly c/d Multicare Feline Bladder Health) cat food products.

**RESPONSE**: PetSmart admits that it sells Hill's Prescription Diet® c/d Multicare Urinary Care (formerly c/d Multicare Feline Bladder Health) cat food products.

3. Admit that You require that Consumers obtain a prescription or other authorization by a veterinarian in order to purchase Hill's Prescription Diet® products.

**RESPONSE**: PetSmart objects to the term "prescription" as vague and ambiguous. For purposes of this Response, PetSmart will interpret "prescription" to mean veterinarian

authorization. PetSmart admits that Consumers are required to obtain an authorization from a veterinarian in order to purchase Hill's Prescription Diet® products at PetSmart, but denies that this is *PetSmart's* requirement.

4. Admit that since at least January 1, 2013, You have required Consumers to obtain a MedCard from Banfield in order to purchase Hill's Prescription Diet® products from PetSmart bricks and mortar retail stores in Illinois.

**RESPONSE**: PetSmart admits that since at least January 1, 2013, Consumers have been required to obtain a MedCard from Banfield, if there is a Banfield located in the PetSmart store, in order to purchase Hill's Prescription Diet® products from PetSmart brick and mortar retail stores in Illinois, but denies that this is *PetSmart's* requirement.

5. Admit that since at least January 1, 2013, You have required Consumers to obtain a MedCard from Banfield in order to purchase Hill's Prescription Diet® products from PetSmart bricks and mortar retail stores throughout the United States.

**RESPONSE**: PetSmart admits that since at least January 1, 2013, Consumers have been required to obtain a MedCard from Banfield, if there is a Banfield located in the PetSmart store, in order to purchase Hill's Prescription Diet® products from PetSmart brick and mortar retail stores throughout the United States, but denies that this is *PetSmart's* requirement.

6. Admit that since at least January 1, 2013, You have required Consumers to obtain a MedCard from Banfield in order to purchase Hill's Prescription Diet® products from PetSmart bricks and mortar retail stores even if the Consumer presents a written prescription for a Hill's Prescription Diet® product from his or her pet's veterinarian.

**RESPONSE**: PetSmart objects to the term "prescription" as vague and ambiguous. For purposes of this Response, PetSmart will interpret "prescription" to mean veterinarian

authorization. PetSmart admits that since at least January 1, 2013, Consumers have been required to obtain a MedCard from Banfield, if there is a Banfield located in the PetSmart store, in order to purchase Hill's Prescription Diet® products from PetSmart brick and mortar retail stores even if the Consumer presents a written authorization for a Hill's Prescription Diet® product from his or her pet's veterinarian, but denies that this is *PetSmart's* requirement. PetSmart further states that if there is not a Banfield located in the PetSmart store, it does not otherwise have a method to confirm a veterinarian authorization absent Banfield.

7. Admit that if a Consumer is not a regular client of Banfield or an Independent Veterinary Operator ("IVO") in a PetSmart store, since at least January 1, 2013, the Consumer has needed a prescription from his or her pet's veterinarian in order to obtain or receive a MedCard.

**RESPONSE**: PetSmart objects to the term "regular client" as vague and ambiguous. PetSmart also objects to the term "prescription" as vague and ambiguous. For purposes of this Response, PetSmart will interpret "prescription" to mean veterinarian authorization. PetSmart admits that all Consumers in a PetSmart store, since at least January 1 2013, whether or not a client of Banfield or an Independent Veterinary Operation ("IVO"), have needed a veterinarian authorization from his or her pet's veterinarian in order to obtain or receive a MedCard.

8. Admit that if a Consumer has a prescription for Prescription Pet Food, such as a Hill's Prescription Diet® product, from a veterinarian other than Banfield, You currently require or have required the Consumer to redeem the "script" for a MedCard from Banfield.

**RESPONSE**: PetSmart objects to the phrase "Prescription Pet Food" as overly broad, unduly burdensome, and not relevant to any Party's claims or defenses to the extent it calls for products that were not manufactured by Hill's. PetSmart objects to the terms "redeem" and "script" as vague and ambiguous. PetSmart also objects to the term "prescription" as vague and ambiguous.

For purposes of this Response, PetSmart will interpret "prescription" to mean veterinarian authorization. PetSmart admits that if a Consumer has an authorization for a Hill's Prescription Diet® product from a veterinarian other than Banfield and there is a Banfield located in the PetSmart store, a Consumer has been required to obtain a MedCard from Banfield, but denies that this is *PetSmart's* requirement.

9. Admit that MedCards include an RX # and RX date.

**RESPONSE**: PetSmart admits that MedCards include an RX # and RX date.

10. Admit that Hill's requires PetSmart to sell Hill's Prescription Diet® products only pursuant to a prescription or authorization of a veterinarian.

**RESPONSE**: PetSmart objects to the term "prescription" as vague and ambiguous. For purposes of this Response, PetSmart will interpret "prescription" to mean veterinarian authorization. PetSmart admits that Hill's requires PetSmart to sell Hill's Prescription Diet® products only pursuant to an authorization of a veterinarian.

11. Admit that Hill's requires PetSmart to sell Hill's Prescription Diet® c/d Multicare Urinary Care (formerly c/d Multicare Feline Bladder Health) cat food products only pursuant to a prescription or authorization of a veterinarian.

**RESPONSE**: PetSmart objects to the term "prescription" as vague and ambiguous. For purposes of this Response, PetSmart will interpret "prescription" to mean veterinarian authorization. PetSmart admits that Hill's requires it to sell Hill's Prescription Diet® c/d Multicare Urinary Care (formerly c/d Multicare Feline Bladder Health) cat food products only pursuant to an authorization of a veterinarian.

12. Admit that prior to September 10, 2012, Hill's required PetSmart to sell Hill's Prescription Diet® products only pursuant to a prescription or authorization of a veterinarian.

**RESPONSE**: PetSmart objects to the term "prescription" as vague and ambiguous. For purposes of this Response, PetSmart will interpret "prescription" to mean veterinarian authorization. PetSmart admits that prior to September 10, 2012, Hill's required PetSmart to sell Hill's Prescription Diet® products only pursuant to an authorization of a veterinarian.

13. Admit that between September 10, 2012 and May 1, 2016, Hill's required PetSmart to sell Hill's Prescription Diet® products only pursuant to a prescription or authorization of a veterinarian.

**RESPONSE**: PetSmart objects to the term "prescription" as vague and ambiguous. For purposes of this Response, PetSmart will interpret "prescription" to mean veterinarian authorization. PetSmart admits that between September 10, 2012 and May 1, 2016, Hill's required PetSmart to sell Hill's Prescription Diet® products only pursuant to an authorization of a veterinarian.

14. Admit that since May 1, 2016, Hill's has required PetSmart to sell Hill's Prescription Diet® products only pursuant to a prescription or authorization of a veterinarian.

**RESPONSE**: PetSmart objects to the term "prescription" as vague and ambiguous. For purposes of this Response, PetSmart will interpret "prescription" to mean veterinarian authorization. PetSmart admits that since May 1, 2016, Hill's has required PetSmart to sell Hill's Prescription Diet® products only pursuant to an authorization of a veterinarian.

15. Admit that Consumers in the State of Illinois must obtain a prescription or authorization by or from a veterinarian prior to purchasing any Hill's Prescription Diet® product from PetSmart.

**RESPONSE**: PetSmart objects to the term "prescription" as vague and ambiguous. For purposes of this Response, PetSmart will interpret "prescription" to mean veterinarian

authorization. PetSmart admits that Consumers in the State of Illinois must obtain an authorization by or from a veterinarian prior to purchasing any Hill's Prescription Diet® product from PetSmart.

16. Admit that Consumers throughout the United States must obtain a prescription or authorization by or from a veterinarian prior to purchasing any Hill's Prescription Diet® product from PetSmart.

**RESPONSE**: PetSmart objects to the term "prescription" as vague and ambiguous. For purposes of this Response, PetSmart will interpret "prescription" to mean veterinarian authorization. PetSmart admits that Consumers throughout the United States must obtain an authorization by or from a veterinarian prior to purchasing any Hill's Prescription Diet® product from PetSmart.

17. Admit that PetSmart markets Hill's Prescription Diet® products as products that require a prescription or authorization by or from a veterinarian to Consumers in the State of Illinois.

**RESPONSE**: PetSmart objects to the term "markets" as vague and ambiguous. PetSmart also objects to the term "prescription" as vague and ambiguous. For purposes of this Response, PetSmart will interpret "prescription" to mean veterinarian authorization. PetSmart admits that it discloses to Consumers the conditions of purchase that Hill's requires, but denies that it markets Hill's Prescription Diet® products as products that require an authorization by or from a veterinarian to Consumers in the State of Illinois.

18. Admit that PetSmart markets Hill's Prescription Diet® products as products that require a prescription or authorization by or from a veterinarian to Consumers throughout the United States.

**RESPONSE**: PetSmart objects to the term "markets" as vague and ambiguous. PetSmart also objects to the term "prescription" as vague and ambiguous. For purposes of this Response, PetSmart will interpret "prescription" to mean veterinarian authorization. PetSmart admits that it discloses to Consumers the conditions of purchase that Hill's requires, but denies that it markets Hill's Prescription Diet® products as products that require an authorization by or from a veterinarian to Consumers throughout the United States.

19. Admit that as of November 1, 2021, under the "Vet Recommended Dog Food" section of Your website, You tell Consumers in the State of Illinois: "We require you to have a current prescription from your veterinarian to make sure your pet receives the specified diet."

**RESPONSE**: PetSmart objects to the term "website" as overly broad, unduly burdensome, and not relevant to any Party's claims or defenses as Plaintiff Vanzant's deposition confirmed that she did not visit or purchase Hill's Prescription Diet® pet food from any website maintained or affiliated with PetSmart, including PetSmart.com. PetSmart admits that as of November 1, 2021 under the "Vet-Authorized Diets" section of PetSmart.com, a text box titled "Vet Recommended Dog Food" at the bottom of the webpage tells Consumers in the State of Illinois: "We require you to have a current prescription from your veterinarian to make sure your pet receives the specified diet." PetSmart further states that the statement described in Request No. 19 only appears if a Consumer clicks to maximize the section of text.

20. Admit that as of November 1, 2021, under the "Vet Recommended Dog Food" section of Your website, You tell Consumers throughout the United States: "We require you to have a current prescription from your veterinarian to make sure your pet receives the specified diet."

**RESPONSE**: PetSmart objects to the term "website" as overly broad, unduly burdensome, and not relevant to any Party's claims or defenses as Plaintiff Vanzant's deposition confirmed that she did not visit or purchase Hill's Prescription Diet® pet food from any website maintained or affiliated with PetSmart, including PetSmart.com. PetSmart admits that as of November 1, 2021 under the "Vet-Authorized Diets" section of PetSmart.com, a text box titled "Vet Recommended Dog Food" at the bottom of the webpage tells Consumers throughout the United States: "We require you to have a current prescription from your veterinarian to make sure your pet receives the specified diet." PetSmart further states that the statement described in Request No. 20 only appears if a Consumer clicks to maximize the section of text.

21. Admit that as of January 1, 2013, each Hill's Prescription Diet® product listed for sale on Your website had an "Rx Required" icon next to that product's image on Your website.

**RESPONSE**: PetSmart objects to the term "website" as overly broad, unduly burdensome, and not relevant to any Party's claims or defenses as Plaintiff Vanzant's deposition confirmed that she did not visit or purchase Hill's Prescription Diet® pet food from any website maintained or affiliated with PetSmart, including PetSmart.com. PetSmart objects to the term "Rx Required" as vague and ambiguous. PetSmart also objects to the term "listed for sale" as PetSmart did not sell Hill's Prescription Diet® products on PetSmart.com until 2017. PetSmart states that after making reasonable inquiry, the information known or readily obtainable to PetSmart is insufficient to enable it to admit or deny this Request.

22. Admit that as of January 1, 2014, each Hill's Prescription Diet® product listed for sale on Your website had an "Rx Required" icon next to that product's image on Your website.

**RESPONSE**: PetSmart objects to the term "website" as overly broad, unduly burdensome, and not relevant to any Party's claims or defenses as Plaintiff Vanzant's deposition confirmed that

she did not visit or purchase Hill's Prescription Diet® pet food from any website maintained or affiliated with PetSmart, including PetSmart.com. PetSmart objects to the term "Rx Required" as vague and ambiguous. PetSmart also objects to the term "listed for sale" as PetSmart did not sell Hill's Prescription Diet® products on PetSmart.com until 2017. PetSmart states that after making reasonable inquiry, the information known or readily obtainable to PetSmart is insufficient to enable it to admit or deny this Request.

23. Admit that as of January 1, 2015, each Hill's Prescription Diet® product listed for sale on Your website had an "Rx Required" icon next to that product's image on Your website.

**RESPONSE**: PetSmart objects to the term "website" as overly broad, unduly burdensome, and not relevant to any Party's claims or defenses as Plaintiff Vanzant's deposition confirmed that she did not visit or purchase Hill's Prescription Diet® pet food from any website maintained or affiliated with PetSmart, including PetSmart.com. PetSmart objects to the term "Rx Required" as vague and ambiguous. PetSmart also objects to the term "listed for sale" as PetSmart did not sell Hill's Prescription Diet® products on PetSmart.com until 2017. PetSmart states that after making reasonable inquiry, the information known or readily obtainable to PetSmart is insufficient to enable it to admit or deny this Request.

24. Admit that as of January 1, 2016, each Hill's Prescription Diet® product listed for sale on Your website had an "Rx Required" icon next to that product's image on Your website.

**RESPONSE**: PetSmart objects to the term "website" as overly broad, unduly burdensome, and not relevant to any Party's claims or defenses as Plaintiff Vanzant's deposition confirmed that she did not visit or purchase Hill's Prescription Diet® pet food from any website maintained or affiliated with PetSmart, including PetSmart.com. PetSmart objects to the term "Rx Required" as vague and ambiguous. PetSmart also objects to the term "listed for sale" as PetSmart did not sell

Hill's Prescription Diet® products on PetSmart.com until 2017. PetSmart states that after making reasonable inquiry, the information known or readily obtainable to PetSmart is insufficient to enable it to admit or deny this Request.

25. Admit that as of January 1, 2017, each Hill's Prescription Diet® product listed for sale on Your website had an "Rx Required" icon next to that product's image on Your website.

**RESPONSE**: PetSmart objects to the term "website" as overly broad, unduly burdensome, and not relevant to any Party's claims or defenses as Plaintiff Vanzant's deposition confirmed that she did not visit or purchase Hill's Prescription Diet® pet food from any website maintained or affiliated with PetSmart, including PetSmart.com. PetSmart objects to the term "Rx Required" as vague and ambiguous. PetSmart admits that as of January 1, 2017, certain Hill's Prescription Diet® products appearing on PetSmart.com had an icon and the text "Rx Info Required learn more" next to or below the product's image.

26. Admit that as of January 1, 2018, each Hill's Prescription Diet® product listed for sale on Your website had an "Rx Required" icon next to that product's image on Your website.

**RESPONSE**: PetSmart objects to the term "website" as overly broad, unduly burdensome, and not relevant to any Party's claims or defenses as Plaintiff Vanzant's deposition confirmed that she did not visit or purchase Hill's Prescription Diet® pet food from any website maintained or affiliated with PetSmart, including PetSmart.com. PetSmart objects to the term "Rx Required" as vague and ambiguous. PetSmart also objects to the term "listed for sale" as PetSmart only sold Hill's Prescription Diet® products on PetSmart.com through July 2018; after July 2018, the products were listed on the website PetSmart.com as an advertised price for buyers to purchase in PetSmart stores. PetSmart states that after making reasonable inquiry, the information known or readily obtainable to PetSmart is insufficient to enable it to admit or deny this Request.

27. Admit that as of January 1, 2019, each Hill's Prescription Diet® product listed for sale on Your website had an "Rx Required" icon next to that product's image on Your website.

**RESPONSE**: PetSmart objects to the term "website" as overly broad, unduly burdensome, and not relevant to any Party's claims or defenses as Plaintiff Vanzant's deposition confirmed that she did not visit or purchase Hill's Prescription Diet® pet food from any website maintained or affiliated with PetSmart, including PetSmart.com. PetSmart objects to the term "Rx Required" as vague and ambiguous. PetSmart also objects to the term "listed for sale" as PetSmart did not sell Hill's Prescription Diet® products on PetSmart.com as of January 1, 2019; the products were listed on the website PetSmart.com as an advertised price for buyers to purchase in PetSmart stores. PetSmart admits that as of January 1, 2019, certain Hill's Prescription Diet® products appearing on PetSmart.com had an icon and the text "Rx Info Required learn more" next to or below the product's image.

28. Admit that as of January 1, 2020, each Hill's Prescription Diet® product listed for sale on Your website had an "Rx Required" icon next to that product's image on Your website.

**RESPONSE**: PetSmart objects to the term "website" as overly broad, unduly burdensome, and not relevant to any Party's claims or defenses as Plaintiff Vanzant's deposition confirmed that she did not visit or purchase Hill's Prescription Diet® pet food from any website maintained or affiliated with PetSmart, including PetSmart.com. PetSmart also objects to the term "listed for sale" as PetSmart did not sell Hill's Prescription Diet® products on PetSmart.com until May 2020; before May 2020, the products were listed on the website PetSmart.com as an advertised price for buyers to purchase in PetSmart stores. PetSmart denies that as of January 1, 2020, each Hill's Prescription Diet® product appearing on PetSmart.com had an "Rx required" icon next to that product's image.

29. Admit that You are aware that there is no legal requirement in the form of a federal or state law or regulation that requires PetSmart to restrict the sale of any Hill's Prescription Diet® product to Consumers who have obtained a prescription or authorization of a veterinarian for such products.

**RESPONSE**: PetSmart objects to this Request to the extent it calls for a legal conclusion. PetSmart objects to the term "prescription" as vague and ambiguous. For purposes of this Response, PetSmart will interpret "prescription" to mean veterinarian authorization. PetSmart admits the allegations contained in this Request, but states that Hill's requires PetSmart to restrict the sale of any Hill's Prescription Diet® product to Consumers who have obtained an authorization from a veterinarian for such products.

30. Admit that You are aware that there is no legal requirement in the form of a federal or state law or regulation that requires Hill's to impose on PetSmart a requirement that Prescription Diet® products be sold only pursuant to a prescription or authorization of a veterinarian.

**RESPONSE**: PetSmart objects to this Request to the extent it calls for a legal conclusion. PetSmart also objects to the term "prescription" as vague and ambiguous. For purposes of this Response, PetSmart will interpret "prescription" to mean veterinarian authorization. PetSmart admits the allegations contained in this Request, but states that Hill's imposes on PetSmart a requirement that Prescription Diet® products be sold only pursuant to an authorization of a veterinarian.

31. Admit that You are aware that there is no legal requirement in the form of a federal or state law or regulation that requires PetSmart to restrict the sale of any Hill's Prescription Diet® product to Consumers who have obtained a MedCard from Banfield for such products.

**RESPONSE**: PetSmart objects to this Request to the extent it calls for a legal conclusion. PetSmart admits the allegations contained in this Request, but states that Hill's requires PetSmart to restrict the sale of any Hill's Prescription Diet® product to Consumers who have obtained a MedCard from Banfield for such products, when there is a Banfield located in the PetSmart store.

32. Admit that no Hill's Prescription Diet® product sold by PetSmart has been submitted by Hill's or anyone else to the FDA for approval as a new animal drug.

**RESPONSE:** PetSmart states that after making reasonable inquiry, the information known or readily obtainable to PetSmart is insufficient to enable it to admit or deny this Request.

33. Admit that no Prescription Diet® c/d Multicare Urinary Care (formerly c/d Multicare Feline Bladder Health) cat food product sold by PetSmart has been submitted by Hill's or anyone else to the FDA for approval as a new animal drug.

**RESPONSE**: PetSmart states that after making reasonable inquiry, the information known or readily obtainable to PetSmart is insufficient to enable it to admit or deny this Request.

34. Admit that no Hill's Prescription Diet® product sold by PetSmart has an approved New Animal Drug Application or an approved Abbreviated New Animal Drug Application under section 512 of the Federal Food, Drug, and Cosmetic Act ("FD&C Act"), 21 U.S.C. 360(b).

**RESPONSE**: PetSmart states that after making reasonable inquiry, the information known or readily obtainable to PetSmart is insufficient to enable it to admit or deny this Request.

35. Admit that no Prescription Diet® c/d Multicare Urinary Care (formerly c/d Multicare Feline Bladder Health) cat food product sold by PetSmart has an approved New Animal Drug Application or an approved Abbreviated New Animal Drug Application under section 512 of the FD&C Act, 21 U.S.C. 360(b).

**RESPONSE**: PetSmart states that after making reasonable inquiry, the information known or readily obtainable to PetSmart is insufficient to enable it to admit or deny this Request.

36. Admit that no Hill's Prescription Diet® product sold by PetSmart has a conditional approval under section 571 of the FD&C Act, 21 U.S.C. 360ccc.

**RESPONSE**: PetSmart states that after making reasonable inquiry, the information known or readily obtainable to PetSmart is insufficient to enable it to admit or deny this Request.

37. Admit that no Hill's Prescription Diet® c/d Multicare Urinary Care (formerly c/d Multicare Feline Bladder Health) cat food product has a conditional approval under section 571 of the FD&C Act, 21 U.S.C. 360ccc.

**RESPONSE**: PetSmart states that after making reasonable inquiry, the information known or readily obtainable to PetSmart is insufficient to enable it to admit or deny this Request.

38. Admit that no Hill's Prescription Diet® product has an index listing under section 572 of the FD&C Act, 21 U.S.C. 360ccc-1.

**RESPONSE**: PetSmart states that after making reasonable inquiry, the information known or readily obtainable to PetSmart is insufficient to enable it to admit or deny this Request.

39. Admit that no Hill's Prescription Diet® c/d Multicare Urinary Care (formerly c/d Multicare Feline Bladder Health) cat food product has an index listing under section 572 of the FD&C Act, 21 U.S.C. 360ccc-1.

**RESPONSE**: PetSmart states that after making reasonable inquiry, the information known or readily obtainable to PetSmart is insufficient to enable it to admit or deny this Request.

40. Admit that PetSmart does not disclose to Consumers or otherwise inform Consumers that Hill's Prescription Diet® products sold by PetSmart have not been submitted to the FDA for approval as new animal drugs.

**RESPONSE**: PetSmart admits that the signage and product labels at PetSmart for Hill's Prescription Diet® products do not disclose or otherwise inform Consumers as to whether or not Hill's Prescription Diet® products sold by PetSmart have been submitted to the FDA for approval as new animal drugs.

41. Admit that PetSmart does not disclose to Consumers or otherwise inform Consumers that Hill's Prescription Diet® c/d Multicare Urinary Care (formerly c/d Multicare Feline Bladder Health) cat food products sold by PetSmart have not been submitted to the FDA for approval as new animal drugs.

**RESPONSE**: PetSmart admits that the signage and product labels at PetSmart for Hill's Prescription Diet® products do not disclose or otherwise inform Consumers as to whether or not Hill's Prescription Diet® c/d Multicare Urinary Care (formerly c/d Multicare Feline Bladder Health) cat food products sold by PetSmart have been submitted to the FDA for approval as new animal drugs.

42. Admit that the labels on bags and cans of Hill's Prescription Diet® products sold by PetSmart do not disclose to Consumers or otherwise inform Consumers that Hill's has not submitted those products to the FDA for approval as new animal drugs.

**RESPONSE**: PetSmart admits that the signage and product labels at PetSmart for Hill's Prescription Diet® products sold by PetSmart do not disclose or otherwise inform Consumers as to whether or not Hill's has submitted those products to the FDA for approval as new animal drugs.

43. Admit that the labels on bags and cans of Hill's Prescription Diet® c/d Multicare Urinary Care (formerly c/d Multicare Feline Bladder Health) cat food products sold by PetSmart do not disclose to Consumers or otherwise inform Consumers that Hill's has not submitted those products to the FDA for approval as new animal drugs.

**RESPONSE**: PetSmart admits that the signage and product labels at PetSmart for Hill's Prescription Diet® c/d Multicare Urinary Care (formerly c/d Multicare Feline Bladder Health) cat food products sold by PetSmart do not disclose or otherwise inform Consumers as to whether or not Hill's has submitted those products to the FDA for approval as new animal drugs.

44. Admit that no Hill's Prescription Diet® product sold by PetSmart contains a drug or medicine.

**RESPONSE**: PetSmart objects to the term "medicine" as vague and ambiguous. For purposes of this Response, PetSmart will interpret the term "medicine" to mean drug as defined under federal law. PetSmart admits that no Hill's Prescription Diet® product sold by PetSmart contains a drug or medicine.

45. Admit that no Hill's Prescription Diet® c/d Multicare Urinary Care (formerly c/d Multicare Feline Bladder Health) cat food product sold by PetSmart contains a drug or medicine.

**RESPONSE**: PetSmart objects to the term "medicine" as vague and ambiguous. For purposes of this Response, PetSmart will interpret the term "medicine" to mean drug as defined under federal law. PetSmart admits that no Hill's Prescription Diet® c/d Multicare Urinary Care (formerly c/d Multicare Feline Bladder Health) cat food product sold by PetSmart contains a drug or medicine.

46. Admit that You have not disclosed to Consumers or otherwise informed Consumers that Hill's Prescription Diet® products sold by PetSmart do not contain a drug or medicine.

**RESPONSE**: PetSmart admits that it has not disclosed to or otherwise informed Consumers as to whether or not Hill's Prescription Diet® products sold by PetSmart contain a drug or medicine.

47. Admit that You have not disclosed to Consumers or otherwise informed Consumers whether or not Hill's Prescription Diet® c/d Multicare Urinary Care (formerly c/d Multicare Feline Bladder Health) cat food products sold by PetSmart do not contain a drug or medicine.

**RESPONSE**: PetSmart admits that it has not disclosed to or otherwise informed Consumers as to whether or not Hill's Prescription Diet® c/d Multicare Urinary Care (formerly c/d Multicare Feline Bladder Health) cat food products sold by PetSmart contain a drug or medicine.

48. Admit that the labels on bags and cans of Hill's Prescription Diet® products sold by PetSmart do not disclose to Consumers or otherwise inform Consumers that Hill's Prescription Diet® products do not contain a drug or medicine.

**RESPONSE**: PetSmart objects to the term "medicine" as vague and ambiguous. For purposes of this Response, PetSmart will interpret the term "medicine" to mean drug as defined under federal law. PetSmart admits that the labels on bags and cans of Hill's Prescription Diet® products sold by PetSmart do not disclose to Consumers or otherwise inform Consumers whether or not Hill's Prescription Diet® products contain a drug or medicine.

49. Admit that the labels on bags and cans of Hill's Prescription Diet® c/d Multicare Urinary Care (formerly c/d Multicare Feline Bladder Health) cat food sold by PetSmart do not disclose to Consumers or otherwise inform Consumers that those products do not contain a drug or medicine.

**RESPONSE**: PetSmart objects to the term "medicine" as vague and ambiguous. For the purposes of this Response, PetSmart will interpret the term "medicine" to mean drug as defined under federal law. PetSmart admits that the labels on bags and cans of Hill's Prescription Diet® c/d Multicare Urinary Care (formerly c/d MultcCare Feline Bladder Health) cat food do not

disclose to Consumers or otherwise inform Consumers whether or not those products contain a drug or medicine.

50. Admit that no Hill's Prescription Diet® product sold by PetSmart has been reviewed, evaluated, or approved by the FDA.

**RESPONSE**: PetSmart states that after making reasonable inquiry, the information known or readily obtainable to PetSmart is insufficient to enable it to admit or deny this Request.

51. Admit that Hill's Prescription Diet® c/d Multicare Urinary Care (formerly c/d Multicare Feline Bladder Health) cat food products sold by PetSmart have not been reviewed, evaluated, or approved by the FDA.

**RESPONSE**: PetSmart states that after making reasonable inquiry, the information known or readily obtainable to PetSmart is insufficient to enable it to admit or deny this Request.

52. Admit that You have not disclosed to Consumers or otherwise informed Consumers that Hill's Prescription Diet® products sold by PetSmart have not been reviewed, evaluated, or approved by the FDA.

**RESPONSE**: PetSmart admits that the signage and product labels at PetSmart for Hill's Prescription Diet® products do not disclose or otherwise inform Consumers as to whether or not Hill's Prescription Diet® products sold by PetSmart have not been reviewed, evaluated, or approved by the FDA.

53. Admit that You have not disclosed to Consumers or otherwise informed Consumers that Hill's Prescription Diet® c/d Multicare Urinary Care (formerly c/d Multicare Feline Bladder Health) cat food products sold by PetSmart have not been reviewed, evaluated, or approved by the FDA.

**RESPONSE**: PetSmart admits that the signage and product labels at PetSmart for Hill's Prescription Diet® c/d Multicare Urinary Care (formerly c/d Multicare Feline Bladder Health) cat food products do not disclose or otherwise inform Consumers as to whether or not Hill's Prescription Diet® products sold by PetSmart have not been reviewed, evaluated, or approved by the FDA.

54. Admit that the labels on bags and cans of Hill's Prescription Diet® products sold by PetSmart do not disclose to Consumers or otherwise inform Consumers that Hill's Prescription Diet® products have not been reviewed, evaluated, or approved by the FDA.

**RESPONSE**: PetSmart admits that the labels on bags and cans of Hill's Prescription Diet® products sold by PetSmart do not disclose to Consumers or otherwise inform Consumers that Hill's Prescription Diet® products have not been reviewed, evaluated, or approved by the FDA.

55. Admit that the labels on bags and cans of Hill's Prescription Diet® c/d Multicare Urinary Care (formerly c/d Multicare Feline Bladder Health) cat food products sold by PetSmart do not disclose to Consumers or otherwise inform Consumers that those products have not been reviewed, evaluated, or approved by the FDA.

**RESPONSE**: PetSmart admits that the labels on bags and cans of Hill's Prescription Diet® c/d Multicare Urinary Care (formerly c/d Multicare Feline Bladder Health) cat food products sold by PetSmart do not disclose to Consumers or otherwise inform Consumers that those products have not been reviewed, evaluated, or approved by the FDA.

56. Admit that You are aware that the product labels on Hill's Prescription Diet® products sold by PetSmart include representations that those products can be used to "treat or prevent disease" as that phrase is defined in the FDA's Compliance Policy Guide ("CPG") Sec. 690.150.

**RESPONSE**: PetSmart denies that it is aware that product labels on Hill's Prescription Diet® products sold by PetSmart include representations that those products can be used to "treat or prevent disease" as that phrase is defined in the FDA's Compliance Policy Guide ("CPG") Sec. 690.150.

57. Admit that You do not consider any Hill's Prescription Diet® product sold by PetSmart to be a veterinary prescription drug under 21 U.S.C. § 353(f).

**RESPONSE**: PetSmart objects to this Request to the extent it calls for a legal conclusion. PetSmart states that after making reasonable inquiry, the information known or readily obtainable to PetSmart is insufficient to enable it to admit or deny this Request.

58. Admit that You do not consider any Prescription Diet® c/d Multicare Urinary Care (formerly c/d Multicare Feline Bladder Health) cat food product sold by PetSmart to be a veterinary prescription drug under 21 U.S.C. § 353(f).

**RESPONSE**: PetSmart objects to this Request to the extent it calls for a legal conclusion. PetSmart states that after making reasonable inquiry, the information known or readily obtainable to PetSmart is insufficient to enable it to admit or deny this Request.

59. Admit that You sell Hill's Science Diet® products.

**RESPONSE**: PetSmart objects to the phrase "Science Diet® products" as overly broad, unduly burdensome, and not relevant to any Party's claims or defenses to the extent it calls for products that Plaintiff Vanzant did not purchase. PetSmart admits that it sells certain Hill's Science Diet® products.

60. Admit that Hill's does not require You to sell Hill's Science Diet® products to Consumers pursuant to a prescription or veterinary authorization.

**RESPONSE**: PetSmart objects to the phrase "Science Diet® products" as overly broad, unduly burdensome, and not relevant to any Party's claims or defenses to the extent it calls for products that Plaintiff Vanzant did not purchase. PetSmart objects to the term "prescription" as vague and ambiguous. For purposes of this Response, PetSmart will interpret "prescription" to mean veterinarian authorization. PetSmart admits that Hill's does not require it to sell Hill's Science Diet® products to Consumers pursuant to a veterinarian authorization.

61. Admit that You do not require Consumers to obtain a prescription or authorization by or from a veterinarian prior to purchasing any Hill's Science Diet® product from PetSmart.

**RESPONSE**: PetSmart objects to the phrase "Science Diet® product" as overly broad, unduly burdensome, and not relevant to any Party's claims or defenses to the extent it calls for products that Plaintiff Vanzant did not purchase. PetSmart objects to the term "prescription" as vague and ambiguous. For purposes of this Response, PetSmart will interpret "prescription" to mean veterinarian authorization. PetSmart admits that it does not require Consumers to obtain an authorization by or from a veterinarian prior to purchasing any Hill's Science Diet® product from PetSmart, because Hill's does not require PetSmart to do so.

62. Admit that You do not require Consumers to obtain a MedCard prior to purchasing any Hill's Science Diet® product from PetSmart.

**RESPONSE**: PetSmart objects to the phrase "Science Diet® product" as overly broad, unduly burdensome, and not relevant to any Party's claims or defenses to the extent it calls for products that Plaintiff Vanzant did not purchase. PetSmart admits that it does not require Consumers to obtain a MedCard prior to purchasing any Hill's Science Diet® product from PetSmart, because Hill's does not require PetSmart to do so.

63. Admit that You market Hill's Science Diet® products for the same or similar health conditions as Hill's Prescription Diet® pet food products.

**RESPONSE**: PetSmart objects to the phrase "Science Diet® products" as overly broad, unduly burdensome, and not relevant to any Party's claims or defenses to the extent it calls for products that Plaintiff Vanzant did not purchase. PetSmart objects to the terms "market" and "health conditions" as vague and ambiguous. PetSmart denies that it markets Hill's Science Diet® products for the same or similar health conditions as Hill's Prescription Diet® pet food products.

64. Admit that You market Hill's Prescription Diet® products to support digestive health in cats and dogs.

**RESPONSE**: PetSmart objects to the term "digestive health" as vague and ambiguous. PetSmart admits that it markets certain Hill's Prescription Diet® products to support digestive health in cats and dogs consistent with representations provided by Hill's to PetSmart, which vary between Hill's Prescription Diet® line of products and Hill's Science Diet® line of products.

65. Admit that You market Hill's Science Diet® products to support digestive health in cats and dogs.

**RESPONSE**: PetSmart objects to the phrase "Science Diet® products" as overly broad, unduly burdensome, and not relevant to any Party's claims or defenses to the extent it calls for products that Plaintiff Vanzant did not purchase. PetSmart also objects to the term "digestive health" as vague and ambiguous. PetSmart admits that it markets certain Hill's Science Diet® products to support digestive health in cats and dogs consistent with representations provided by Hill's to PetSmart, which vary between Hill's Prescription Diet® line of products and Hill's Science Diet® line of products.

66. Admit that You market Hill's Prescription Diet® products to support urinary health in cats.

**RESPONSE**: PetSmart objects to the term "urinary health" as vague and ambiguous. PetSmart admits that it markets certain Hill's Science Diet® products to support digestive health in cats consistent with representations provided by Hill's to PetSmart, which vary between Hill's Prescription Diet® line of products and Hill's Science Diet® line of products.

67. Admit that You market Hill's Science Diet® products to support urinary health in cats.

**RESPONSE**: PetSmart objects to the phrase "Science Diet® products" as overly broad, unduly burdensome, and not relevant to any Party's claims or defenses to the extent it calls for products that Plaintiff Vanzant did not purchase. PetSmart objects to the term "urinary health" as vague and ambiguous. PetSmart admits that it markets certain Hill's Science Diet® products to support urinary health in cats consistent with representations provided by Hill's to PetSmart, which vary between Hill's Prescription Diet® line of products and Hill's Science Diet® line of products.

68. Admit that You market Hill's Prescription Diet® products for weight loss in cats and dogs.

**RESPONSE**: PetSmart admits that it markets certain Hill's Prescription Diet® products for weight loss in cats and dogs consistent with representations provided by Hill's to PetSmart, which vary between Hill's Prescription Diet® line of products and Hill's Science Diet® line of products.

69. Admit that You market Hill's Science Diet® products for weight loss in cats and dogs.

**RESPONSE**: PetSmart objects to the phrase "Science Diet® products" as overly broad, unduly burdensome, and not relevant to any Party's claims or defenses to the extent it calls for products that Plaintiff Vanzant did not purchase. PetSmart admits that it markets certain Hill's Science Diet® products for weight loss in cats and dogs consistent with representations provided by Hill's to PetSmart, which vary between Hill's Prescription Diet® line of products and Hill's Science Diet® line of products.

70. Admit that You market Hill's Prescription Diet® products for sensitive stomach and skin in cats and dogs.

**RESPONSE**: PetSmart objects to the term "sensitive" as vague and ambiguous. PetSmart admits that it markets certain Hill's Prescription Diet® products for sensitive stomach and skin in cats and dogs consistent with representations provided by Hill's to PetSmart, which vary between Hill's Prescription Diet® line of products and Hill's Science Diet® line of products.

71. Admit that You market Hill's Science Diet® products for sensitive stomach and skin in cats and dogs.

**RESPONSE**: PetSmart objects to the phrase "Science Diet® products" as overly broad, unduly burdensome, and not relevant to any Party's claims or defenses to the extent it calls for products that Plaintiff Vanzant did not purchase. PetSmart objects to the term "sensitive" as vague and ambiguous. PetSmart admits that it markets certain Hill's Science Diet® products for sensitive stomach and skin in cats and dogs consistent with representations provided by Hill's to PetSmart, which vary between Hill's Prescription Diet® line of products and Hill's Science Diet® line of products.

72. Admit that Your margins for Hill's Prescription Diet® products are higher than Your margins for Hill's Science Diet® products.

**RESPONSE**: PetSmart objects to the phrase "Science Diet® products" as overly broad, unduly burdensome, and not relevant to any Party's claims or defenses to the extent it calls for products that Plaintiff Vanzant did not purchase. PetSmart denies that its margins for Hill's Prescription Diet® products are higher than its margins for Hill's Science Diet® products.

73. Admit that Hill's requires PetSmart to maintain adequate client and patient records for all sales of Hill's Prescription Diet® pet food products by PetSmart in bricks and mortar retail stores and online.

**RESPONSE**: PetSmart objects to the terms "adequate" and "records" as vague and ambiguous. PetSmart objects to the term "patient records," as PetSmart does not have patients. PetSmart objects to the term "online" as overly broad, unduly burdensome, and not relevant to any Party's claims or defenses as Plaintiff Vanzant's deposition confirmed that she did not visit or purchase Hill's Prescription Diet® pet food from any website maintained or affiliated with PetSmart, including PetSmart.com. PetSmart also objects to this Request as irrelevant to any Party's claims or defenses. PetSmart denies that Hill's requires PetSmart to maintain client records for all sales of Hill's Prescription Diet® pet food products by PetSmart in brick and mortar retail stores and online.

74. Admit that PetSmart maintains the records referenced in Request for Admission No. 73.

**RESPONSE**: PetSmart objects to the term "records" as vague and ambiguous. PetSmart also objects to this Request as irrelevant to any Party's claims or defenses. PetSmart denies that it maintains the records referenced in Request for Admission No. 73 for brick and mortar retail stores, but admits that it maintains the records referenced in Request for Admission No. 73 for online sales.

75. Admit that PetSmart maintains records sufficient to identify the name and address, andthe name and phone number, or the name and email address of Consumers who purchased Hill's Prescription Diet® products in the State of Illinois.

**RESPONSE**: PetSmart objects to the term "records" as vague and ambiguous. PetSmart also objects to this Request as irrelevant to any Party's claims or defenses. PetSmart admits that it maintains records sufficient to identify the name and address, the name and phone number, or the name and email address of certain Consumers who purchased Hill's Prescription Diet® products in the State of Illinois.

Dated: December 20, 2021

Respectfully submitted,

By: /s/ Kara L. McCall

**SIDLEY AUSTIN LLP**
Kara L. McCall
Julie Becker
One South Dearborn
Chicago, IL 60603
(312) 853-2666
kmccall@sidley.com
Julie.becker@sidley.com

**CERTIFICATE OF SERVICE**

The undersigned counsel for Defendant PetSmart LLC certifies that on December 20, 2021, the foregoing Responses and Objections to Plaintiffs' First Requests for Admission and this Certificate of Service were served on the following counsel of record, via email:

Brian P. O'Meara
Ellen M. Carey
Kevin M. Forde
Michael K. Forde
Kevin R. Malloy
Forde & O'Meara LLP
191 North Wacker Drive
31st Floor
Chicago, IL 60606

Hannah Y. Chanoine
Gerard A. Savaresse
Jeffrey Kopczynski
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

John Gekas
Saul Ewing Arnstein & Lehr LLP
161 North Clark Street
Suite 4200
Chicago, IL 60601

Amy J. Laurendeau
O'Melveny & Myers LLP
610 Newport Center Drive
17th Floor
Newport Beach, CA 92660

Richard B. Goetz
O'Melveny & Myers LLP
400 South Hope Street
18th Floor
Los Angeles, CA 90071

*/s/ Abigail Bachrach*

# Exhibit 39

(filed under seal)

# Exhibit 40

(no redactions)

Below is the existing left nav folder structure
**NOTE:** current bug where extra folders are showing if you look at petsmart.com)

## help

- **my account**
  - Forgot Your Password?
  - My Account
- **placing an order**
  - Shopping cart
  - Cancelling an Order
  - In-Store Pickup
  - Checkout
  - Auto Ship
  - Scheduled Delivery
  - Pharmacy (Add this section) Include a blurb about pharmacy and link to greater detail pages under new folder.
- **shipping and delivery**
  - International shipping
  - Estimated delivery date
  - Shipping methods & costs
  - Product availability
  - Order status
- **payment**
  - Discounts and Online codes
  - Gift Cards
  - Pricing
  - Sales tax
  - Coupon policy
  - Pay Pal
  - Payment options
- **returns & refunds**
  - Return Policy
  - Returning a product
  - Price match guarantee
  - Damaged or defective items
- **terms & policies**
  - California Supply Chains Act
  - Buy a Bag, Give a Meal™
  - In-Store Pet Policy
  - Compliance & Ethics
  - Legal Notices
  - Indirect Spend
  - Shop Safely at petsmart.com
  - Terms & Conditions
  - Privacy Policy
  - Recalls
- **products**
  - Dog collar sizing chart
  - Crate & carrier sizing chart
  - Dog clothes sizing chart
  - Dog harness sizing chart
- **affiliate program**
  - Affiliate agreement
  - Affiliate application
  - Affiliate FAQ
  - Affiliate program

Recommendation to add a folder for "pharmacy" with subfolders shown below:

- Our Pharmacy
- Pharmacy Order
- Working with Your Vet
- Auto Ship
- Shipping & Delivery
- Returns & Refunds

Additional callouts will be included within other folders (where appropriate).

Is placement after return & refunds a correct location?

# Help

## how can we help you?

Learn more about our shipping & delivery options, setting up a PetSmart account, returns & refunds, payment options and more. Can't find what you're looking for? Contact customer care at 1-888-839-9638 or send us an email.



# my account (FOLDER)

## *Forgot your Password?*

## Forgot Your Password?

If you forgot your password, sign in and click 'forgot password?' Enter the email address associated with your account, then click 'send.' We will send you a link via email to reset your password. Please allow a few minutes for the request. You will have 24 hours to reset your password using the link provided in the email. If your link has expired, request a new link by following the same steps above. If you were unable to reset your password or you didn't receive an email notification, please contact us via e-mail or phone at **(888) 839-9638**.

## *My Account*

## Create an Account

It's easy to create a PetSmart account. Simply click 'sign in' or follow the prompts when placing an online order to register. If you are setting up an auto ship order, you will need to create an account with us.

For your convenience, you can create an account with Google+, Twitter, or Facebook. An email address is required to create an account.

You can also use your email address and a password. To ensure security, all passwords must be 8 characters or more and contain at least one of the following: upper case letter, number, or a special character.

The benefits of a PetSmart account include:

- Quicker checkout & services booking: Save up to 5 credit cards
- Stored billing & shipping information: Save up to 10 addresses in your PetSmart address book
- Track recent orders: Track your packages, find receipts, and access your entire order history in one convenient place
- Favorites: Save a list of your pet's faves to reorder again
- My Store: Set the store you shop at most to simplify in-store pickup and book PetSmart Grooming salon appointments

At PetSmart, we value your privacy. Please refer to our Privacy Policy for more information.

# placing an order (FOLDER)

## *Shopping Cart*

## Shopping Cart

Products will remain in your cart until they are purchased or removed. It's easy to manage your items by clicking the shopping cart at the top of any petsmart.com page.

The cart is the last chance to review your order before you checkout. Please review size, quantity and delivery method, and double check all personalized items. You won't be able to edit your items in checkout. To make a change, click the 'edit' link next to the item.

When you are ready to complete your purchase, click 'continue to checkout.' Our Checkout process is fast, easy and secure. Find out more about our Secure Shopping Guarantee. If using PayPal, click 'buy now with PayPal' during checkout. You will be redirected to complete your transaction.

Shopping Cart Options:

- **Update Order Quantity**. To change the order quantity of any product in your cart, click on the 'edit' link next to the item. Adjust the quantity and click 'update'
- **Change delivery method**. To change the delivery method or store selection for an in-store pickup order, click on the 'edit' link next to the item.
- **Remove a Product**. Click 'remove' next to the item you want to delete.
- **Enter a Promo Code**. Enter a promo code and click 'apply.' Learn more about discount and promotional codes here.
- **Move Products to Favorites**. If there are products in your shopping cart that you want to save and purchase again, add them to Favorites by clicking on the heart. You will still be able to buy it now.
- **Support Homeless Pets**. Please consider making a donation to PetSmart Charities. We accept donations of any size from $1 to $999. Learn more about PetSmart Charities.

## *Cancelling an Order*

## Order Cancellations

Once an order is processing, we are unable to change or cancel it. Our system is designed to process and ship orders. For any questions, please contact Customer Service online or call 888-839-9638.

In rare instances, we may need to cancel all or part of an order for various reasons, including:

- Unavailable product(s)
- Difficulty in processing your payment information
- Inability to ship to address provided
- Existence of a duplicate order

If your order is canceled, you will receive an e-mail notification. You will not be billed for any canceled products. Once an order is canceled, it cannot be reprocessed and must be submitted again on our website.

## *In-Store Pickup*

# In-Store Pickup

For your convenience, you can shop online and pick up at your local PetSmart within 1 hour or less.

When adding items to your cart, choose 'in-store pickup.' The first time, you'll need to select a store. You can change your store selection at any time as well as pick up items from multiple stores. Just click 'change store' on the product detail page.

Need someone else to fetch it for you? During checkout, let us know the name, email and phone for your proxy. The information provided will only be used for order status updates and never for marketing purposes.

You'll get an email when your order is ready for pickup. For faster service, bring your confirmation email and valid government-issued ID to the first register and an associate will retrieve your order for you. We will send you a Thank You email confirming your order was picked up.

Frequently Asked Questions
How do I know if an item is eligible for pick up?

The 'in-store pickup' option will be indicated on the product page and in the shopping cart if the product you've selected is eligible for pick up.

When do I pick up my order?

Items that are in stock can usually be picked up the same or next day if your order was placed near store closing or when the store is closed. Once your order is ready, we will send you a 'Ready for Pick Up' email, usually within 1 hour. Store hours vary and are available in the 'select store' option during checkout. Store hours are also available on your Ready for Pickup email.

Can someone else pick up my order?

Yes! Just select 'someone else will pick up' during the checkout process. Provide the name, phone number and email of the person who will be picking up your order and we'll send them an email verification. For your protection, the email verification as well as a government-issued ID is required for order pickup.

Where do I go and what do I bring with me to the store?

Go to the first register and bring a government-issued ID. For faster checkout, bring your 'Ready for Pickup' email in print or on your mobile phone. An associate will retrieve your order for you.

Can I use coupons for an order placed online for in-store pickup?

Coupons are not currently accepted for in-store pickup orders. Valid site promotion codes may be used on eligible in-store pickup orders.

How long do I have to pick up my order?

Orders not picked up within 5 days will be returned to stock and we will issue a refund. Refunds will only be made on the original form of payment and may take 3-5 business days to appear on your statement.

How do I cancel or return my purchase?

Please contact customer service online or at 1-888-839-9638.

To return an item, go to your local PetSmart store. Please review our Return Policy.

## *Checkout*

# Checkout

When you're ready to check out, go to your shopping cart and click 'continue to checkout.' If you already have a PetSmart account, sign in to enjoy faster checkout. If you don't have an account, you can create one or checkout as a guest. *Please note: If you are setting up an auto ship order, you will need to create an account with us.*

If you have a promotional code, click the 'promo code' link in the order summary section. Promotional codes need to be entered one at a time. Using multiple promotional codes might void promotions that have already been applied. Any promotional discounts will be reflected in the Order Summary section. All codes must be redeemed online at the time of the initial order.

Checkout:

- **About You**: We need some basic information about you to get started. Tell us your name, email address and phone number. Email is required for order status and updates. A phone number is required in case we have questions about your order.
- **Shipping Address**: If your cart includes items for delivery, you will need to provide the shipping address.
- **Delivery Options**: Choose the shipping method of your choice – Standard Shipping, 2 Day, or Overnight.
- **In-Store Pickup**. If your cart includes items to pickup in store, you have the option to designate someone other than yourself to pick it up. The information we request is required for providing order status updates only, not for marketing purposes.
- **Payment Details**: We accept most major credit cards and debit cards, PayPal and PetSmart gift cards. If your billing address is different than the shipping address, you can update that in this step.
- **Pharmacy Pet and Vet Details:** If your cart includes items that require a prescription, we'll need additional information about your pet and veterinary clinic to assist with prescription validation; it is required to process the pharmacy portion of your order.
- **Review Order**: Carefully review your order for accuracy on this page before submitting it. If any information is incorrect, edit it here before submitting. Once you've verified that all of your order information is accurate or you've made changes, complete your purchase by clicking 'complete purchase.' Please note: We cannot change or cancel orders once they've been placed. See Order Cancellations for more information.

After you complete checkout, your order number will be displayed on the order confirmation page. You will also receive an email confirmation. Be sure to save a copy of this email in case you have questions about your order.

If you'd like to print a copy of your order details, click on 'view full order details' and then click 'print order details.'

## *Auto ship*

# auto ship

Never run out of your favorite products again! With our automatic delivery program, you can enjoy the convenience of having products delivered to you weekly or monthly. You'll also enjoy a 20% discount plus free shipping on your first order and 5% off plus free shipping on all future orders. *Promotion subject to change.

Frequently Asked Questions
What is auto ship?

Auto ship is the most convenient way for you to get the items you want delivered to you on a regular schedule. We automatically send your favorite items based upon your chosen frequency. The service is easy to use and customizable, so you can make changes online whenever you need. Just tell us how often you want your items, and we'll take it from there. You'll receive 20% off plus free shipping on your first auto ship order and 5% off plus free shipping on all future auto ship orders.

You always have complete control over your auto ship orders and we send an email reminder 5 days before each placed order. You can change your order frequency, next order date or quantity by visiting the 'auto ship' section in your account. Changes to orders can be made any time within 24 hours of the next scheduled order date and you can pause/cancel at any time.

How do I join the auto ship program?

Joining is easy. It can be done while browsing on a product page or while reviewing items in your shopping cart. To join, simply select the auto ship option for your desired item, select your preferred order frequency and then check out as usual.

What will happen after I join the auto ship program?

After you join, you'll receive an email confirming your enrollment. This email will include a link to access the 'auto ship' section in your account where you can manage future orders, auto ship items and auto ship account information.

We'll place your auto ship orders automatically according to your selected frequency, and you'll only be billed on the day the order is shipped. We will send you an email reminder 10 days before each auto ship order. You'll also receive email notifications regarding other important information related to your auto ship account, such as, if your item is discontinued or out of stock, if you pause your enrollment and order confirmations.

How do I make changes to my auto ship order?

Once you've joined, auto ship is easy to manage. You can change your next order date, skip an order, change your selected frequency or pause/cancel your enrollment by visiting the 'auto ship' section in your account. Please allow up to 24 hours for modifications to be processed.

*Change an order date:*

- To change your next order date, please visit the 'my orders' tab within 'auto ship' and click the 'edit date' button to the right of the next order date then select a new date for your order. This will change the order date for the entire order. Please note, this will also affect the order frequency, which will adjust based on the new shipping date selected.
- If an auto ship order contains multiple items and you would only like to change the order date of a single item, please visit the 'edit my items' tab and identify the individual item you would like to modify, then click 'edit.' Next, click 'change shipping date' link to the right of the address details and select the new date, then click the 'change date' button.

*Skip a delivery:*

- To skip an auto ship order, visit the 'my orders' tab within 'auto ship' and click the 'skip delivery' button to the right of the upcoming order date dropdown to skip the entire order.

*Change order frequency:*

- To modify the order frequency for an auto ship item, please visit the 'edit my items' tab within 'auto ship.' On this tab, the current order frequency is displayed next to each auto ship item in a dropdown menu. To change the order frequency for an individual auto ship item, simply click the frequency dropdown next to the auto ship item you would like to modify and select your next desired frequency from the dropdown menu.

*Pause/cancel auto ship:*

- To pause an auto ship item, please visit the 'edit my items' tab and simply click the 'pause auto ship' link to the right of the address details. You'll be prompted to confirm this action and indicate your reason for pausing. Once you've selected a reason and clicked the 'pause auto ship' button, your auto ship enrollment will be paused and no future orders will be placed. You'll receive an email notification confirming this action.
- Please allow up to 24 hours for any modifications to be processed.

*Resume auto ship:*

- To resume an auto ship item, please visit the 'edit my items' tab and simply click the 'resume auto ship' link. A pop-up will appear, confirming that you'd like to resume auto ship and the next order date for the auto ship. Click the 'resume' button and the auto ship will be resumed.

How do I make changes to my auto ship account information?

To review or modify your auto ship account information, visit the 'auto ship' section in your account. You can change your shipping address for an individual order or at the product auto ship level. Changes made in either place will become the default shipping address and will affect future orders.

To change your shipping address for an order, please visit the 'my orders' tab and click the 'edit' link located above the current shipping information. Select a previous shipping address from the dropdown menu or create a new one to add to your account. This address will apply to all auto ship and future orders unless otherwise noted.

Please remember to click 'update address' and verify that your updated information saved successfully. Please allow up to 24 hours for modifications to be processed.

What is the difference between the 'my orders' and 'edit my items' tabs?

The 'my orders' tab shows the details for your next auto ship order. An order may contain more than one individual item scheduled for auto ship if the items have the same order date, shipping address, billing address and payment information.

The 'edit my items' tab displays individual auto ship items and all associated details for each individual auto ship order including next order date, quantity, order frequency and shipping address.

How do I view my future orders?

You can view your future orders in the 'my orders' tab in the 'auto ship' section of your account. Your very next scheduled order will be displayed. To see additional orders, click on the down arrow next to the next scheduled order date below.

How do I combine items to be in the same order?

Auto ship items that have the same order date, shipping address, billing address and payment method will ship as one order.

If you have more than one auto ship item and want the items to ship in the same order, simply visit the 'my orders' tab in the 'auto ship' section of your account and change the next order dates to be the same. Also, confirm the orders are going to the same shipping address and have the same billing address and payment method.

Can I add items to my next order with an existing auto ship status?

Yes, but you must be logged into your account. Visit the detail page of the item you wish to add to your order, and find the 'auto ship' check box. When you click this check box, you will have the option to add the item as one time only or as an auto ship item.

What types of payment are accepted for auto ship?

All auto ship orders require a credit or debit card payment. Alternative payment forms, such as PayPal and gift cards, cannot be accepted at this time.

auto ship terms

Auto ship items will ship automatically until you pause auto ship. By placing this order you are authorizing us to charge your card for future orders at the frequency and quantity you selected. The actual cost of each shipment may vary depending on the frequency and quantity chosen. For customer service, visit 1-888-839-9638.

## *Scheduled Delivery*

## Scheduled Delivery

Scheduled delivery offers the convenience of having your product delivered at a day and time of your choosing.

You can place an order and receive it on the same day. When placing your order, simply select an available same-day delivery window. You can schedule your delivery window up to 2 days in the future.

Scheduled Delivery is currently available in the following areas:

- Los Angeles
- Orange County
- San Francisco/San Jose
- Las Vegas
- Atlanta
- Chicago
- Miami/Ft. Lauderdale
- Seattle
- Dallas
- Houston
- Philadelphia
- Boston
- New York City
- Washington D. C.
- Northern New Jersey

# shipping and delivery (FOLDER)

## *International shipping*

## International Shipping

Petsmart.com currently does not ship orders to international addresses.

The only exception is Military APO/FPO addresses. Orders placed with an APO or FPO mailing address are shipped via U.S. Postal Service, but some restrictions apply. Delivery is expected within 3-8 business days. Please see Shipping Methods & Costs for more information.
If you have any questions regarding your order, please contact Customer Care via e-mail or call us at (623) 516-3990.

## *Estimated delivery date*

## Estimated Delivery Date

Accurate on-time delivery is very important to us. For many products, we calculate Estimated Delivery Dates to help you determine when products are expected to arrive. An Estimated Delivery Date is a calculation of several factors including product availability, allocation time in our fulfillment center, shipping method and destination. *Please note: Estimated Delivery Dates are estimates only and are not guaranteed.*

When we can accurately calculate Estimated Delivery Dates, we'll provide them to you during Checkout, as well as in your Order Confirmation email and Order History. Due to many factors, Estimated Delivery Dates can also change between the time you place the order and the time you receive an order confirmation. We do our best to provide accurate estimates and other information including order details and tracking links to help you track your order.

For more information about shipping options, visit Shipping Methods & Costs. To learn more about tracking your order, visit Order Status.

## *Shipping methods & costs*

## Shipping Methods & Costs

Different shipping methods are available based on the products purchased and the delivery location. Each shipping method has its own restrictions and charges that will be applied to your order.

At Checkout, you will be prompted to choose a shipping method. Please note: Some products may only offer one option for shipping. Shipping costs are based on the products ordered and the shipping method selected. Total shipping charges are automatically calculated during Checkout prior to completing your order.

Typically, there is an option to upgrade your shipping method for faster delivery (such as Second Day or Overnight). If you upgrade to Overnight shipping, your order must be received and credit authorization cleared by 9:00 p.m. ET or your order may not be processed until the following business day. If you upgrade to Second Day, your order must be received and credit authorization cleared by 12:00 p.m. (noon) ET or your order may not be processed until the following business day. *Business days are Monday-Friday, excluding federal holidays within the United States.*

48 Contiguous United States

- Standard Shipping - Most orders arrive within 2-3 days and may be shipped to the 48 contiguous United States. Please note: special orders, military addresses and P.O. Boxes may exceed the standard shipping days.
- Guaranteed 2-Day Shipping Most products may be shipped to the 48 contiguous United States via second-day service and arrive within 2 days. Orders must be placed before 12:00 p.m. (noon) ET or your order may not be processed until the following day.
- Guaranteed Next-Day Shipping Most products may be shipped to the 48 contiguous United States via overnight service and arrive within 1 day. Orders must be placed before 12:00 p.m. (noon) ET or your order may not be processed until the following day.

Alaska or Hawaii

- Second Day (2-3 business days*) - Most products may be shipped to Alaska or Hawaii via Second Day Service and arrive within 2-3 business days.
- U.S. Postal Service (3-8 business days*) Most products may be shipped via U.S. Postal Service, but some restrictions apply. Delivery is expected to arrive within 3-8 business days. The following products cannot be shipped via U.S Postal Service at this time: products over 70 lbs., products with large dimensions, freight-only products and flammable products.

P.O. Boxes (including Alaska & Hawaii), Military APO / FPO Addresses, P.O. Boxes in the U.S. Territories (including U.S. Virgin Islands & Puerto Rico), and U.S. Territories (including U.S. Virgin Islands & Puerto Rico)

- U.S. Postal Service (3-8 business days*) - Most products may be shipped via U.S. Postal Service, but some restrictions apply. Delivery is expected within 3-8 business days. The following products cannot be shipped via U.S. Postal Service at this time: products over 70 lbs., products with large dimensions, freight-only products and flammable products.

Looking for information about scheduled delivery?

## *Product availability*

# Product Availability

Product availability is clearly noted on the Product Detail page as 'In Stock' or 'Backorder.' Most products are in stock and ready to ship. Some products are either not yet available or temporarily out of stock (Backorder).

Please note: Expected shipment times specify when a product is expected to leave our fulfillment center, not when the product will arrive at its final shipping destination. After your order leaves our fulfillment center, delivery times vary according to the shipping method selected during Checkout and the location of your shipping address.

You will not be billed for products purchased with a credit card until the products have shipped. Some debit and bank check cards may reflect deduction of funds immediately upon order. This is an authorization only. Funds will be collected by petsmart.com upon shipment of products.

In-Stock Products

Most orders for In-Stock products are shipped once they are located in stock, your payment is approved and the receiving address is verified.

For example, if you order an In-Stock product on Monday that leaves the fulfillment center in 1-2 business days, it will leave the fulfillment center by end-of-day Wednesday. After your order leaves our fulfillment center, delivery times vary according to the shipping method selected during Checkout and the location of your

shipping address. Please note: Business days are Monday-Friday, excluding federal holidays within the United States.

Backorder Products

Backorder products are temporarily out of stock but still available for purchase on our website and shipped directly to you once they are back in stock. You will be notified of the status of your product via e-mail. Expected shipment time is indicated on the Product Detail page (i.e. 'Backorder: Buy now for shipping in 4-6 weeks').

## *Order status*

# Order Status

You can check the status of your open orders by visiting our Order Tracking page. This is the easiest and fastest way to obtain current information. Please note: Order information may not appear in your petsmart.com Order History for up to 1 hour after the order has been submitted.

When you click on Order Tracking, you will be prompted to log in with your e-mail address and password. Once you have signed in, the Order Tracking page will provide you with detailed information about your current or past orders. After your order has been shipped, your tracking number, if available, will be displayed. This number allows you to check the shipping status of your order through the shipping company. Note: Shipping companies may not have the ability to track a number for up to 2 business days.

If you do not have a PetSmart account, you can still view the status of your order by visiting our Track Your Order page. A valid order number and zip code are required.

# payment (FOLDER)

## *Discounts and Online codes*

## Discounts & Online Codes

Many online discounts will apply automatically to your order. To take advantage of online promotions requiring a promotion code, just follow these simple steps:

In your cart, enter the promo code in the 'promo code' box and click 'apply.' Please note that all promo codes are case sensitive.

Promotional codes need to be entered one at a time. Using multiple promotional codes might void promotions that have already been applied. Any promotional discounts will be reflected in the Order Summary section. All codes must be redeemed online at time of the initial order.

## *Gift cards*

## Gift Cards

PetSmart gift cards can be purchased in our retail stores.

How to Redeem a Gift Card Online:

- Shop online at petsmart.com and add products to your shopping cart.
- When you're ready to check out, go to your shopping cart and proceed to checkout.
- Enter your gift card number and unique PIN (codes are case sensitive) in section 4: payment details.
- Please save your gift card for future use if it covers the full amount of the transaction. If your gift card only covers a portion of the transaction, an additional form of payment is required.
- If you have a gift card that does not have a PIN, it cannot be redeemed online and can only be redeemed at a PetSmart retail store. In order to use your gift card online, your remaining balance can be transferred to a new gift card at your local PetSmart.
- When making a purchase online at petsmart.com, you may redeem up to 5 gift cards per order.
- Gift cards are not accepted for auto ship orders.

Gift Card Balance
Checking the balance on your gift card is easy. The remaining balance can be checked on petsmart.com, at any PetSmart retail store, or by calling a Customer Care Representative at 1-800-820-6189. When you call, be sure to have your Gift Card number and PIN in front of you.
Gift Card Rules & Regulations:

- A Gift Card cannot be used to purchase another Gift Card.
- If the amount of your Gift Card does NOT cover the total purchase amount, you will need to pay for the remainder of the purchase with a valid form of payment.
- If the amount of your Gift Card is MORE than the total order amount, the balance amount will be stored on your Gift Card account for future use.
- Gift Cards are non-transferable, non-refundable and are not redeemable for cash, except where required by law.
- PetSmart is not responsible for Gift Cards purchased through a third party with which PetSmart is not affiliated.
- We cannot replace lost or stolen Gift Cards.
- No sales tax is charged when buying Gift Cards. However, products purchased with a Gift Card will be charged applicable sales tax.

If you have any additional questions, please contact our Customer Care Department or call 888-839-9638.

## *Pricing*

## Pricing

All prices on petsmart.com are shown in U.S. dollars (USD). However, we also have Canadian pricing available on our website. At the top of the homepage, click on the United States flag and select 'Canada.' This will change our website to reflect the Canadian pricing.

Online prices, offers and selection may vary online and in store and are subject to change. If a promotion is exclusive to the website, typically it is noted as 'Online Only.' We reserve the right to limit sales, including the right to refuse sales, to resellers.

All online sales will be available starting at 6:00 am EST on the initial start date of an advertised sale/promotion/special offer. The duration of the sale/promotion/offer will be specified in the advertisement/promotion/flyer. *Please note: The available start time may vary depending on the promotion.*

## *Sales tax*

## Sales Tax

United States Sales Tax:

PetSmart is required to collect sales tax on orders shipped to all states except: Alaska, Delaware, Montana, New Hampshire, Oregon and Wyoming.

Sales tax is not charged on the purchase of Gift Cards. However, products purchased with Gift Cards will be taxed unless shipped to the states mentioned above.

The appropriate state and local tax rate will be charged based on the price of the purchased products and, where required by law, on shipping and handling charges.

Sales Tax-Exempt Customers:

Tax exempt purchases can only be made when paid for directly with funds of the organization. Any personal purchases are required to be made using a separate petsmart.com account and e-mail address.

To create a petsmart.com tax-exempt account:

1. Create a petsmart.com account
2. Email the following to TaxExempt@petsmart.com or fax to (623)580-6121:
    - Company/Organization Name
    - Name of primary purchaser
    - Address (including city, state, and zip)
    - petsmart.com Email address (used to create your petsmart.com account)
    - Organization type (non-profit, government, etc.)
    - Exemption certificate or other proof of exempt status

You will be notified via email once your exempt request has been approved. This may take up to 5 business days to process. Setting up your tax exempt account prior to making your first order will ensure no tax is charged on the order.

If you place your order prior to receiving your approval email, tax will be charged and you will be required to request a refund. To receive a reimbursement, email your request to TaxExempt@PetSmart.com or fax to (623) 580-6121. Please provide:

- The online order number, AND
- Sales tax exemption documentation (i.e. exemption certificate or resale certificate, etc.)

Please allow up to 10 days to process your sales tax refund.

Canadian Sales Tax:

A service fee will be added to all orders shipped to Canada to cover the cost of export taxes.

International Value Added Tax (VAT):

Any order being shipped to a destination outside of the United States and Canada may be subject to import duties and taxes that are not collected by petsmart.com during Checkout. When placing an order on petsmart.com, you are considered the importer of record and must comply with all applicable laws and regulations. Charges for duties, taxes and the carrier's collection fee are in addition to your shipping charge and must be paid by you. You should contact your local customs office for further information.

## *Coupon policy*

# Coupon Policy

Coupons are a great way to save even more when shopping with us, and it's easy to use them at our stores. When accepting coupons, we follow the guidelines below.

PetSmart Issued Coupons

**We Gladly Accept**

1. Mobile Coupons on a mobile device must have a scanable barcode. These include:

   2.

   - PetSmart coupons featuring a bouncing ball logo in the frame around barcode and starting with a 4.
   - Facebook and Twitter coupons.

3. Coupons for dollars/cents off, % off, or free for max item value.
4. Coupons contained in flyers, advertisements, email, PetSmart receipts, and from in store or national events (National Adoption Week).
5. Coupons for the exact item that is being purchased.
6. Buy one, get one (BOGO) coupons.
7. Coupons with a valid expiration date and a scanable barcode.
8. Coupons in black and white or color.
9. Targeted Coupons redeemed by the customer whose name appears on the coupon.

**We Do Not Accept**

- Coupons for items other than the exact item being purchased.
- Coupons with missing or with an invalid expiration date.
- Coupons copied or altered in any way.
- Coupons identified as fraudulent and posted to Coupon Central.
- Multiple redemptions with a single coupon.
- Coupons without a scanable barcode.
- Targeted coupons redeemed by someone other than the person listed on the coupon.

- Mobile Coupons scanned on a mobile device without the bouncing ball logo in the frame around barcode.

Valid Manufacturer Coupons

**We Gladly Accept**

- Only physical printed coupons surrendered at the time of purchase.
- Coupons for dollars/cents off, % off, or free for max item value.
- Coupons contained in flyers, advertisements, email, PetSmart receipts, and from in store or national events (Adoption Weekend events).
- Coupons for the exact item being purchased.
- Buy one, get one (BOGO) coupon.s
- Coupons with a valid expiration date and scanable barcode.
- Coupons in black and white or color.
- Coupons with "Manufacturer Coupon" printed on them and a valid remit address for the manufacturer.

**We Do Not Accept**

- Coupons for items other than the exact item being purchased.
- Coupons with missing or with an invalid expiration date.
- Coupons copied or altered in any way
- Coupons identified as fraudulent and posted to Coupon Central.
- Multiple redemptions with a single coupon.
- Coupons without a scanable barcode.
- Mobile Coupons scanned on a mobile device without the bouncing ball logo in the frame around barcode.

Valid Competitors' Coupons

**We Gladly Accept**

- Coupons for the exact item being purchased.
- Coupons for dollars/cents off, % off, or free for max item value.
- Buy one, get one (BOGO) coupons.
- Only physical printed coupons surrendered at the time of purchase.
- Coupons with a valid expiration date
- Coupons with a visible barcode.
- Coupons in black and white or Color.

**We Do Not Accept**

1. Coupons for items other than the exact item being purchased.
2. Coupons with missing or with an invalid expiration date.
3. Coupons copied or altered in any way.
4. Coupons identified as fraudulent and posted to Coupon Central.
5. Multiple redemptions on a single coupon.
6. Coupons without a visible barcode.
7. Coupons for services or live pets.
8. 
   - These are not considered 'like' products/services because our live pets are Vet Assured and our Services Associates are specially certified as such.
9. Competitor coupons scanned on a mobile device.
10. Coupons for "while supplies last", "First 100 in the door" or other door-buster coupons.

Coupon Websites/Other

**We Gladly Accept**

- Any coupons from Competitors or Manufacturers that comply with our coupon policy as mentioned above.

**We Do Not Accept**

- Coupons scanned on a mobile device unless they are PetSmart issued with a PetSmart barcode.
- Multiple redemptions on a single coupon unless otherwise stated in disclaimer.
- Coupons for items other than exact item being purchased.
- Coupons with missing or invalid expiration date.
- Coupons without a visible barcode.
- Coupons for services or live pets unless PetSmart issued.
- Coupons copied or altered in any way.
- Coupons identified as fraudulent and posted to Coupon Central.

The following are guidelines and limitations:

- Coupons must be presented and surrendered at time of purchase unless they are PetSmart issued and scanned on a mobile device.
- The coupon value may be reduced if amount exceeds the value of the item. Cash back is not provided.
- Coupons cannot be exchanged for cash or gift cards.
- Coupon will not be accepted after expiration date.
- We do not accept coupons that have been copied, altered, traded, or bartered in any way.
- When printing coupons from PetSmart online, please ensure that your printer is print-ready.
- PetSmart reserves the right to not accept a coupon that we deem as fraudulent use and or accept coupons not covered in this policy.
- PetSmart follows the disclaimer as printed on the coupon.
- Some items may not be available at all stores.
- Once a coupon is redeemed, it cannot be reissued upon return of the item purchased nor will cash be returned for the amount of the coupon redeemed.
- We reserve the right to reject any coupon or limit the number of coupons being used in a transaction.

## *Pay Pal*

## PayPal

PayPal can be used as a method of payment on petsmart.com. It enables any individual or business with an e-mail address to securely send payments online. With a PayPal account, you can choose to pay with your credit card, debit card, bank account or PayPal account balance. Your credit card and bank numbers are never seen by the seller or merchant, and you're 100% protected against unauthorized payments sent from your account.

PayPal Conditions:

- If you select PayPal as your method of payment, you'll continue through the Checkout process then automatically proceed to paypal.com to complete your payment.
- Once you've been redirected to paypal.com, you will have 25 minutes to complete the payment before your order is dropped.

## *Payment Options*

## Payment Options

At petsmart.com, we accept all major forms of credit cards, as well as several other forms of payment:

- American Express
- Discover
- MasterCard
- Visa
- PayPal
- Gift Card

We do not accept the following forms of payment:

- CODs
- Layaway plans

Important Payment Information:

- Credit cards are not charged until order products are shipped.
- Some debit and bank check cards may reflect deduction of funds immediately upon order. This is an authorization only. Funds will be collected by petsmart.com upon shipment of products.
- For your security, your billing name and address must match that of the credit card used for payment. We reserve the right to cancel any order that does not match these criteria.

# returns and refunds (FOLDER)

## *Return Policy*

## Return Policy

At PetSmart, your satisfaction is very important to us. We know pet parents are busy, so we've made our return policies easy and convenient.

Returning Online Purchases

If you're not satisfied with your petsmart.com purchase, you can return the product for the purchase price (minus the shipping, handling, gift wrap and other charges). Product must be in its original packaging. Note: we do not accept returns or exchanges on prescription medication products.

In Store

To return an item in store that was purchased at petsmart.com, simply bring the product in its original packaging plus the packing slip or the shipping confirmation email as proof of purchase to any PetSmart store. If paid for by credit card, the card used to purchase the merchandise is required so that your return can be credited to the same card (minus the cost of shipping and gift wrapping). If you do not have the same credit card that you used to make your petsmart.com purchase, or used a payment method other than a credit card for your order (such as PayPal or Google Wallet), you'll receive a merchandise return card for the appropriate amount. Merchandise return cards can be used for future in-store purchases and cannot be redeemed for cash. Prescription medication items cannot be returned in our stores.

To find a retail store near you, use our Store Locator or call (888) 839-9638.
By Mail

Pack the item safely and securely for shipping and include the packing slip (retain a copy for your records). Affix the RETURN shipping label provided and send the package via a traceable and insurable method. Please note: exchanges are not available by mail. All shipping charges must be paid by the customer. COD deliveries will be returned to the customer.

Returning Products Purchased at a PetSmart Store

If you're not satisfied with a product purchased in the store, simply bring the product in its original packaging and in new or salable condition to any PetSmart store to be returned.

Returns or Exchanges With a Receipt:

- Receipts are valid for 60 days from date of purchase.
- If a purchase is paid with cash, a refund will be issued in cash.
- If a purchase is paid by check, a refund will be issued with a merchandise return card or cash following a 10-day waiting period from the date of sale for the appropriate amount.
- Credit card purchases will be credited to the original card used or a merchandise return card will be issued for future use in store. Debit card purchases will be refunded as cash. If the original card is not available, or a payment method other than a credit card was used for your order (such as PayPal or Google Wallet), a merchandise return card will be issued.
- If a purchase is paid with a gift card, a refund will be issued with a merchandise return card.
- If exchanging a product, any positive balance will be refunded in the original form of tender.
- Merchandise return cards cannot be redeemed for cash.

Returns or Exchanges Without a Receipt or With a Receipt Older Than 60 Days:

- Bring the product and a valid ID to any store and a merchandise return card for the most recent sale amount will be issued. If making an exchange, any positive balance will be refunded in the original form of tender.

Return Exceptions

You must have a valid receipt to return or exchange any of the following products that are valued at $10 or more:

- Electronic merchandise, such as, collars, fencing and training items
- Grooming tools
- Filters or pumps
- Non-prescription pet medication or vitamins

Returning Products Purchased Online With a Payment Method Other Than a Credit Card

To return an item in store that was purchased at petsmart.com using PayPal, Google Wallet, or any payment method other than a credit card, simply bring the product in its original packaging plus the original receipt or invoice to any PetSmart store. You'll receive a merchandise return card for the appropriate amount. Merchandise return cards can be used for future in-store purchases and cannot be redeemed for cash.

## *Returning a product*

# Returning a Product

If you wish to return a product to petsmart.com, please follow the instructions below. Instructions are also outlined on the packing slip with your shipped products. Note: we do not accept returns or exchanges on prescription medication products.

Return to Store

To find a convenient store location, use the Store Locator. Returns are accepted in-store with the following:

- The packing slip or shipping confirmation email as Proof of Purchase
- If paid for by credit card, the credit card used to purchase the merchandise

Return by Mail

- On the bottom of your packing slip, select the reason for return.
- Call our Customer Care Team at 888-839-9638 to receive a return authorization number and shipping label. Our team is available to assist daily from 7am-Midnight ET
- Affix the RETURN shipping label provided to you on the outside of the box and package the items for your return
- Include the RMA (Return Authorization) Number in the box, and drop the package off at your local FexEx pickup location. Visit fedex.com/locate to find the nearest FedEx pickup location.
  Ship Return to:
  PetSmart.com Returns
  2221 John Glenn Avenue
  Columbus, OH 43217
- Retain a copy of the packing slip and tracking number for your return shipment.
- You will receive an email notification when your return is processed. Please allow 3-7 days for credit processing depending on your bank.

Please remember:

- Pack the product securely in the original product packaging, if possible. Please include all paperwork, parts and accessories. All products must be returned in good condition to ensure credit.
- Enclose the bottom perforated portion of the original packing slip with the product. Please keep the top portion for your records. If you cannot send your packing slip, please include your order number, billing name and address with the product.
- Before sending your return shipment, please remove all extra labels from the outside of the package.

Unable to locate your packing slip? Download a merchandise return form.

- All return shipping charges must be prepaid. We cannot accept COD deliveries.
- We recommend that you use FedEx or Insured Parcel Post for your return.
- Keep the Return Tracking Number for your return package to monitor delivery status.
- Refunds are issued in the same form of payment originally used for the purchase, within 30 days of our receiving the returned order.
- Credit for gift returns will be issued to the original purchaser.
- You will be refunded the return shipping cost if the return is a result of a manufacturing defect or shipping error.
- Products ordered on petsmart.com can be returned to a PetSmart retail store.

To contact our Customer Care Department, please phone us at 888-839-9638 from 7:00 a.m. to 12:00 a.m. (ET) 7 days a week or email us 24/7 at PetSmart Customer Care.

## *Price match guarantee*

# Price Match Guarantee

Our Price Match Guarantee makes it easy for you to stock up on essentials for your pets.

In-Store Price Match Guarantee:

If you find a product that's in stock at a PetSmart store for a lower price at a competitor's store (excluding competitors' online sites and catalogs), PetSmart will match the price as long as the identical product is in stock at our store. Proof of the lower price (receipt, advertisement or other confirmation) is required. We cannot match prices advertised at clearance, liquidation or other special events. We cannot match 'free with purchase' offers, 'buy one get one free' offers or rebates. Price matching is not valid on pets and services. See a Store Associate for additional details.

Online Price Match Guarantee:

Petsmart.com will match any competitor's online everyday price for in-stock, identical products. We cannot match sale prices or prices advertised on Amazon, eBay, other auction sites or closeout/discount sites. Please note: our Online Price Match Guarantee excludes shipping charges. Call customer service at 1-888-839-9638.

## *Damaged or defective items*

# Damaged or Defective Items

If you receive a damaged or defective product, contact a Customer Care Representative within 30 days of delivery at (888) 839-9638. Please be prepared to supply the order number and product number from your original confirmation e-mail, as well as your e-mail address and phone number.

Petsmart.com will make every reasonable effort to assist you with your return and will cover all return shipping charges. If you do not contact Customer Care, you are responsible for the return shipping charges.

If there is extensive damage to the carton upon delivery, contact a Customer Care Representative immediately at (888) 839-9638. Please have your order number accessible.

# Pharmacy (FOLDER) – US Only

## *Our Pharmacy*

## PetSmart Pharmacy

PetSmart Pharmacy, LLC is a fully-licensed pharmacy located in Louisville, KY. Our pharmacy is staffed by licensed pharmacists and staff with a combined 40+ years of pharmaceutical experience.

## *Pharmacy Order*

## Placing an order

Placing an order is easy on petsmart.com. Simply add item to your cart, proceed to checkout, enter required pet and veterinarian information and let PetSmart Pharmacy do the rest.

### Prescription Medication Order Processing

Medications that require a prescription will have the "Rx Required" icon shown next to the product image on our website. To order a prescription medication, simply add the item(s) to your cart and then proceed through checkout. During the checkout process, we require information about your pet and veterinarian. Once your order is placed, we will contact your vet via fax and request approval directly from them. If you already have a hard copy of your prescription and would rather send it to us, please mail the original prescription (no copies allowed) to the address below:

PetSmart Pharmacy
2815 Watterson Trail
Louisville, KY 40299

If you have previously ordered with us and we have valid refills on file, your order will be filled based on the number of refills remaining.

You will receive email updates on the status of your order throughout the process. Once your prescription has been approved by your vet, your order will ship within one business day.

Please note: we do not accept returns or exchanges for prescription medications.

If you would like to consult with a pharmacist to discuss a medication or adverse reactions to a medication, call us toll-free at 1-800-865-1333. We're available to take your calls, Monday-Friday 8:00 a.m. to 9:00 p.m. (ET) and Saturday 10:00 a.m. to 7:00 p.m. (ET).

### Veterinarian Diet Order Processing

Food or treats that require a prescription will have the "Rx Required" icon shown next to the product image on our website. To order Veterinarian Diets, simply add the item(s) to your cart, then proceed through checkout. During the checkout process, we will ask you for information about your pet and veterinarian. Once your order is placed, we will contact your vet via fax and request approval directly from them. If you already have a copy of your prescription and would rather send it to us, you may do so by email, fax, or by mail to the appropriate address below.

Email a copy (.tiff, .jpeg, or pdf – max size 2MB) of your prescription (with order number) to vetdiets@petsmart.com.

Fax a copy (with order number) to PetSmart Pharmacy – 1-877-894-5034

Mail a copy or the original to:

PetSmart Pharmacy
2815 Watterson Trail
Louisville, KY 40299

If you have previously ordered with us and we have valid refills on file, your order will be filled based on the number of refills remaining.

You will receive email updates on the status of your order throughout the process. Once your prescription has been approved by your vet, your order will ship out within one business day.

If you would like to consult with a pharmacist to discuss a medication or adverse reactions to a medication, call us toll-free at 1-800-865-1333. We're available to take your calls, Monday-Friday 8:00 a.m. to 9:00 p.m. (ET) and Saturday 10:00 a.m. to 7:00 p.m. (ET).

## *Working with Your Vet*

# Will you contact my veterinarian directly to approve my order?

Absolutely! PetSmart Pharmacy wants your prescription order to be easy and convenient. Once you place your order, we will contact your vet via fax and request approval directly from them.

Please note: some veterinarians will require you to mail the original prescription to the pharmacy.

# Can I send you a copy of my prescription?

There are different ways for you to send us your prescription depending on if the order is for a prescription medication or a veterinary diet. Please provide your petsmart.com order number with your communication to ensure fast and accurate order processing.

- For prescription medication products, you must send us the original hard copy (sorry, legally we cannot accept an email, fax, or copy of a prescription) to the address listed below:

  PetSmart Pharmacy
  2815 Watterson Trail
  Louisville, KY 40299

- For veterinary diet products, you can send us a copy of the prescription by email, fax, or mail to the addresses below.

- Email a copy (.tiff, .jpeg, or pdf – max size 2MB) of your prescription (with order number) to vetdiets@petsmart.com.

  Fax a copy (with order number) to PetSmart Pharmacy – 1-877-894-5034

  Mail a copy to:

PetSmart Pharmacy
2815 Watterson Trail
Louisville, KY 40299

## *auto ship*

# Can I sign up for auto ship with a prescription order?

Absolutely! Auto ship is a convenient way to ensure you never run out of your prescription items again.

Joining is easy. It can be done while browsing on a product page or while reviewing items in your shopping cart. To join, simply select the auto ship option for your desired item, select your preferred order frequency and then check out as usual.

After you join, you'll receive an email confirming your enrollment. This email will include a link to access the 'auto ship' section in your account where you can manage future orders, auto ship items and auto ship account information.

We'll place your auto ship orders automatically according to your selected frequency, and you'll only be billed on the day the order is shipped. We will send you an email reminder 5 days before each auto ship order. You'll also receive email notifications regarding other important information related to your auto ship account, such as: prescription refills have run out, your item is discontinued or out of stock, enrollment pauses and order confirmations.

Please click here (insert hyperlink to auto ship help desk page) for additional details regarding our auto ship program.

## *Shipping & Delivery*

# Shipping Methods & Costs

Prescription medication and veterinary diet orders can be shipped to all 50 states. There are different shipping methods available based on the products purchased and the delivery location. Each shipping method has its own restrictions and charges that will be applied to your order. Please note: prescription medications and veterinary diets that require a prescription could be delayed as your veterinarian must approve them before they can be processed. Once approved, we will ship your order within one business day.

At Checkout, you will be prompted to choose a shipping method. Please note: Some products may only offer one option for shipping (e.g., frozen products). Shipping costs are based on the products ordered and the shipping method selected. Total shipping charges are automatically calculated during Checkout prior to completing your order.

Typically, there is an option to upgrade your shipping method for faster delivery (such as Second Day or Overnight). For prescription medication and veterinarian diet orders, your order will be upgraded to the appropriate shipping method, only after we have received approval from your veterinarian. This process typically takes 2 - 4 days.

For additional information on shipping to P.O. Boxes, Alaska, or Hawaii, please click here (insert hyperlink to shipping methods & costs detailed help page).

## *Return & Refunds*

# Returning a Product

If you wish to return a pharmacy product to petsmart.com, please follow the instructions below. Instructions are also outlined on the packing slip with your shipped products.

**Prescription Medications**

We do not accept returns on prescription medications. If you feel your order is not accurate, we're happy to help! Please contact the following:

PetSmart Pharmacy Customer Care

Phone us at 1-888-839-9638 from 7:00 a.m. to 12:00 a.m. (ET) 7 days a week. Or email us 24/7 at PetSmart Customer Care.

**Veterinary Diets**

Return to Store

To find a convenient store location, use the Store Locator. Returns are accepted in-store with the following:

- The packing slip or shipping confirmation email as Proof of Purchase
- If paid for by credit card, the credit card used to purchase the merchandise

Return by Mail

- On the bottom of your packing slip, select the reason for return.
- Call our Customer Care Team at 888-839-9638 to receive a return shipping label and authorization number. Our team is available to assist daily from 7am-Midnight ET.
- Affix the RETURN shipping label provided to you on the outside of the box and package the items for your return.
- Include the RMA (Return Authorization) Number in the box, and drop the package off at your local FexEx pickup location. Visit fedex.com/locate to find the nearest FedEx pickup location.
  Ship Return to:
  petsmart.com Returns
  2221 John Glenn Avenue
  Columbus, OH 43217
- Retain a copy of the packing slip and tracking number for your return shipment.
- You will receive an email notification when your return is processed. Please allow 3-7 days for credit processing depending on your bank.

Please remember:

- Pack the product securely in the original product packaging, if possible. Please include all paperwork, parts and accessories. All products must be returned in good condition to ensure credit.
- Enclose the bottom perforated portion of the original packing slip with the product. Please keep the top portion for your records. If you cannot send your packing slip, please include your order number, billing name and address with the product.
- Before sending your return shipment, please remove all extra labels from the outside of the package.

Unable to locate your packing slip? Download a merchandise return form.

- All return shipping charges must be prepaid. We cannot accept COD deliveries.
- We recommend that you use FedEx or Insured Parcel Post for your return.
- Keep the Return Tracking Number for your return package to monitor delivery status.

- Refunds are issued in the same form of payment originally used for the purchase, within 30 days of our receiving the returned order.
- Credit for gift returns will be issued to the original purchaser.
- You will be refunded the return shipping cost if the return is a result of a manufacturing defect or shipping error.
- Products ordered on petsmart.com can be returned to a PetSmart retail store.

To contact our Customer Care Department, please phone us at 888-839-9638 from 7:00 a.m. to 12:00 a.m. (ET) 7 days a week or email us 24/7 at PetSmart Customer Care.

# Terms & policies (FOLDER)

## *California Supply Chains Act*

## California Supply Chains Act

CALIFORNIA TRANSPARENCY IN SUPPLY CHAINS ACT OF 2010

*PetSmart is strongly committed to respecting and protecting human rights wherever we operate.* Suppliers and vendors play a key role in helping us manage our global supply chain in a socially responsible manner. We require our suppliers and vendors to comply with all applicable laws relating to working hours, fair wages, and minimum employment age. PetSmart does not tolerate any kind of child or forced labor or human trafficking.

The California Transparency in Supply Chains Act of 2010 requires certain companies to publicly disclose their efforts to eradicate human trafficking and slavery from their global supply chains. PetSmart does the following to eradicate human trafficking and slavery from our global supply chain manufacturers.

VERIFICATION

PetSmart uses an enterprise risk management (ERM) process to identify and assess major risks to the company. Human rights violations in PetSmart's supply chain are an identified risk on the ERM process which is reviewed and updated on an annual basis.

AUDITS

At PetSmart, we require our key international proprietary brand vendors to undergo an independent third party social accountability audit, which includes a review of human trafficking and slavery issues. These vendors generally receive notification of a pending audit one to two months prior to the audit. PetSmart determines the frequency of these independent third party audits based on an analysis of the risk of the products supplied by these vendors. Generally, these independent audits are conducted every one to three years. PetSmart verifies the documentation from these third party audits, and if a vendor fails to comply with any of the above requirements, PetSmart promptly reviews the failure with the vendor to determine a solution, if possible. PetSmart ceases to do business with vendors that cannot maintain these requirements.

PetSmart does not conduct audits of our national brand product vendors. National brand product vendors have a direct relationship with their suppliers and are themselves directly responsible for compliance with all applicable laws involving human trafficking and slavery in their supply chains. If PetSmart learns of a failure with one of our national brand vendors, PetSmart promptly reviews the failure with the vendor to determine a solution, if possible. PetSmart ceases to do business with vendors that cannot maintain these requirements.

CERTIFICATION

PetSmart requires international vendors to comply with all applicable laws and regulations in the jurisdictions in which they operate. With each shipment of products to PetSmart, all international vendors must provide a signed certification that the products they provide to us, and the materials incorporated into these products, comply with the laws and regulations regarding slavery and human trafficking of the country or countries in which they do business. Vendors must also certify that any vendor or subcontractor used in the manufacturing or in the distribution of the products they provide complies with these standards.

PetSmart provides our Quality Assurance Handbook to proprietary brand vendors. The handbook outlines PetSmart's criteria, minimum quality standards, and expectations for its proprietary brand vendors. Each vendor is required to certify in writing its understanding of, and adherence to, the terms contained in the Handbook. The Handbook requires that our proprietary brand vendors, including contractors or subcontractors, comply at a minimum with the prevailing labor laws of the country or countries and state(s) in which they operate. When regulations are nonexistent or conflict with the fundamental values of PetSmart, the Handbook requires

proprietary label vendors to meet the accepted practices established by other manufacturing countries, as determined by PetSmart.

PetSmart also provides a Master Vendor Agreement to the majority of our vendors, both domestic and international. The Agreement requires that our vendors comply with all U.S. and foreign laws governing the products the vendor supplies to PetSmart, including laws related to the manufacture of the products. PetSmart's purchase orders contain terms and conditions requiring that our vendors' products comply with all applicable federal, state, provincial, and local laws, including those governing manufacturing.

If a vendor fails to comply with any of the above requirements, PetSmart promptly reviews the failure with the vendor to determine a solution, if possible. PetSmart ceases to do business with vendors that cannot maintain these requirements.

INTERNAL ACCOUNTABILITY

PetSmart is strongly committed to respecting and protecting human rights wherever we operate. All employees are provided with PetSmart's Code of Ethics and Integrity, and all employees are required to certify that they have reviewed and understand the Code. The Code requires PetSmart and its employees to follow all applicable laws relating to working hours, paying fair wages, and minimum employment age, and states that PetSmart does not tolerate any kind of child or forced labor or human trafficking. The Code also states that we hold our suppliers and vendors to the same high standards that we follow. The Code requires that if any employee suspects that human rights violations or inhumane/unethical pet handling practices are occurring in our supply chain, he or she has a responsibility to discuss those concerns with management. An essential element of the Code is each employee's responsibility to report any situation that causes concern. We provide a number of avenues for our employees to report such concerns, including an anonymous hotline administered by an independent third party, and we strictly prohibit retaliation against anyone who in good faith reports a possible violation of the Code.

TRAINING

PetSmart provides periodic training on human trafficking and forced labor issues to all applicable employees in our merchandising department, including buyers, product developers, and product integrity managers, along with other employees working with our supply chain.

## *Buy a Bag, Give a Meal™*

# Buy a Bag, Give a Meal™ FAQs

How does it work?

When you purchase a bag of dry dog or cat food at a PetSmart® store, petsmart.com or petsmart.ca between 3/1/17 – 12/31/17, PetSmart will donate a meal (5oz dog food, 1.5oz cat food) to PetSmart Charities® or PetSmart Charities™ of Canada to help feed a dog or cat in need.

What types of organizations will ultimately receive the donated food?

PetSmart Charities will distribute the meal donations to various pet shelters, animal welfare organizations, food banks or other similar organizations that provide food, shelter and/or other assistance to pets in need.

Do you have a goal for how many meals you hope to donate?

Yes! We hope to donate 60,000,000 meals or more! That goal is based on past sales for a similar time period. There is no guaranteed amount, as actual donations will be based on sales.

How will PetSmart Charities determine which organizations will receive food donations?

The allocation of food donations to beneficiary organizations will be based on PetSmart Charities' evaluation of the needs among potential recipients, the ability of potential recipients to receive, handle and distribute the food donations, and where the donated meals can be most effectively delivered ("Review Process").

How will food donations be allocated between dogs and cats in need?

It is anticipated that the allocation of food donations will be approximately 50% for dogs and 50% for cats. However, the exact allocation of meals between dogs and cats may be impacted by availability and PetSmart Charities' Review Process.

Will purchases in the U.S. support U.S. organizations and purchases in Canada support Canadian organizations?

It is anticipated that each qualifying purchase in the U.S. will generate a meal donation to PetSmart Charities, Inc. (U.S.), and each qualifying purchase in Canada will generate a meal donation to PetSmart Charities of Canada. It is anticipated that each charity will distribute the donated meals to organizations within its respective country. The exact allocation of meals donated, however, may be impacted by the Review Process

How is the size of a meal determined?

A "meal" is defined as 5 oz. of dog food for a dog or 1.5 oz. of cat food for a cat based on the daily maintenance energy requirements for a typical adult pet (40 lb dog or 10 lb cat) in good health that is fed twice daily. Ounces as used for this definition refers to ounces of weight, rather than ounces of volume.

Is any portion of my purchase tax deductible?

No portion of your purchase is tax deductible. All donations are made solely by PetSmart.

Where can I find out more information about PetSmart Charities and PetSmart Charities of Canada?

PetSmart Charities, Inc. and PetSmart Charities of Canada are separate nonprofit animal welfare organizations whose collective mission is to find lifelong, loving homes for all pets by supporting programs and thought leadership that bring people and pets together. PetSmart Charities is a registered 501(c)(3) organization and PetSmart Charities of Canada is an independent, registered charity, both of which are separate entities from PetSmart Inc.

To learn more about PetSmart Charities:
19601 North 27th Avenue, Phoenix, Arizona 85027
1-800-423-PETS (7387)
Petsmartcharities.org

To learn more about PetSmart Charities of Canada:
500-4475 North Service Road Burlington, ON. L7L 4X7
1-289-313-6400
Petsmartcharities.ca

For more information on how to participate in the Buy a Bag, Give a Meal™ program, visit our page in US or Canada.

## *In-Store Pet Policy*


# In-Store Pet Policy


The following pets are permitted in PetSmart stores provided the pets are appropriately secured (leashed or safely confined) and vaccinated (as appropriate for the particular type of pet):

- Domestic dogs and cats
- Birds
- Small animals and reptiles sold at PetSmart (including, guinea pigs, hamsters, chinchillas, gerbils, mice, rats, certain geckos, bearded dragons, specific types of snakes, specific types of frogs, certain types of birds)
- Other non-venomous reptiles
- Ferrets
- Rabbits
- Sugar Gliders
- Pot-bellied pigs

All other pets are considered nontraditional and are not permitted in our stores. Please see a store associate if you are unsure if your pet is permitted in our stores.

For the safety of all pets, pet parents, and store associates, non-traditional pets are not permitted inside any PetSmart store location unless the pet is a service animal under the federal guidelines of the Americans with Disabilities Act or similar state or local laws, or has a veterinary appointment with an in-store Banfield Hospital.

PetSmart considers a pet 'non-traditional' unless (1) it sells the same breed or type of pet; (2) it would allow adoption of the same breed or type of pet through an in-store adoption partner; (3) it sells supplies intended for the specific breed or type of pet; or (4) the specific pet in question is being treated at the in-store Banfield Hospital.

Banfield Customers:

Non-traditional pets entering the store for veterinary appointments at in-store Banfield Hospital locations must be secured in a crate, kennel, or other fastened enclosure to prevent exposure to the public. Pets may not be removed from their crate, kennel, or other fastened enclosure until safely sheltered inside a Banfield examination room or kennel area.

PetSmart reserves the right to prohibit any pet from being in a PetSmart location for any reason, and PetSmart may modify this policy, or any portion thereof, at any time, without notice.

## *Compliance & Ethics*

## Compliance & Ethics

About PetSmart's Ethics & Integrity Program

PetSmart's core value of Caring is the foundation of our Ethics & Integrity Program. We Care for our customers, associates and communities and believe that our Ethics & Integrity Program is key to strengthening our unique culture. Having a consistent roadmap to guide our behaviors and decisions will help us remain successful and true to our mission. We have established a foundation of trust with our customers, associates, and communities, and it's up to us to do the right thing and protect this reputation. PetSmart is committed to providing education, training and awareness to our associates regarding our Ethics & Integrity Program. Our Ethics & Integrity department is responsible for the oversight of the Company's Code of Ethics & Integrity (E&I) and reviewing E&I allegations to ensure they are handled appropriately. The E&I department works collaboratively with other departments such as Human Resources, Internal Communications, and Training to ensure we provide awareness and training to emphasize compliance throughout our company. We have designated E&I Champions in each department to assist in ensuring a strong E&I culture.

Code of Ethics & Integrity

At PetSmart, we pride ourselves on doing the right thing, even when it's hard. This means that we take responsibility and act with integrity. Our Code of Ethics & Integrity guides us in making decisions that impact our customers, our associates, and the communities where we live and work. By following the Code of Ethics & Integrity, we make sure that we do our job in a way that lives up to our values and follows the law.

Click here to download our Ethics & Integrity Code of Conduct – English
Click here to download our Ethics & Integrity Code of Conduct – Spanish
Click here to download our Ethics & Integrity Code of Conduct – Chinese
Click here to download our Supplier Code of Conduct – English
Click here to download our Supplier Code of Conduct – Chinese
Click here to download our Summary Supplier Code of Conduct
Click here to download our Vendor Purchase Order Terms & Conditions

Purchase Order Terms and Conditions

Certain transactions between PetSmart and its vendors will be detailed in written Purchase Orders. These Purchase Orders are governed by our Vendor Purchase Order Terms and Conditions (see below). Separate Terms and Conditions govern indirect spend Purchase Orders (covering Goods Not For Resale [GFNR] and services) and direct-spend Purchase Orders covering Goods For Resale (GFR). The provision of products or services, or other fulfillment of the Purchase Order by a vendor constitutes vendor's representation and warranty that it has accessed, read and accepted such Terms and Conditions for Purchase Orders available below. Vendors should not provide any products or services under a Purchase Order without first accessing the applicable Terms and Conditions.

Click here to download our Indirect Vendor Purchase Order Terms & Conditions (for GNFR and Services)
Click here to download our Direct Vendor Purchase Order Terms & Conditions (for GFR)

CareSmart

Open and honest communication is the expectation at PetSmart, not the exception. We support an Open Door Policy where associates can voice their concerns with their immediate supervisor, a higher level of management, Human Resources, the Ethics & Integrity department, or via the CareSmart hotline. CareSmart is administered by an independent third-party service. Associate information will be treated confidentially and people who call CareSmart can remain anonymous if they prefer. Contact information for CareSmart and our Ethics & Integrity department are available in our Code of Ethics & Integrity on Fetch (our intranet) as well as posters located in or near the break room of each business location.

## *Legal Notices*

### *OVERVIEW*

- Proprietary Rights & Trademarks
- Site Downloads Restricted
- Contributions to this Site; Content & Submissions
- Applicable Law
- Links to Third-Party Websites
- Privacy, Security & Prohibited Content
- U.S. Export Controls
- Indemnity
- Human Rights/California Transparency in Supply Chains Act of 2010
- Contact Us

# Legal Notices

This document provides notice of specific legal obligations in connection with your use of our Internet or 'web' sites (collectively, 'Site' or 'Sites'). By using this Site, you agree to be bound by our Legal Notices, Conditions of Use and Privacy Policy (collectively, 'Notices and Policies'), in addition to other terms and conditions that may appear throughout our Sites.

References to 'PetSmart' in this document mean PetSmart, Inc., its affiliates, subsidiaries, divisions and designees and the Site owner, PetSmart Home Office, Inc.

PetSmart reserves the right to make changes to this Site and its Notices and Policies at any time. Each time you use this Site, you should visit and review the then current Notices and Policies that apply to your transactions and use of this Site. If you do not agree to be bound by the then current Notices and Policies, your sole remedy is not to use this Site. PetSmart is not responsible for typographical or photographic errors on this Site.

PROPRIETARY RIGHTS & TRADEMARKS

All Site content and collective work comprising the Site, including information, articles, data, software, photographs, graphs, videos, typefaces, graphics, music, sounds and other artwork and material (collectively 'Content') is protected by copyright, trademark, patent or other proprietary rights under United States and/or international laws and held by PetSmart and/or the original creator of the material, including PetSmart's suppliers and/or affiliates and Site visitors contributing material in connection with our Pet Community, Blog, Ask an Expert and similar services Sites (for more information, see 'Contributions to this Site; Content & Submissions' below). These rights are valid and protected in all forms, media and technologies existing now or developed in the future.

The PetSmart and Bouncing Ball Design marks, petsmart.com, PetSmart Charities and PetPerks, among numerous other trademarks used on this Site, are registered to and/or otherwise protected by PetSmart under United States, Canada and/or international intellectual property laws. All trademarks, service marks, logos, slogans, domain names and trade names are the property of their respective owners and are licensed to, or otherwise used with permission by, PetSmart. All intellectual property used on the Site may not be reproduced, copied or otherwise manipulated in any manner without express, written permission of the owner. PetSmart disclaims any proprietary interest in intellectual property other than its own.

SITE DOWNLOADS RESTRICTED

You may only download Content displayed on this Site for non-commercial, personal use, provided you also retain all copyright, trademark and other proprietary notices contained in our Content. Do not alter the Content, and do not copy or post the Content on any network computer or broadcast the Content in any media.

Except as expressly authorized herein, or by an authorized representative of PetSmart, or by license, PetSmart strictly prohibits modifying, transmitting, distributing, reusing, reposting, 'framing' or using the Content of this Site and the Site servers, including the text, images, audio and/or video for public or commercial purposes. Downloading images of products for sale within this Site is strictly prohibited. You may not copy, modify, remove, delete, augment, add to, publish, transmit, participate in the transfer or sale, lease or rental of, create derivative works from or in any way exploit the Content of this Site, in whole or in part.

CONTRIBUTIONS TO THIS SITE; CONTENT & SUBMISSIONS

There are many opportunities to contribute to this Site. By using this Site, you agree that any information (except for purchase information) you send to PetSmart to contribute to this Site, or that you submit, post or display on our Site, is not confidential, including data, text, photos, videos, stories, articles, names (first and/or last, fiction or nonfiction) and other information, suggestions, ideas, comments or links you send to PetSmart or any other third party using this Site ('Material'). By submitting any solicited or unsolicited Material using this Site, you grant PetSmart an irrevocable and unrestricted license to use, modify, reproduce, transmit, display and distribute the Material for any purpose whatsoever to the extent permitted by law.

By submitting Material to the PetSmart Pet Community and similar service Sites, you agree that you are the sole owner and copyright holder of photos, videos, stories and information you submit; that these items do not infringe any intellectual property rights of any individual or entity, including the photographer who took the photos and/or videos you have submitted; and that these items do not contain any material that otherwise violates any criminal prohibition. You grant to PetSmart, its employees, agents, personnel, assigns, licensees, successors in interest and legal representatives, an irrevocable and perpetual and royalty free right to use your photos, videos, stories and information and name (first name and/or last name or any fictional name you provided with your submission) or likeness, in all forms and in all media and in all manners, without any restriction or notice as to changes or alterations for any advertising, promotion, publicity or any other lawful purposes.

The Material you submit may be altered for the purposes of proper publication by PetSmart. You waive any claims you may have based on any usage of your photos, videos, stories and information and release PetSmart from any and all liability related to distribution, publication and dissemination of these items, including publication on the Internet. You waive all moral or integrity rights with respect to the photos and/or videos you have submitted to PetSmart.

You acknowledge that PetSmart is relying upon and would not use the Material you submit in the absence of these terms. PetSmart is not liable or responsible for any content provided by users at PetSmart's websites and will not sell the rights in your photos, videos, stories or information to any third party.

We may, at our sole discretion, remove Material that we determine are unlawful, fraudulent, harassing, offensive, threatening, libelous, defamatory, obscene or otherwise objectionable, or infringes or violates any party's intellectual property or other proprietary rights or our Notices and Policies. This includes comments concerning our competitors, vendors, business partners, service providers, Associates and affiliates.

PetSmart is not liable or responsible for any content provided by its users or other third parties for use on this Site. Contributions to this Site by third parties do not necessarily represent the view or opinions of PetSmart. PetSmart may not preview user content before it appears on this Site. Users can be held liable for any illegal or prohibited user content they provide to this Site, including among other things, infringing, defamatory or offensive materials. If you discover this kind of material on this Site, please promptly notify us at CustomerCare@petsmart.com so that we may investigate and take appropriate action.

APPLICABLE LAW

The petsmart.com site is created and controlled by PetSmart and is operated by its service provider, Demandware, Inc., both of the United States of America. The laws of the State of Arizona will govern the Site without giving effect to any principles or conflicts of laws.

LINKS TO THIRD-PARTY WEBSITES

This Site contains links to other sites operated by third parties, including third-party sites that display PetSmart trademarks ('Third-Party Site(s)'). These links are available for your convenience and are intended only to enable access to these Third-Party Sites and for no other purpose.

PetSmart does not warrant or make any representation about the substance, quality, functionality, accuracy, fitness for a particular purpose, merchantability or any other representation about any Third-Party Site or its content. A link to a Third-Party Site from this Site does not constitute sponsorship, endorsement, approval or responsibility of any such Third-Party Site. PetSmart makes no representation or warranty as to any products or services offered on any Third-Party Site.

The Conditions of Use, Legal Notices and Privacy Policy of any Third-Party Site may differ substantially from the Notices and Policies that apply to your use of this Site. Please review the Conditions of Use for all Third-Party Sites for more information about the terms and conditions that apply to your use of Third-Party Sites.

By using this Site to search for or link to a Third-Party Site, you agree and understand that you may not make any claim against PetSmart for any damages or losses whatsoever resulting from your use of this Site to obtain

search results and/or to link to a Third-Party Site. However, if you have a problem with a link from this Site, please let us know at CustomerCare@petsmart.com and we will investigate and take appropriate action.

PRIVACY, SECURITY & PROHIBITED CONTENT

See PetSmart's Privacy Policy for information on the privacy and security practices of PetSmart and this Site.

By using this Site, you agree that you are responsible for maintaining the confidentiality of your account and password and for restricting access to your computer and account, and you accept responsibility for all activities that occur under your account and password. If you access this Site on a public computer or use a computer to which multiple people may have access, follow all relevant instructions to sufficiently disconnect and log off of this Site and the computer system you are using to prevent unauthorized access to your PetSmart account.

Unlawful activities on this Site are strictly prohibited. This includes tampering with this Site, misrepresenting the identity of a user, using buying agents or conducting fraudulent activities.

Site users are prohibited from violating or attempting to violate the security of this Site, including without limitation: (1) accessing data not intended for such user or logging onto a server or an account which the user is not authorized to access; (2) using this Site for unintended purposes or trying to change the behavior of this Site; (3) attempting to probe, scan or test the vulnerability of a system or network or breach security or authentication measures without proper authorization; (4) attempting to interfere with service to any user, host or network, including without limitation, via means of submitting a virus to this Site, overloading, 'flooding,' 'spamming,' 'mailbombing' or 'crashing'; (5) forging any TCP/IP packet header or any part of the header information in any e-mail or newsgroup posting; and (6) forging communications on behalf of this Site (impersonating this site) or to this Site (impersonating a legitimate user). Sending unsolicited and unauthorized e-mail on behalf of PetSmart, including promotions and/or advertising of products or services, is expressly prohibited. Violations of system or network security may result in civil or criminal liability.

You agree not to use any device, software or routing data to interfere or attempt to interfere with the proper working of this Site or any activity being conducted on this Site. You agree not to use or attempt to use any engine, software, tool, agent, data or other device or mechanism (including browsers, spiders, robots, avatars or intelligent agents) to navigate or search this Site other than the search engine and search agents provided by PetSmart or publicly available browsers.

Content that does the following types of things is illegal and/or prohibited on this Site:

- Is patently offensive to the online community, such as, content that promotes racism, bigotry, hatred or physical harm of any kind against any group or individual;
- Is or could be harmful to minors, including material that exploits persons under the age of 18 in a sexual or violent manner, or solicits Personal Information from anyone under 18;
- Provides instructional information about illegal activities, such as, making or buying illegal weapons; violating someone's privacy; providing or creating computer viruses;
- Solicits passwords, personal identifying information for commercial or unlawful purposes from other users;
- Harasses or advocates harassment of another person;
- Displays pornographic material of any kind;
- Involves the transmission of 'junk mail,' 'chain letters' or unsolicited mass mailing or 'spamming';
- Promotes information that you know is false, misleading or promotes illegal activities or conduct, or is abusive, threatening, obscene, defamatory or libelous;
- Is or promotes an illegal or unauthorized copy of another person's work, such as, providing pirated computer programs or links to them, provides information to circumvent manufacturer-installed copy-protect devices or provides pirated content or links to pirated content files;
- Contains restricted or password-only access pages or hidden pages or images (those not linked to or from another accessible page); and
- Engages in commercial activities and/or sales relating to PetSmart without PetSmart's prior written consent, such as, contests, sweepstakes, barter, advertising and pyramid schemes.

U.S. EXPORT CONTROLS

Certain software and similar materials ('Software') that you may download from this Site may be further subject to United States Export Controls. No Software from this Site may be downloaded or exported contrary to any applicable export law, including any applicable prohibitions against download or export as follows: (1) into (or to a national or resident of) Cuba, Iran, Libya, North Korea, Syria or any other country to which the United States has embargoed goods; or (2) anyone on the United States Treasury Department's list of Specially Designated Nationals or the U.S. Commerce Department's Table of Deny Orders. By downloading or using Software downloaded from this site, you agree to abide by the applicable laws, rules and regulations - including the Export Administration Act and the Arms Export Control Act - and you represent and warrant that you will not transfer, by electronic transmission or otherwise, this Software to a foreign national or a foreign destination in violation of law.

INDEMNITY

You agree to indemnify and hold PetSmart and its officers, agents, employees and other partners, harmless from any loss, liability, claim or demand, including reasonable attorney's fees, made by any third party due to or arising out of your use of this Site, including your use of this Site to provide a link to another site or to upload content or other information to this Site.

HUMAN RIGHTS/CALIFORNIA TRANSPARENCY IN SUPPLY CHAINS ACT OF 2010
*PetSmart is strongly committed to respecting and protecting human rights wherever we operate.* Suppliers and vendors play a key role in helping us manage our global supply chain in a socially responsible manner. PetSmart requires its suppliers and vendors to comply with all applicable laws relating to working hours and paying fair wages. PetSmart requires its suppliers and vendors to follow all applicable laws for minimum employment age, and PetSmart does not tolerate any kind of child or forced labor or human trafficking.

The California Transparency in Supply Chains Act of 2010 requires certain companies to disclose publicly their efforts to eradicate human trafficking and slavery from their global supply chains. PetSmart requires its international private brand manufacturers ('Vendors') to comply with all applicable laws and regulations in the jurisdictions in which they operate. We also require Vendors to certify that the products they provide to us and the materials that they incorporate into their products comply with the laws and regulations regarding slavery and human trafficking of the country or countries in which they do business. To verify compliance with these requirements, Vendors must undergo a third party social accountability audit which includes a review of human trafficking and/or slavery issues. PetSmart verifies the documentation from these third party audits and if a Vendor fails to comply with any of the above requirements, PetSmart promptly reviews the failure with the Vendor to determine if compliance can be met. Vendors who cannot maintain these requirements are not eligible to do business with PetSmart. As of 2014, PetSmart associates working with overseas suppliers will be required to complete training on these requirements and compliance matters to educate them on identifying and addressing human trafficking and slavery in PetSmart's supply chain.

CONTACT US

If you have questions about our Conditions of Use, Legal Notices or Privacy Policy, contact us by:

- E-mail: CustomerCare@petsmart.com
- Regular Mail: PetSmart, Inc. Attn: Customer Service 1435 International Dr. Eau Claire, WI 54701
- Phone: Toll-free: 1-888-839-9638 (U.S. Customers) 1-321-309-9065 (Customers Outside of the U.S.) 7:00 AM to Midnight EST.

CHANGES/UPDATES TO NOTICES & POLICIES

Because our Site and stores will continue to implement new technologies and to improve the products and services we provide, our Notices and Policies are subject to change. We reserve the right to change or update our Notices and Policies and to modify or terminate the Site for any reason, without notice and without liability

to you or any other participating third party. As a Site user, you are responsible for regularly reviewing our Notices and Policies in order to remain informed of our practices and your obligations as you visit and use our Site. Our current Notices and Policies constitute the entire agreement between you and PetSmart as you use our Site and supersede all prior understandings or agreements, written or oral, in this regard.

Revised April 25, 2014

## *Indirect Spend*

# Indirect Vendors

(Goods Not For Resale)

PetSmart is considering Indirect Spend partners from many categories. To be considered for the program, simply register at this site:

http://petsmart.supplier.ariba.com/register

Please complete one registration per company. Sign the NDA on the PetSmart profile located on the Customer Requested tab. When an opportunity arises in a particular category, a PetSmart Category Manager will review registered companies and contact you to discuss the opportunity.

What does it take to become a PetSmart Indirect Spend partner?
If you're a provider with:

- Established capabilities
- A strong track record of performance
- Competitive pricing
- Innovative partnership

We look forward to seeing your submission!

## *Shop Safely at PetSmart.com*

# Shop safely at petsmart.com

Petsmart.com uses the industry standard encryption protocol known as Secure Socket Layer (SSL) to keep your order information secure.

This protocol has been established for every transaction made on petsmart.com. While unlikely, if any unauthorized charges appear on your credit card as a result of shopping on petsmart.com, you must notify your credit card provider in accordance with its reporting rules and procedures.

We will cover the liability of purchases made through this web site only if the unauthorized use of your credit card resulted through no fault of your own. If your bank holds you responsible for fraudulent charges, we will cover your liability up to $50.00.

## *Terms & Conditions*

***OVERVIEW***


- Limitation of Liability
- Intended for Users Over 13 Years of Age
- Limitations Regarding Information, Articles & Advice
- Product Display & Colors
- Errors on Site
- Pricing
- Sales Tax
- Paying for Your Order
- Promos/Coupons
- Validating Your Order
- Order Acceptance/Confirmation
- Return Policy
- Order Limitations/Limited Quantities
- Shipping
- Mobile Programs
- Indemnity
- Disputes
- Termination of Site Use
- Contact Us


# Terms & Conditions

This document explains our position and specific conditions regarding your use of our Internet or 'web' sites (collectively, 'Site' or 'Sites'). By using this Site, you agree to be bound by our Conditions of Use, Legal Notices and Privacy Policy (collectively, 'Notices and Policies'), in addition to other terms and conditions that may appear throughout our Sites.

References to 'PetSmart' in this document mean PetSmart, Inc., its affiliates, subsidiaries, divisions and operational designees and the Site owner, PetSmart Home Office, Inc.

PetSmart reserves the right to make changes to this Site and its Notices and Policies at any time. Each time you use this Site, you should visit and review the then current Notices and Policies that apply to your transactions and use of this Site. If you do not agree to be bound by the then current Notices and Polices, your sole remedy is not to use this Site. PetSmart is not responsible for typographical or photographic errors on this Site (see Product Display & Colors and Errors on Site for more information).

DISCLAIMER OF WARRANTIES

YOU EXPRESSLY AGREE THAT YOUR USE OF THIS SITE IS AT YOUR SOLE RISK. THIS SITE IS PROVIDED ON AN 'AS IS' AND 'AS AVAILABLE' BASIS. PETSMART AND ITS OFFICERS, DIRECTORS AND EMPLOYEES, AS WELL AS ITS THIRD-PARTY AGENTS, CONTRACTORS, DISTRIBUTORS, MERCHANTS OR SPONSORS (COLLECTIVELY, 'THIRD PARTIES'), CAN NOT AND DO NOT WARRANT THAT YOUR USE OF THIS SITE WILL BE UNINTERRUPTED, SECURE OR ERROR-FREE. NEITHER PETSMART NOR ITS THIRD PARTIES HAVE ANY RESPONSIBILITY FOR YOUR ACTION OR INACTION IN CONNECTION WITH THIS SITE OR FOR ANY DAMAGE TO YOUR COMPUTER OR DATA OR ANY OTHER DAMAGE YOU MAY INCUR IN CONNECTION WITH YOUR USE OF THIS SITE. NEITHER PETSMART NOR ITS THIRD PARTIES WARRANT THE ACCURACY, INTEGRITY OR COMPLETENESS OF THE CONTENT PROVIDED ON THIS SITE OR THE PRODUCTS OR SERVICES OFFERED FOR SALE ON THIS SITE. PETSMART AND ITS THIRD PARTIES SPECIFICALLY DISCLAIM ALL WARRANTIES, WHETHER EXPRESS OR IMPLIED, INCLUDING WARRANTIES OF TITLE, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE AND NON-INFRINGEMENT. NO ORAL OR WRITTEN INFORMATION OR ADVICE GIVEN BY

PETSMART OR ITS THIRD PARTIES SHALL CREATE A WARRANTY, EXCEPT WHERE THE EXCLUSION OR LIMITATION OF CERTAIN WARRANTIES IS PROHIBITED BY LAW.

LIMITATION OF LIABILITY

UNDER NO CIRCUMSTANCES SHALL PETSMART OR ITS THIRD PARTIES BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL DAMAGES THAT RESULT FROM YOUR USE OR INABILITY TO USE THIS SITE, INCLUDING YOUR RELIANCE ON ANY INFORMATION OBTAINED FROM THIS SITE THAT RESULTS IN MISTAKES, OMISSIONS, INTERRUPTIONS, DELETION OR CORRUPTION OF FILES, VIRUSES, DELAYS IN OPERATING OR TRANSMISSIONS OR ANY FAILURE OF PERFORMANCE. THE FOREGOING LIMITATION OF LIABILITY SHALL APPLY IN ANY ACTION, WHETHER IN CONTRACT, TORT OR ANY OTHER CLAIM, EVEN IF AN AUTHORIZED REPRESENTATIVE OF PETSMART HAS BEEN ADVISED OF OR SHOULD HAVE KNOWLEDGE OF THE POSSIBILITY OF SUCH DAMAGES. BY YOUR USE OF THIS SITE, YOU ACKNOWLEDGE THAT THIS PARAGRAPH SHALL APPLY TO ALL CONTENT, MERCHANDISE AND SERVICES AVAILABLE THROUGH THIS SITE, EXCEPT WHERE THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES IS PROHIBITED BY LAW. SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OF CERTAIN WARRANTIES OR LIMITATION OF DAMAGES FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE FOREGOING LIMITATIONS MAY NOT APPLY. IN ANY EVENT, UNDER NO CIRCUMSTANCES WILL PETSMART BE LIABLE TO YOU FOR ANY AMOUNT EXCEEDING ONE THOUSAND U.S. DOLLARS ($1,000.00).

See Legal Notices for more information.

INTENDED FOR USERS OVER 13 YEARS OF AGE

The safety of children is very important to us. Although this Site is intended for use by persons at least 13 years of age, and we have processes in place to help prevent participation in our Site communities and services by persons under 13 years of age at time of registration, PetSmart cannot prohibit minors from visiting our Sites and must rely on parents and guardians (at least 18 years of age at time of use) to decide which materials are appropriate for children under 13. PetSmart will not knowingly collect personal information from children. Please see our Privacy Policy for more information.

LIMITATIONS REGARDING INFORMATION, ARTICLES & ADVICE

PetSmart offers information, articles and advice to Pet Parents through this Site for educational purposes only. Any information offered through this Site is not intended to diagnose, treat or cure your pet and is not a substitute for veterinary care provided by a licensed veterinarian. For any medical or health related advice concerning the care and treatment of your pet, call or visit Banfield Pet Hospital®, available in most PetSmart stores, or contact your regular veterinarian or local animal hospital.

PRODUCT DISPLAY & COLORS

This Site attempts to display product images as accurately as possible. However, we cannot guarantee that the color you see matches the product color. Note that the display of color may depend, in part, upon the monitor you are using.

ERRORS ON SITE

Prices and availability of products and services are subject to change without notice. Errors will be corrected where discovered and PetSmart reserves the right to revoke any stated offer and to correct any errors, inaccuracies or omissions, including after an order has been submitted, whether or not the order has been confirmed and/or your credit/debit card has been charged. If your credit/debit card has already been charged for the purchase and your order is canceled, PetSmart will issue a credit to your credit/debit card account in the amount of the charge. Individual bank policies will control when this amount is credited to your account. (If you are not fully satisfied with your purchase, you may return it in accordance with PetSmart's Return Policy.)

PRICING

Online prices, offers and selection may vary between our retail stores and Sites, and are subject to change. We reserve the right to limit sales, including the right to refuse sales, to resellers.

SALES TAX

Because PetSmart does business throughout the United States and Canada and collects and remits sales tax as required by law, this Site also collects and remits sales tax as appropriate.

PAYING FOR YOUR ORDER

You may pay for your order with a debit card or major credit card, by using PayPal®, Google Checkout, or a check. We accept Visa®, MasterCard®, American Express® and Discover®Card and debit cards with a MasterCard or Visa logo.

Generally, credit/debit cards are not charged by PetSmart until we either ship the order to you or confirm availability (at which time you will be charged only for the goods we have actually shipped along with any appropriate taxes or shipping charges). However, we may pre-authorize your order amount with your credit/debit card issuer at the time you place the order, which may have an effect on your available credit.

When you pay by check, you authorize PetSmart or its check processing designee(s) to use information on your check to make a one-time electronic debit from your account at the financial institution indicated on your check. This electronic debit will be for the amount of your check; no additional amount will be added to this amount. If we cannot collect your electronic payment, we will issue a draft against your account. If you do not have sufficient funds in your account, a fee of $25 will be debited electronically from your account. Please contact our Customer Care Department to learn about other payment options if you prefer not to have your check used this way.

Orders paid for using PayPal will be debited at the time orders are placed. When using PayPal as your payment method, payment processing and how your credit/debit card or checking account is charged is at the sole discretion of PayPal. Learn more about PayPal.

PetSmart gift cards cannot be used at this time. Please click here for more info.

See our Return Policy for more details about returns.

PROMOS/COUPONS

If using a promotional/coupon code, it must be entered during Checkout in the designated 'Promo Code' field to redeem the respective offer. Coupons may not be combined with other coupons or promotional offers, are limited to one per transaction and may not be redeemed for cash, credit or refund. See other restrictions in the terms of each offer. PetSmart reserves the right to restrict use of coupons on certain products, weight and destination fees, and expedited shipping charges. Online coupons are not valid in PetSmart stores unless otherwise stated in the offer terms.

VALIDATING YOUR ORDER

After you place an order using our shopping cart, we will check the information you give us for validity, by verifying your method of payment and/or shipping address. We reserve the right to reject any order you place with us and/or limit quantities on any order, without giving a reason. If we reject your order, we will attempt to notify you using the e-mail address you have provided with the order. Generally, your credit/debit card will not be charged if we reject an order; however, we will process a refund if a charge has been made against your card.

ORDER ACCEPTANCE/CONFIRMATION

Your receipt of an electronic or other form of order confirmation from us does not signify our acceptance of your order, nor does it constitute confirmation of our offer to sell. PetSmart reserves the right at any time after receipt of your order to accept or decline your order for any reason.

RETURN POLICY

All sales made through this Site are subject to PetSmart's Return Policy.

ORDER LIMITATIONS/LIMITED QUANTITIES

PetSmart may, at its sole discretion, limit or cancel quantities purchased per person, per household or per order. Restrictions may include orders placed by the same Site account, the same credit/debit card and orders that use the same billing and/or shipping address. In the event we make a change to your order, we will attempt to notify you by the e-mail and/or billing address provided with your order. PetSmart reserves the right to limit or prohibit sales to dealers.

SHIPPING

All orders placed on this Site are subject to product availability and will be shipped according to our Site shipping terms. In the rare event that your order never arrives, we must receive notification of lost items via e-mail and/or phone (as provided in our shipping terms) within sixty (60) days of receipt of the shipping confirmation e-mail.

MOBILE PROGRAMS

By participating in any of our mobile programs you are agreeing to receive automated marketing phone calls and text marketing messages at the phone number you provide at opt-in. Your consent to receive such marketing messages is not required to make a purchase. You understand and agree that the phone calls made and text messages sent to your mobile phone/device may be generated using automated telephone dialing technology. You agree to notify PetSmart at 1-855-537-0295 in the event that you change or disconnect your mobile phone number.

Message and data rates may apply. All charges are billed by and payable to your mobile service provider. PetSmart will not be liable for any delays in the receipt of any messages as delivery is subject to effective transmission from your mobile service provider. For those using T-Mobile as their carrier, T-Mobile is not liable for delayed or undelivered messages.

PetSmart text alerts are recurring. For help, you can text 'HELP' to 84848. To cancel, you can text 'STOP' to 84848. If you text to cancel, you will receive one additional message confirming that your cancelation request has been received. Alternatively, you can call 1-855-537-0295 to cancel your participation in a mobile program. Once you cancel, you are welcome to opt back into the program at any time.

PetSmart reserves the right to remove subscribers at our discretion. Terms are subject to change.

INDEMNITY

You agree to indemnify and hold PetSmart and its officers, agents, employees and other partners and Third Parties harmless from any loss, liability, claim or demand, including reasonable attorney's fees, made by any other third party due to or arising out of your use of this Site, including your use of this Site to provide a link to another site or to upload content or other information to this Site. See also Legal Notices.

DISPUTES

This Site is operated by PetSmart, with offices in the United States of America. If there is any dispute regarding this Site, by using this Site, you agree that the dispute will be governed by the laws of the State of Arizona without regard to its conflict of law provisions. You agree to personal jurisdiction and venue in the state and federal courts of the State of Arizona, Maricopa County.

TERMINATION OF SITE USE

PetSmart, in its sole discretion, may terminate your retail account, membership registration or similar uses of this Site at anytime. You are personally liable for any orders that you place or charges that you incur prior to your termination. PetSmart reserves the right to change, suspend or discontinue all or any aspects of this Site at any time, without prior notice. Upon termination, you will have no account or similar Site membership rights to the Site. Our proprietary rights, disclaimer of warranties, indemnities, limitations of liability and miscellaneous provisions shall survive any such termination. PetSmart may provide notice of termination by regular mail or e-mail.

ADDITIONAL TERMS GOVERNING YOUR USE OF OUR PET COMMUNITY AND SIMILAR INTERACTIVE SERVICES SITES

Participation by PetSmart Associates Strictly Limited

Under the terms of PetSmart's Insider Trading and Computer Usage Policies, and in particular, in light of the potential for unintentional disclosure of material nonpublic information, PetSmart directors, officers, Associates and consultants ('PetSmart Associates') and anyone living in the same household with PetSmart Associates, are prohibited from participating in electronic chat rooms, internet discussion or message boards or any similar forms of social and media networking, to communicate about PetSmart or other companies with which we do business.

Participation by any PetSmart Associate in the PetSmart Pet Community is limited to setting up a profile and viewing the community. Interactive discussions are strictly prohibited and any violation may result in discipline, up to and including termination pursuant to PetSmart's policies. Please see the relevant PetSmart policies and your manager for additional guidance.

Eligibility & Registration

By registering for membership in our PetSmart Pet Community and similar service Sites, you agree that you are at least 13 years of age at time of registration; that you are responsible for all activities occurring under your username and for keeping your password secure; and that your use of our Site does not violate our Notices and Policies. As part of the registration process, you must click to agree to our Notices and Policies, and will then be asked to select a username and password. You acknowledge that we may refuse to grant you a username that impersonates someone else, is or may be protected by proprietary rights law, or is vulgar, offensive or otherwise inappropriate, as determined by us in our sole discretion.

We may, in our sole discretion, remove any content that we determine is unlawful, fraudulent, harassing, offensive, threatening, libelous, defamatory, obscene or otherwise objectionable, or infringes or violates any party's intellectual property or other proprietary rights or Notices and Policies. This includes comments concerning our competitors, vendors, business partners, service providers, Associates and affiliates.

You further agree that our Pet Community and similar service Sites are available for personal, non-commercial use only and that you may not use our Sites for any illegal or unauthorized purpose. By using our Site, you agree to comply with all local United States and Canada rules regarding online conduct and acceptable content, including laws regulating the export of data from the United States or Canada, and that you are solely responsible for your conduct and any data, text, information, photos, links and other content that you submit, post and display on our Sites. You warrant that such content is true and accurate, not false or misleading, and does not infringe any third party's trademark, copyright, patent or trade secret or other proprietary rights, including publicity or privacy

See our Legal Notices and Privacy Policy for more details.

Alleging Copyright Infringement

If you suspect copyright infringement on our Site, use the following instructions to notify us. We will respond to notices of alleged infringement that comply with the Digital Millennium Copyright Act. Be sure to consult with your attorney if you suspect copyright infringement.

Send us written notice by fax or regular mail. To expedite our process, please use the following format:

- Describe the material you believe has been infringed. For example, 'The copyrighted work of concern is the picture at ___ ' (include the specific Internet address or URL if applicable) and include any relevant proprietary registration information.
- Describe the material that you claim is infringing the work you identified in #1 above. Details are important.
- Tell us how to contact you (include e-mail address).

- Tell us how to contact the user(s) who posted the material you believe infringes your work (include e-mail address).
- State the following: 'I believe, in good faith, that use of the copyrighted material described above is not authorized by the copyright owner or its authorized representative. I swear, under penalty of perjury, that the information in this notification is true and accurate to the best of my knowledge, and that I am the copyright owner or authorized to act on behalf of the copyright owner of the exclusive right allegedly infringed.'
- Be sure to sign your written notice to us.
- Mail your written notice to: PetSmart, Inc., Attention: Online Customer Relations, 19601 N. 27th Ave., Phoenix, AZ 85027.

If the person(s) who posted the original content sends us a counter notification, we will forward a copy of that notice to the person who filed the first notice and restore the material in question.

To file a counter notification with us, send us written notice by fax or regular mail. To expedite our process, please use the following format:

- Identify the material that PetSmart has removed or disabled. Include the specific Internet address or URL.
- Tell us how to contact you. Include your name, address, telephone number and e-mail address. State that you consent to the jurisdiction of Federal District Court for the judicial district in which your address is located (or Arizona if your address is outside of the United States), and that you will accept service of process from the person who provided notification to PetSmart of the infringement or an agent of such person.
- State the following: 'I swear, under penalty of perjury, that the information in this notification is true and accurate to the best of my knowledge and that the material identified above was removed or disabled as a result of a mistake or misidentification of the material to be removed or disabled.'
- Be sure to sign your written notice to us.
- Mail your written notice to: PetSmart, Inc., Attention: Online Customer Relations, 19601 N. 27th Ave., Phoenix, AZ 85027.

CONTACT US

If you have questions about our Conditions of Use, Legal Notices or Privacy Policy, contact us by:

- E-mail: CustomerCare@petsmart.com
- Regular Mail: PetSmart, Inc. Attn: Customer Service 1435 International Dr. Eau Claire, WI 54701
- Phone: Toll-free: 1-888-839-9638 (U.S. Customers) 1-321-309-9065 (Customers Outside of the U.S.) 7:00 AM to Midnight EST.

CHANGES/UPDATES TO NOTICES & POLICIES

Because our Site and stores will continue to implement new technologies and improve the products and services we provide, our Notices and Policies are subject to change. We reserve the right to change or update our Notices and Policies and to modify or terminate the Site for any reason, without notice and without liability to you or any other participating third party. As a Site user, you are responsible for regularly reviewing our Notices and Policies in order to remain informed of our practices and your obligations as you visit and use our Site. Our current Notices and Policies constitute the entire agreement between you and PetSmart as you use our Site and supersede all prior understandings or agreements, written or oral, in this regard.

Revised April 29, 2016

## ***Privacy Policy***

***OVERVIEW***

- What Information is Collected
- How is Your Information Used
- How is Your Information Shared
- What Choices Do You Have
- California Residents
- How Do You Access and Update Your Personal Information
- How is Your Personal Information Protected

# Privacy Policy

PetSmart wants you to know how we collect, use, share and protect information about you online and in our stores. By interacting with us, you consent to our use of information that is collected or submitted as we describe in our privacy policy. We may change or add to this privacy policy, so we urge you to review it periodically.

WHAT INFORMATION IS COLLECTED

Types of personal information we collect include:

- Your name
- Your mailing address
- Your e-mail address
- Your phone (or mobile) number
- Your credit/debit card number
- Your purchase/return/exchange information
- Your wish list information
- Your date of birth or age
- Your location
- Your pet's information (name, breed, date of birth, gender, veterinary information, photographs, etc.)

If you choose not to provide personal information, we may not be able to provide you with requested products, services or information.

Automated Information Collection

We may connect information collected automatically with information we already have about you in order to identify you as a PetSmart customer. If we are able to identify you as a PetSmart customer, we may, for example, link your activity on our website to your activity in our stores. This allows us to provide you with a personalized experience regardless of how you interact with us – online, in-store, mobile, etc.

PetSmart Automated Information Collection

We and our service providers use cookies, web beacons, and other technologies to receive and store certain types of information whenever you interact with us through your computer or mobile device. This information, which includes the pages you visit on our site, which web address you came from, the type of device you are using, purchase information and checkout process, search terms and geographic location, helps us recognize you, customize your website experience and make our marketing messages more relevant. These technologies also enable us to provide features such as storage of items in your cart between visits and SMS/text messages you have chosen to receive. We also use Flash cookies for fraud prevention and other purposes.

In order to provide the best customer experience possible, we also use these technologies for reporting and analysis purposes, including how you are shopping our website, the performance of our marketing efforts, and your response to those marketing efforts.

Third-Party Automated Information Collection

In certain instances, we allow third-party companies to collect certain information when you visit our website and to use that information to serve ads for PetSmart products and services or for the products and services of other companies when you visit our website or other websites. These companies use non-personally identifiable information during your visits to this and other websites in order to customize your shopping experience and to provide advertisements about products and services likely to be of greater interest to you. These parties typically use a cookie or a third party web beacons, and similar technologies to collect this information. Some browsers have a 'do not track' feature that lets you tell websites that you do not want to have your online activities tracked. Neither PetSmart nor its third party providers have a systematic method for ensuring that browser 'Do Not Track' requests are consistently honored. However, you may learn more about online advertising and opt out of the use of your web browsing activity to serve targeted ads by companies that participate in the Digital Advertising Alliance by visiting http://www.aboutads.info/choices/.

Our Mobile App and Mobile Website

Our PetSmart mobile app is downloadable onto smart phones and serves as a mechanism to take you to our mobile website. Our mobile website collects the same type of information outlined throughout this policy.

Our Mobile Programs

By participating in any of our mobile programs you are agreeing to receive automated marketing phone calls and text marketing messages at the phone number you provide at opt-in. Your consent to receive such marketing messages is not required to make a purchase. You understand and agree that the phone calls made and text messages sent to your mobile phone/device may be generated using automated telephone dialing technology. You agree to notify PetSmart at 1-855-537-0295 in the event that you change or disconnect your mobile phone number.

Message and data rates may apply. All charges are billed by and payable to your mobile service provider. PetSmart will not be liable for any delays in the receipt of any messages as delivery is subject to effective transmission from your mobile service provider. For those using T-Mobile as their carrier, T-Mobile is not liable for delayed or undelivered messages.

PetSmart text alerts are recurring. For help, you can text 'HELP' to 84848. To cancel, you can text 'STOP' to 84848. If you text to cancel, you will receive one additional message confirming that your cancelation request has been received. Alternatively, you can call 1-855-537-0295 to cancel your participation in a mobile program. Once you cancel, you are welcome to opt back into the program at any time.

PetSmart reserves the right to remove subscribers at our discretion. Terms are subject to change.

PetPerks® Loyalty Program – Automatic Number Assignment

Beginning in 2014, PetSmart may automatically assign a PetPerks number to customers for whom we have other identifying information, such as a phone number or email address. This enables our customers to take advantage of our many promotions throughout the store and will allow us to customize our offers to better serve you.

User Experience Information

In order to improve your online shopping experience, to help with fraud identification, and to assist our customer service representatives in resolving issues you may experience in completing online purchases, we use tools to monitor certain user experience information. This includes: Login information, IP address, data regarding pages visited and ads clicked, specific actions taken on pages visited (e.g. information entered during checkout process), and browser information.

Social Media Widgets

petsmart.com includes social media features, such as the Facebook Like button, Google Plus, YouTube and Twitter widgets. These features may collect information about your IP address and which page you're visiting on our site, and they may set a cookie to make sure the feature functions properly. Social media features and widgets are either hosted by a third party or hosted directly on our site. Your interactions with those features are governed by the privacy policies of the companies that provide them.

Information from Other Sources

We may collect data that's publicly available. For example, information you submit in a public forum (e.g. a blog, chat room, or social media) can be read, collected, or used by us and others, and could be used to personalize your experience. You are responsible for the information you choose to submit in these instances.

We also obtain information provided by third parties. For instance, we obtain information from companies that can enhance our existing customer information to improve the accuracy and add to the information we have about our customers (for example, adding address information). This improves our ability to contact you and increases the relevance of our marketing by providing better product recommendations or special offers that may interest you.

In-Store Cameras

We use in-store cameras for security purposes and for operational purposes such as measuring and observing customer traffic patterns.

Geo-Location Tracking

Certain mobile devices contain geo-location tracking capability. We may use such capability or other geo-location tracking technology to generally identify your location in our store or your close proximity to it for marketing, to generate coupons and other offers, for analytical purposes and to prompt our associates as to which customers may need help.

HOW IS YOUR INFORMATION USED

Examples of how we use the information we collect include (but are not limited to):

Product and Service Fulfillment

- Fulfill and manage purchases, orders, payments, returns/exchanges, or requests for information about our products and services in our stores, website, or mobile website, or to otherwise serve you.
- Connect with PetSmart regarding customer service via our customer service center, or on social media platforms.
- Provide services such as Favorites.
- Administer sweepstakes and contests.
- Notify you of any products you have purchased that are subject to recall or withdrawal.

Our Marketing Purposes

- Deliver promotional offers, coupons, mobile coupons, in-store receipt messages, e-mails, mobile messages, and social media notifications.
- Provide interactive features of the website or mobile applications, such as product reviews or marketing communications and other information regarding products, services and promotions.
- Administer promotions, surveys, and focus groups.
- Automatically assign a PetPerks® loyalty card number to you.
- Use a review you submit for commercial purposes to promote the products or services in your review. We may also include the user name and city/state you gave when submitting your review.

Internal Operations

- Improve the effectiveness of our website, stores, associates, mobile experience, and marketing efforts.
- Conduct research and analysis.
- Perform other business activities as needed, or as described elsewhere in this privacy policy.

Photographs and Information About Your Pet

We may take photographs of your pet and send them to you or your designated family members/agents via email or text to let you know, for example, that your pet is ready for pick up (e.g. in the PetSmart Grooming salon), that your pet is doing well (e.g. during a stay at PetsHotel) or to commemorate that s/he has learned a new trick (e.g. in training class). We may also use the photographs on social media. Unless you ask the store associate who took your information not to do so, your email and phone number will automatically be entered into our customer database and may be used for operational and marketing purposes as provided for in this policy. Your pet's photograph(s) may also be uploaded into the database and associated with your name.

Fraud Prevention

To prevent fraudulent transactions, monitor against theft and otherwise protect our customers and our business

Legal Compliance

Investigate claims, incidents or inquiries regarding customers, associates, vendors and pets, assist law enforcement, animal control, health officials and/other government entities to respond to legal, regulatory, health and similar inquiries

HOW IS YOUR INFORMATION SHARED

PetSmart

We share the information we collect within PetSmart, Inc., which includes all of PetSmart's subsidiaries and affiliates, including PetSmart Home Office, Inc., PetSmart Puerto Rico, LLC and PETM Canada Corporation. We also share information with companies that are closely associated with PetSmart, such as Banfield Pet Hospital (Medical Management International, Inc.), PetSmart Charities, Inc., and PetSmart Charities Canada. These entities may use this information to offer you products, services and charitable opportunities that may be of interest to you.

Service Providers

We may share the information we collect with companies that provide support services to us (such as printers, e-mail marketers, mobile marketing, analytics providers, web hosting providers, call center service providers, sweepstakes vendors, payment processors, coupon delivery vendors, or data enhancement providers) or that help us market our products and services. These companies may need information about you in order to perform their functions.

Legal Requirements

We may disclose information we collect when we believe disclosure is appropriate to comply with the law; to enforce or apply applicable terms and conditions and other agreements; or to protect the rights, property or safety of our company, our customers, pets in our care or others.

Elsewhere at Your Direction

At your direction or request, we may share your information. For example, if you create a wish list and elect to make it available to the public, your information will be accessible on our website, mobile or social applications, or in our stores.

Sharing with Other Companies (for their marketing purposes)

We may communicate to you information or special offers from other companies or organizations. In such cases, we do not provide your personal information to them and they will not know your identity unless you choose to transact with them, in which case their privacy policies will govern your relationship. With your consent, we may share your personal information with other companies, or organizations that are not part of PetSmart. These companies and organizations may use the information we share to provide special offers and opportunities to you.

Sharing Aggregate Information with Third Parties

We may share aggregate non-personally identifiable information (information that does not directly identify an individual) with third parties for any lawful purpose.

Business Transfers

If some or all of our business assets are sold or transferred, we may transfer the corresponding information regarding our customers. We also may retain a copy of that customer information.

WHAT CHOICES DO YOU HAVE

Opt-Out and Access Choices

You may 'opt-out' of certain marketing communications. Most of our marketing communications are sent by email and direct mail, though you may also opt out of telephone calls, texting and online behavioral advertising as well. You may also access or change your personal information or ask us to do so.

To do so yourself, you may:

- Follow opt-out 'unsubscribe' instructions in promotional e-mails we send to you.
- Log on to petsmart.com to access and change your profile information and preferences if you have an online account with us.
- Log on to your PetPerks loyalty account to access and change your profile information and preferences if you have a PetPerks account with us.
- Set the *Help* function of your browser to not receive cookies. PLEASE NOTE: this may make it difficult or impossible to make a purchase on petsmart.com.
- Delete our mobile app from your smart phone and follow the phone manufacturers' directions on how to delete cookies or other technology received from our mobile website. For many phones, you will go to the Settings function to do this.
- Text STOP to text messages (SMS/MMS) we send to you.

If you need our help, please:

- Call our PetPerks line at 1-866-PET-PERKS (1-866-738-7375) and tell them which information you would like to access or which types of promotional materials you want to opt-out of. Please note you may need to speak with a manager.
- Call our customer service number at 1-888-839-9638 (U.S. Customers) 1-321-309-9065 (Customers Outside of the U.S.) and tell them which information you would like to access or which types of promotional materials you want to opt-out of. Please note you may need to speak with a manager.
- **E-mail:** CustomerCare@petsmart.com and tell them which information you would like to access or which types of promotional materials you would like to opt-out of.
- **Mail:** PetSmart, Inc.<br>Attn: Privacy Officer<br>19601 North 27th Avenue<br>Phoenix, AZ 85027
- When mailing or emailing us, please include your full name, address, phone number, e-mail address and your PetPerks account number if you know it. Also, tell us what information you would like to access, change or add to our 'opt-out' list. This will help us process your request.

If you 'opt-out' of our PetSmart marketing communications, you may continue to receive business communications such as order confirmations, product recall information, appointment confirmations or other administrative information. Your information will likely remain in our database, we will just mark it as inactive so that you do not receive marketing materials from us.

More Details on How to Opt-Out

Direct Mail

If you do not wish to receive special offers, coupons and other promotional mail directly from us, you may opt out by logging onto your PetPerks loyalty account and opting out of receiving mail or by calling 1-866-PET-PERKS (1-866-738-7375) as described above. Note This opt-out does not apply to any promotional materials that may come inside the packaging of your online purchases.

Telephone

If you do not wish to receive promotional telephone calls, you may opt out by logging onto your PetPerks loyalty account and opting out of being contacted by phone or by calling 1-866-PET-PERKS (1-866-738-7375) as described above. This opt-out does not apply to operational phone calls, for example, confirmation of delivery address or pet services appointments.

E-mail

If you do not wish to receive promotional e-mails from us, you may opt-out by logging onto your PetPerks loyalty account and opting out of contact by e-mail or by calling 1-866-PET-PERKS (1-866-738-7375) as described above. You also have the ability to opt out of promotional e-mails via the unsubscribe link included in each promotional e-mail.

Mobile – Texts, Mobile Apps and Mobile Website

We may distribute coupons, offers and other information via text messages or mobile applications to customers who have requested this information or who have downloaded a PetSmart application.

To opt out of a specific mobile messaging campaign, reply **'STOP'** to text messages we send you.

Our mobile applications may take you to our mobile website, which acts similarly to our petsmart.com website. To opt-out, delete our mobile app from your smart phone and follow the phone manufacturers' directions on how to delete cookies or other technology received from our mobile website. For many phones, you will go to the Settings function to do this.

Online - petsmart.com Cookies

The *Help* function of your browser should contain instructions to set your computer to accept all cookies, to notify you when a cookie is issued, or to not receive cookies at any time. If you set your computer not to receive cookies at any time, certain personalized services may not be provided to you, and accordingly, you may not be able to take full advantage of all of the petsmart.com features (for instance, you will be able to browse the site, but may not be able to make a purchase).

Online - Third Party Cookies

Certain companies provide services that analyze information regarding visits to petsmart.com. They use technology such as cookies and web beacons to collect this information. The *Help* function of your browser should contain instructions to set your computer to accept all cookies, to notify you when a cookie is issued, or to not receive cookies at any time. If you set your computer to not receive cookies at any time, certain personalized services may not be provided to you.

PetPerks® Loyalty Program – Automatic Number Assignment

If you no longer want to have a PetPerks number, you may opt out by logging onto your PetPerks loyalty account and cancelling your account or by calling 1-866-PET-PERKS (1-866-738-7375) as described above.

CALIFORNIA RESIDENTS

If you are a California resident and have an established business relationship with us, you can request a notice disclosing the categories of personal information we have shared with third parties, for the third parties' direct marketing purposes, during the preceding calendar year. To request a notice, please submit your request to PetSmart, Inc. Attn: Privacy Officer, 19601 N. 27th Avenue, Phoenix, AZ 85027. Please allow 30 days for a response.

Neither PetSmart nor its third party providers have a systematic method for ensuring that 'Do Not Track' functionality in certain browsers can operate to prevent such tracking. You may be able to opt-out of certain types of 'tracking' by utilizing the opt-out service at the Network Advertising Initiative at http://www.networkadvertising.org/choices/#completed.

HOW DO YOU ACCESS AND UPDATE YOUR PERSONAL INFORMATION

In order to keep your personal information accurate and complete, you may access or update some of it in the following ways:

If you have created a petsmart.com or petperks.com account, you may log in and update your account information, including contact, billing, and shipping information. You may also call 1-866-PET-PERKS (1-866-738-7375) and ask for the information you are trying to access or change. Please note: You may need to ask for a manager.

HOW IS YOUR PERSONAL INFORMATION PROTECTED

Security Methods

We maintain administrative, technical and physical safeguards to protect your personal information. When we collect or transmit sensitive information such as a credit or debit card number, we use industry standard methods to protect that information. However, no e-commerce solution, website, database or system is completely secure or 'hacker-proof.' You are also responsible for taking reasonable steps to protect your personal information against unauthorized disclosure or misuse.

E-mail Security

'Phishing' is a scam designed to steal your personal information. If you receive an e-mail that looks like it is from us asking you for your personal information, do not respond. We will never request your password, user name, credit card information or other personal information through e-mail.

Children's Personal Information

We recognize the particular importance of protecting privacy where children are involved. We do not knowingly collect personally identifiable information online from children under the age of 13.

Questions or Concerns

If you have general questions or concerns about how we use your personal information, please contact us through:

- **E-mail:** CustomerCare@petsmart.com
- **Mail:** PetSmart, Inc.<br>Attn: Privacy Officer<br>19601 N. 27th Avenue<br>Phoenix, AZ 85027
- **Phone:** Toll-free: 1-888-839-9638 (U.S. Customers) 1-321-309-9065 (Customers Outside of the U.S.). You may need to ask for a manager.

PETSMART PRIVACY POLICY SCOPE

This privacy policy applies to all current or former customer personal information, except for information collected by or provided in connection with completing an application for employment with PetSmart. Our website may offer links to other sites. If you visit one of these sites, you may want to review the privacy policy on that site. In addition, you may have visited our website through a link or a banner advertisement on another site. In such cases, the site you linked from may collect information from people who click on the banner or link. You may want to refer to the privacy policies on those sites to see how they collect and use this information.

UPDATES TO THIS POLICY

If we intend to use or disclose your personal information in any way materially different than what we say in this privacy policy or make any other material changes, we will make reasonable efforts to revise this policy. If we make any changes to this Policy, we will change the 'Revised' date below.

Revised April 2016

## *Recalls*

## Product Recalls

Click here for product recalls.

# Products (FOLDER)

## *Dog collar sizing chart*

## Dog Collar Sizing Chart

Use the measurements below to help you choose the right collar for a healthy, happy pet. (1 lb = .45 kg)

**Dog Collar should be snug enough to fit two fingers between the dog's neck & their collar.**
**XX SMALL (Up to 5 lbs)**

Common Breeds: Chihuahua & Teacup Yorkshire Terrier

**NECK: 6 - 8"**
**RECOMMENDED LEASH: 5/16" width**
**X SMALL (5-10 lbs)**

Common Breeds: Dachshund (miniature), Maltese, Pomeranian, Toy Poodle, Yorkshire Terrier

**NECK: 8 - 12"**
**RECOMMENDED LEASH: 3/8" width**
**SMALL (10-25 lbs)**

Common Breeds: Cavalier King Charles, Pekingese, Miniature Schnauzer, Pug, Scottish Terrier

**NECK: 10 - 14"**
**RECOMMENDED LEASH: 5/8" width**
**MEDIUM (Up to 55 lbs)**

Common Breeds: Beagle, Border Collie, Boston Terrier, English Bulldog, French Bulldog

**NECK: 14 - 20"**
**RECOMMENDED LEASH: 3/4" width**
**LARGE (Up to 75 lbs)**

Common Breeds: Boxer, Dalmatian, Golden Retriever, Labrador Retriever, Weimaraner

**NECK: 16 - 26"**
**RECOMMENDED LEASH: 1" width, 2 ply for strong pullers**
**X-LARGE (75+ lbs)**

Common Breeds: Bernese Mountain Dog, Great Dane, Mastiff, Rottweiler, Saint Bernard

**NECK: 24 - 30"**
**RECOMMENDED LEASH: 1.5" width, 2 ply for strong pullers**

## *Crate & carrier sizing chart*

## Crate & Carrier Sizing Chart

Use the measurements below to help you choose the right accommodations for a healthy, happy pet.

**2X SMALL (Up to 10lbs):**

Common Breeds: Chihuahua, Pomeranian, Yorkshire Terrier

**YOUR PET SIZE: up to 9" tall, 16" long**
**EXTRA SMALL (Up to 15lbs):**

Common Breeds: Dachshund (miniature), Maltese, Pekingese

**YOUR PET SIZE: up to 11" tall, 18" long**
**SMALL (Up to 25lbs):**

Common Breeds: Cavalier King Charles, French Bulldog, Scottish Terrier

**YOUR PET SIZE: up to 16" tall, 22" long**
**MEDIUM (Up to 30lbs):**

Common Breeds: Beagle, Miniature Schnauzer, Welsh Corgi

**YOUR PET SIZE: up to 20" tall, 24" long**
**INTERMEDIATE (Up to 50lbs):**

Common Breeds: Cocker Spaniel, Shetland Sheepdog, Border Collie

**YOUR PET SIZE: up to 23" tall, 30" long**
**LARGE (Up to 70lbs):**

Common Breeds: Chow Chow, Samoyed, Whippet

**YOUR PET SIZE: up to 25" tall, 32" long**
**EXTRA LARGE (90lbs +):**

Common Breeds: German Shepherd, Golden Retriever, Labrador Retriever

**YOUR PET SIZE: up to 28" tall, 36" long**

## *Dog clothes sizing chart*

## Dog Clothes Sizing Chart

Use the measurements below to help you choose the right clothes for a healthy, happy pet.

**EXTRA SMALL:**

Common Breeds: Chihuahua, Toy Poodle

**NECK: 5.5" | BACK: 7" | CHEST: 12"**
**SMALL:**

Common Breeds: Beagle, Cocker Spaniel

**NECK: 6.5" | BACK: 9" | CHEST: 15"**
**MEDIUM:**

Common Breeds: Pug, Dalmatian

**NECK: 8" | BACK: 13" | CHEST: 19"**
**LARGE:**

Common Breeds: Boxer, German Shepherd

**NECK: 10" | BACK: 17" | CHEST: 24"**
**EXTRA LARGE:**

Common Breeds: Mastiff, Great Dane

**NECK: 13.5" | BACK: 20" | CHEST: 29"**

- Clothing protects the skin against rain, snow and extreme temperatures and footwear also protects paws from ice, hot or rough surfaces.
- Clothing adds a layer of comfort and reduces contact with biting insects, fleas and ticks.
- Clothing reduces the amount of loose hair and dander around your home, which helps control allergies in both you and your pet.

## *Dog harness sizing chart*

# Dog Harness Sizing Chart

Use the measurements below to help you choose the right harness. (1 lb = .45 kg)

**Girth is measured by the widest part of your dog's chest.**
**XX SMALL (Up to 5 lbs)**

Common Breeds: Chihuahua & Teacup Yorkshire Terrier

**GIRTH: 8 - 10"**
**RECOMMENDED LEASH: 5/16" width**
**X SMALL (5-10 lbs)**

Common Breeds: Dachshund (miniature), Maltese, Pomeranian, Toy Poodle, Yorkshire Terrier

**GIRTH: 9 - 15"**
**RECOMMENDED LEASH: 3/8" width**
**SMALL (10-25 lbs)**

Common Breeds: Cavalier King Charles, Pekingese, Miniature Schnauzer, Pug, Scottish Terrier

**GIRTH: 13 - 23"**
**RECOMMENDED LEASH: 5/8" width**
**MEDIUM (Up to 55 lbs)**

Common Breeds: Beagle, Border Collie, Boston Terrier, English Bulldog, French Bulldog

**GIRTH: 18 - 29"**
**RECOMMENDED LEASH: 3/4" width**
**LARGE (Up to 75 lbs)**

Common Breeds: Boxer, Dalmatian, Golden Retriever, Labrador Retriever, Weimaraner

**GIRTH: 22 - 39"**
**RECOMMENDED LEASH: 1" width, 2 ply for strong pullers**
**X-LARGE (75+ lbs)**

Common Breeds: Bernese Mountain Dog, Great Dane, Mastiff, Rottweiler, Saint Bernard

**GIRTH: 28 - 44"**
**RECOMMENDED LEASH: 1.25" width, 2 ply for strong pullers**

# affiliate program (FOLDER)

## *Affiliate agreement*

## Affiliate Agreement

MASTER AFFILIATE PROGRAM AGREEMENT

This Master Affiliate Program Agreement ('Agreement') is made between PetSmart, Inc. ('Merchant' or 'PetSmart') and [insert name of Partner] ('Partner' or 'you'), and contains the compete terms and conditions between the parties regarding Partner's application to participate as an affiliate of Merchant's Web site, PetSmart.com (the 'Site'), and the establishment of links from Partner's site to PetSmart's Site. Execution by Partner of this Agreement as set forth below constitutes Partner's acceptance of the terms and conditions of this Agreement, and will be legally binding between the parties.

BACKGROUND

Partner and Merchant are each enrolled in the Rakuten Affiliate Network. Partner and Merchant each desire to establish the general terms and conditions which shall govern advertising and commission arrangements between Partner and Merchant which result from their participation in the Rakuten Affiliate Network. To become a participant in Merchant's Affiliate Program, you must submit a completed Affiliate Program Application available at www.rakuten.com or www.petsmart.com. Merchant will evaluate Partner's application and notify Partner of acceptance or rejection. Merchant may reject the Partner's application if they determine, in their sole discretion, that Partner's site is not suitable for the Affiliate Program for any reason, including, but not limited to, inclusion of content that is in any way unlawful, harmful, threatening, defamatory, obscene, harassing, or racially, ethnically, or otherwise objectionable which, by way of example only, contains: (i) sexually explicit, pornographic, or obscene content (whether in text or graphics); (ii) speech or images that are offensive, profane, hateful, threatening, harmful, defamatory, libelous, harassing, or discriminatory (whether based on race, ethnicity, creed, religion, gender, sexual orientation, physical disability, or otherwise); (iii) graphic violence (which may include certain types of game sites), (iv) content related to liquor, tobacco, firearms, drugs, gambling, crime, or death, (v) politically sensitive or controversial issues (e.g. abortion, capital punishment) or other political content (e.g. lobbyists, political campaigns); or (vi) any unlawful behavior or conduct. If Merchant rejects Partner's application, the Partner is welcome to reapply to the Affiliate Program at any time, provided Partner has altered its site to delete all offending content. If Partner is a current or potential vendor or sells any product to Merchant, they are not allowed to participate in Merchant's Affiliate Program.

TERMS AND CONDITIONS

In consideration of the promises set forth below, the parties agree as follows:

1. Offers and Engagements.

1.1. From time to time, Merchant may post on the Rakuten Affiliate Network offers to pay to other participants a specified commission in return for certain advertising services leading to a Qualifying Link (defined below). If such offers receive an identification number from the Rakuten Affiliate Network, they shall be deemed to be an 'Offer' for purposes of this Agreement. The term 'Offer' shall also include any counter-offers resulting from an Offer.

1.2. If an Offer made by one party is accepted by the other party in accordance with the Offer's terms via the Rakuten Affiliate Network, an 'Engagement' will have been formed. Each Engagement shall have the same identification number as the original Offer that lead to the Engagement and shall be governed by the terms and conditions of this Agreement. However, in the event of any inconsistency between the terms of the specific Engagement and the terms of this Agreement, the terms of the Engagement shall govern.

1.3. At any time prior to Partner providing a Qualifying Link, Merchant may, with or without notice, (a) change, suspend, or discontinue any aspect of an Offer or an Engagement; or (b) remove, alter, or modify any graphic or banner ad submitted by Merchant for an Offer or an Engagement. Partner agrees to promptly implement any request from Merchant to remove, alter, or modify any graphic or banner ad submitted by Merchant that is being used by Partner as part of an Engagement.

2. Partner's Responsibilities.

2.1. Partner will link its site to areas within Merchant's Site using special URLs specified in the Engagement (the 'Required URLs'). Partner may post as many links to the Required URLs and the rest of Merchant's Site as it likes on Partner's site. The position, prominence, and nature of links on the Partner's site shall comply with any requirements specified in the Engagement, but otherwise, will be in the discretion of Partner.

2.2. Partner agrees not to make any representations, warranties, or other statements concerning Merchant, Merchant's Site, any of Merchant's products or services, or Merchant's Site policies, except as expressly authorized by the Engagement.

2.3. Partner is responsible for notifying Merchant and the Rakuten Affiliate Network of any malfunctioning of the Required URLs or other problems with Partner's participation in the Engagement. Merchant will respond promptly to all concerns upon notification by Partner.

2.4. Partner will be solely responsible for: (a) the technical operation of its site and all related equipment; (b) creating and posting product descriptions on its site and linking those descriptions to Merchant's catalog or Site; (c) the accuracy and appropriateness of materials posted on its site; (d) ensuring that materials posted on its site do not violate or infringe upon the rights of any third party (including, but not limited to, copyrights, trademarks, privacy, or other personal or proprietary rights); and (e) ensuring that materials posted on its site are not libelous or otherwise illegal.

2.5. Partner agrees that its site will not, in any way, copy or resemble the look and feel of Merchant's Site, nor will Partner create the impression that its site is Merchant's Site or is a part of Merchant's Site. Partner also agrees that Partner's site will not contain any content of Merchant's Site or any materials that are proprietary to Merchant, except (i) with Merchant's prior written permission, or (ii) materials obtained by Partner via the Merchant affiliate site in accordance with the provisions hereof or the policies or instructions thereon. Partner further agrees that its domain name does not and will not contain the words 'Pet Smart,' 'PetSmart,' 'PetSmart.com,' 'Petmart,' 'Pet Mart,' Smart Pet,' and/or 'Smartpet,' or any variation or misspelling thereof. Partner may not use any of the above-mentioned words or misspelling thereof in metags, hidden text, source code, or HTML tags including, but not limited to, page titles or HTML comment tags.

2.6. Purchasing or bidding for the placement of the above-mentioned words in Section 2.5, or any variation or misspelling thereof within any third party search engine or portal, including, but not limited to, AOL.com, Yahoo!.com, MSN.com, Google.com, netscape.com, excite.com, overture.com, ask.com, looksmart.com, findwhat.com, inktomi.com, lycos.com, metacrawler.com, and altavistacom is strictly prohibited. Partner also agrees to the following additional search engine advertising rules:

- Partner agrees not to drive traffic or attempt to drive traffic to www.petsmart.com through any qualifying link by bidding on any other companies' or competitors' trademarks;
- All advertisements must be directed to Partner's site or a page within Partner's site;
- Advertisements must not link directly to www.petsmart.com or any page within www.petsmart.com;
- Partner will not show www.petsmart.com as the url in their ads;
- Partner will not include any Merchant promotions in their advertisements; and
- Partner will not use the words 'official site' in connection with any use of Merchant's trademarks, or otherwise suggest or imply that their site is an official Merchant Site or partner.

2.7. Partner agrees that it will not employ any software applications, BHO's (browser helper objects), downloadable reminder services, or any other software or code in the form of pop-ups, pop-unders, and pop-

overs, to serve messages to shoppers on Merchant's Site or another affiliate's site, designed to divert them or pull them away from the web site he/she is currently shopping. Partner further agrees not to place links in newsgroups, message boards, banner networks, chatrooms, guest books, pop-ups, pop-unders, or pop-overs.

3. Commissions.

3.1. Merchant agrees to pay Partner the commission specified in the Engagement if Merchant sells to a visitor to Merchant's Site (a 'Customer') a product or service that is the subject of the Engagement, and if that Customer has accessed Merchant's site and purchased the product or service via a Qualifying Link.

3.2. A 'Qualifying Link' is a link from Partner's site to Merchant's Site using one of the Required URLs or any other URL provided by Merchant for use in the Rakuten Affiliate Network if it is the last link to the Merchant's Site that the Customer uses during a Session where a sale of a product or a service to Customer occurs. A 'Session' is the period of time beginning from a Customer's initial contact with Merchant's Site via a link from the Partner's site and terminating when the Customer either returns to the Merchant's Site via a link from a site other than Partner's site, the Engagement expires, or it is terminated.

3.3. Merchant shall have the sole right and responsibility for processing all orders made by Customers. Partner acknowledges that all agreements relating to sales to Customers shall be between Merchant and the Customer.

3.4. All determinations of Qualifying Links and whether a commission is payable will be made by the Rakuten Affiliate Network and will be final and binding on both Merchant and Partner. Prices for the products will be set solely by Merchant in its discretion.

4. Ownership and Licenses.

4.1. Each party owns and shall retain all right, title, and interest in its names, logos, trademarks, service marks, trade dress, copyrights, and proprietary technology, including, without limitation, those names, logos, trademarks, service marks, trade dress, copyrights, and proprietary technology currently used or which may be developed and/or used by it in the future.

4.2. Merchant grants Partner a non-transferable, non-exclusive, revocable license to: (i) access Merchant's Site through links established solely as set forth under the terms of this Agreement; and (ii) solely in connection with such links, to use Merchant's logos, trade names, trademarks, service marks, and similar identifying material (collectively, 'Licensed Materials'), solely for the purpose of selling Merchant's products on Partner's site. Partner is not permitted to alter, modify, or change the Licensed Material in any way whatsoever. Partner may only use the Licensed Materials to the extent Partner is a member in good standing of the Affiliate Program. Partner may not use any Licensed Materials for purposes other than selling Merchant's products without first submitting a sample of such use to Merchant and receiving Merchant's prior written consent. Partner is not permitted to use the Licensed Materials in any manner that is disparaging or that otherwise negatively portrays Merchant or anyone else. Merchant reserves all of its rights in the Licensed Materials and all other intellectual property rights. Merchant may revoke Partner's license at any time by notice to Partner. Partner acknowledges that, except for the license expressly granted in this Agreement, Partner has not acquired and will not acquire any right, interest, or title to the links or the Licensed Materials by reason of this Agreement or through the exercise of any rights in the links or the Licensed Material granted to Partner under this Agreement. This license shall terminate upon the effective date of the expiration or termination of this Agreement.

4.3. Partner grants to Merchant a non-exclusive license to utilize Partner's names, titles, logos, trademarks, and service marks (collectively, 'Affiliate Materials'), with prior written consent from Partner, to advertise, market, promote, and publicize in any manner under this Agreement. Merchant will not, however, be required to advertise, market, promote, or publicize Partner's site. Partner represents to Merchant that Partner is the sole and exclusive owner of the Affiliate Materials and has the right and power to grant to Merchant this license and such grant does not or will not: (i) breach, conflict with, or constitute a default under any agreement or other instrument applicable to Partner or binding upon Partner; or (ii) infringe upon any trademark, trade name, service mark, copyright, or other proprietary right of any other person or entity. This license shall terminate upon the effective date of the expiration or termination of this Agreement.

4.4. Customers who buy products through the affiliate program are customers of Merchant. All Merchant and Site rules, policies, and operating procedures concerning customer orders, customer service, and sales apply to these customers. Merchant may change its policies and operating procedures at any time, with or without notice. For example, Merchant will determine the prices to be charged for items of products sold under the affiliate program in accordance with Merchant's own pricing policies and product prices and availability may vary from time to time. Because price changes may affect items that Partner already has listed on its site, Partner may not include price information in its descriptions. Merchant will use commercially reasonable efforts to present accurate information, but it cannot guarantee the availability or price of any particular product.

5. Termination.

5.1. Either party may terminate any Engagement at any time by deleting their acceptance of the Engagement through the Rakuten Affiliate Network. Termination of an Engagement shall not terminate this Agreement or any other Engagement.

5.2. Either party may terminate this Agreement at any time, for any reason. Termination of this Agreement shall also terminate any outstanding Engagements. However, all rights to payment, causes of action, and any provisions which by their terms are intended to survive termination, shall survive termination of this Agreement.

6. Representations and Warranties.

6.1. Each party represents and warrants to the other that: (a) it has the authority to enter into this Agreement and sufficient rights to grant any licenses granted hereby; and (b) any material which is provided to the other party and displayed on the other party's site will not (i) infringe on any third party's copyright, patent, trademark, trade secret, or other proprietary rights or right of publicity or privacy; (ii) violate any applicable law, statute, ordinance, or regulation; (iii) be defamatory or libelous; (iv) be lewd, pornographic, or obscene; (v) violate any laws regarding unfair competition, antidiscrimination, or false advertising; (vi) promote violence or contain hate speech; or (vii) contain viruses, Trojan horses, worms, time bombs, cancelbots, or other similar harmful or deleterious programming routines.

6.2. Partner warrants and represents that it will not violate any federal (including, but not limited to, The CAN SPAM Act of 2003), state, or foreign provision of law, rule, or regulation related to unsolicited communications, including, but not limited to, telephone, mail, electronic mail, or facsimile, to a third party.

6.3. Partner further warrants and represents that it will not utilize any promotion, promotion code, coupon, or other promotional opportunity that is not specifically authorized for Merchant's Affiliate Program and explicitly authorized for Partner's use, and Merchant reserves the right to withhold or disallow commission payments for violations of this Section.

6.4. MERCHANT MAKES NO EXPRESS OR IMPLIED WARRANTIES OR REPRESENTATIONS WITH RESPECT TO THE AFFILIATE PROGRAM OR ANY PRODUCTS OR OTHER ITEMS SOLD THROUGH THE AFFILIATE PROGRAM (INCLUDING, WITHOUT LIMITATION, WARRANTIES OF FITNESS, MERCHANTABILITY, NON-INFRINGEMENT, OR ANY IMPLIED WARRANTIES ARISING OUT OF A COURSE OF PERFORMANCE, DEALING, OR TRADE USAGE). IN ADDITION, MERCHANT MAKES NO REPRESENTATION THAT THE OPERATION OF MERCHANT SITE WILL BE UNINTERRUPTED OR ERROR FREE, AND WILL NOT BE LIABLE FOR THE CONSEQUENCES OF ANY INTERRUPTIONS OR ERRORS.

7. Cross-Indemnification.

7.1. Partner hereby agrees to indemnify, defend, and hold harmless Merchant, its shareholders, officers, directors, employees, agents, affiliates, successors, and assigns, from and against any and all claims, losses, liabilities, damages, or expenses (including, without limitation, attorneys' fees and/or expert witness' fees and costs) of any nature whatsoever incurred or suffered by Merchant (collectively the 'Losses'), insofar as such Losses (or actions in respect thereof) arise out of or are based on: (i) any claim or threatened claim that

Merchant's use of any Affiliate Materials infringes on any rights of any third party; (ii) the breach of any representation or warranty made by Partner herein; or (iii) any claim related to Partner's site, including, but not limited to, the development, operation, maintenance, and contents of Partner's site.

8. LinkShare Required Provisions.

8.1. Merchant and Partner jointly and severally hereby agree to indemnify, defend, and hold harmless the Rakuten Affiliate Network and LinkShare Corporation and its affiliates, officers, directors, employees, and agents (collectively, 'LinkShare') from and against any and all liability, claims, losses, damages, injuries, or expenses (including reasonable attorneys' fees) directly or indirectly arising from or relating to any Offer, Engagement, any other matter related to this Agreement or the subject matter hereof or any dispute relating thereto.

8.2. The parties agree that LinkShare may rely on any data, notice, instruction, or request furnished to LinkShare by either party which is reasonably believed by LinkShare to be genuine and to have been sent or presented by a person reasonably believed by LinkShare to be authorized to act on behalf of one of the parties. In the event of any dispute between the parties, the parties agree that to the extent the parties contact and involve LinkShare, LinkShare may consult with and use counsel of its own choice in connection with such dispute and the reasonable fees and disbursements of LinkShare's counsel shall be within the costs and disbursements covered by the indemnity specified in Section 8.1 above.

8.3. Merchant and Partner acknowledge and agree that the nature of the Product is such that in its normal operation it may access and download elements of software data from resources which are external to the computer or device running the Product, such as Product-enabled servers. Merchant and Partner acknowledge that LinkShare has not undertaken to provide such external resources or servers and specifically disclaims any representation or warranty as to the availability, quality, or performance of such resources or whether they may contain any defects which may affect the performance of the Product or Merchant or Partner's computer. LinkShare shall not be responsible to provide any communications facilities or the costs associated with such communications.

9. Limitation of Liability.

9.1. Merchant will not be liable for indirect, special, or consequential damages, or any loss of revenue, profits, or data arising in connection with this Agreement or the Affiliate Program, even if Merchant has been advised of the possibility of such damages. Further, Merchant's aggregate liability arising with respect to this Agreement and the affiliate program will not exceed the total commissions paid or payable to Partner under this Agreement.

9.2. The parties agree that the Rakuten Affiliate Network and LinkShare Corporation and its affiliates, officers, directors, employees, and agents shall not be liable to either party for any direct, indirect, special, exemplary, consequential, or incidental damages, even if informed of the possibility of such damages.

10. Confidentiality.

10.1. Merchant may disclose to Partner certain information as a result of Partner's participation as part of the affiliate program, which information Merchant considers to be confidential (herein referred to as 'Confidential Information') which shall include, but not be limited to, any modifications to the terms and provisions of this Agreement made specifically for Partner's site and not generally available to other members of the affiliate program; Site, business, and financial information relating to Merchant; customer and vendor lists relating to Merchant; and pricing and sales information for Merchant and any members of the affiliate program, other than Partner. Confidential Information shall remain strictly confidential and secret and shall not be utilized, directly or indirectly, by Partner for Partner's own business purposes or for any other purpose except and solely to the extent that any such information is generally known or available to the public or if the same is required by law or legal process.

11. General.

11.1. Merchant and Partner are independent contractors, and nothing in this Agreement will create any partnership, joint venture, agency, franchise, sales representative, or employment relationship between the parties. Partner will: (a) have no authority to make or accept any offers or representations on Merchant's behalf; and (b) not make any statement, whether on Partner's site or otherwise, that reasonably would contradict anything in this Section.

11.2. The parties agree that the Rakuten Affiliate Network and LinkShare Corporation are intended third-party beneficiaries under this Agreement.

11.3. This Agreement will be governed by the laws of the United States and the State of Arizona, without reference to rules governing choice of laws. Any legal proceeding of any nature brought by either party against the other party to enforce any right or obligation under this Agreement, or arising out of any matter pertaining to this Agreement shall be submitted for trial, without a jury, before the federal or state courts located in Maricopa County, and Partner irrevocably consents to the jurisdiction of such courts. If Partner needs to send official correspondence, send it via registered mail to Merchant's headquarters to the attention of Merchant's Legal Department.

11.4. This Agreement may be agreed to in more than one counterpart, each of which together shall form one and the same instrument. The parties agree that execution may be achieved in any format convenient to the parties.

11.5. The provisions of this Agreement are independent of and separable from each other, and no provision shall be affected or rendered invalid or unenforceable by virtue of the fact that for any reason any other or others of them may be invalid or unenforceable in whole or in part. Merchant's failure to enforce Partner's strict performance of any provision of this Agreement will not constitute a waiver of Merchant's right to subsequently enforce such provision or any other provision of this Agreement.

11.6. Partner may not assign this Agreement, by operation of law or otherwise, without Merchant's prior written consent. Subject to the following restriction, this Agreement will be binding on, inure to the benefit of, and be enforceable against the parties and their respective successors and assigns.

11.7. Partner acknowledges that it has read this Agreement, had an opportunity to consult with legal advisors if so desired, and agrees to all its terms and conditions. Partner has independently evaluated the desirability of participating in the Merchant's affiliate program and is not relying on any representation, guarantee, or statement other than as set forth in this Agreement.

11.8. The provisions contained in this Agreement constitute the entire agreement between the parties with respect to the subject matter of this Agreement, and no statement or inducement with respect to such subject matter by any party which is not contained in this Agreement shall be valid or binding upon the parties.

I indicate my approval of this Agreement and desire to become an Affiliate under these terms and conditions by filling out and submitting the Affiliate Application Form.

## *Affiliate application*

## Affiliate Application

Click here for the affiliate application.

## *Affiliate FAQ*

## Affiliate FAQ

FREQUENTLY ASKED QUESTIONS

What is the petsmart.com Affiliate Program and how does it work?

The petsmart.com Affiliate Program is an online revenue partnership between you and petsmart.com. You generate revenue through commissions earned on all sales made through a petsmart.com link on your site. We provide banners and logos to place on your site which link to petsmart.com. When a visitor from your site clicks through to petsmart.com, we track the customer's purchase and pay you a commission on every sale. The customer's order carries a special tracking code letting us know they clicked through a link on your site and made a purchase at petsmart.com. We record every sale and the date the purchases were made. Our commission rate is based on a tiered structure.

Why choose the petsmart.com Affiliate Program?

- PetSmart is a nationally recognized brand that people know and trust—built on years of reliable service and great values—as the largest pet supply retailer in the country.
- We pay commissions on every product sold—thousands of quality pet supplies including specialty gifts and petsmart.com exclusive items found only on our site. The amount of commissions you can earn is unlimited!
- We provide the highest level of customer service and support. We fulfill orders and ship product from PetSmart's warehouses, in state-of-the-art fulfillment centers located in Ohio and Nevada.

How do I track orders and determine how much I should be paid?

We do all the tracking for you. Once you've been approved and your site links have been properly established, you can get up-to-date online reports and track your sales performance. Your results are updated each day to provide the latest information you need to monitor your performance and better manage your affiliate relationship with petsmart.com. Your commissions and rewards will be paid monthly.

How much does it cost to join?

It's absolutely FREE to join our Affiliate Program! There is no application fee or minimum sales requirement.

Who can participate?
Anyone with a website may participate. Whether you have a large shopping or community site, or an individual web page, we welcome you to become an affiliate! Some restrictions apply. Please visit our Affiliate Agreement for additional details.
Will I earn a commission on purchases made through my own link?

Yes! You'll receive commissions on all purchases made through your link.

How do I create links to petsmart.com?

It's easy! Once you've been accepted into our Affiliate Program, we'll send you an email with simple instructions for copying and pasting the special html tracking code into your site's source file.

Can I link to individual products?

Yes! You may create links to any of the 10,000+ products on petsmart.com or choose from our selection of Special Promotion, Homepage, Pet Shopping, Search and Clearance banners and text links.

What should I do if I forgot my username and password?
Please visit http://marketing.rakuten.com/affiliate-marketing and click on 'Login,' and follow the instructions located beneath the username box to have your username and password sent to you by email.
If I, or my customers, use a coupon for purchases made through my link, will I still receive credit?

Yes! You will receive credit for all purchases made through your links, including those made using coupons.

How long does it take for sales and revenue to show on my reports?

Orders placed before 10 p.m. (Pacific Time), will appear on your sales report the following day. Your revenue report (which shows your affiliate earnings) will appear after the entire order has been shipped. Unless an item is backordered, orders generally ship within 24 hours from when the order was placed.

## *Affiliate program*

# Affiliate Program

**Grow your business with PetSmart!**

It's simple to join our Affiliate Program. Just link to petsmart.com from your website and receive commission on all orders that originate from your site. Once you are a member, you'll get instructions on how to join the program.

SIGN UP

Complete our easy online application. Once you are a Rakuten Affiliate Network publisher, you'll get instructions on how to join the PetSmart Affiliate Program.

COPY A LINK

Choose from a variety of storefronts, banners and product and text links — the code is automatically created. Then, simply copy the code into your site's HTML source file, upload and the banner appears on your site.

START EARNING

Every time a visitor to your website clicks through the petsmart.com promotional offer or banner on your site and makes a purchase at petsmart.com, you'll earn commission on the sale! You can log on and check your sales any time with a username and password you choose.

We fulfill orders, ship product, handle customer inquiries, track your commissions and mail you checks. It's simple and there's no limit to what you can earn.

LET'S GET STARTED

- Review our Affiliate Agreement.
- Complete our easy Affiliate Application.
- Watch your email for instructions on placing a petsmart.com banner or text link on your website.

For more information, visit our Affiliate FAQ page. If you have any questions or comments, please email us at petsmartaffiliates@linkshare.com.