IN THE UNITED STATES DISTRICT COURT
FOR THE NORHTERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HOLLY BLAINE VANZANT, and SHERRY NEVIUS, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>HILL's PET NUTRITION INC., and PETSMART, INC.,<br><br>    Defendants. | No. 1:17 cv 2535<br><br>Hon. Jorge L. Alonso |

**NOTICE OF MOTION**

    PLEASE TAKE NOTICE that on Tuesday, May 2, 2023, at 9:30 a.m., we shall appear before the Honorable Jorge L. Alonso, Judge of the United States District Court, Northern District of Illinois, 219 South Dearborn Street, Courtroom 1903, Chicago, Illinois, and present PLAINTIFFS' MOTION FOR LEAVE TO FILE PROVISIONALLY UNDER SEAL THE DECLARATION OF MICHAEL P. MORRILL IN SUPPORT OF PLAINTIFFS' REPLY SUPPORTING THEIR MOTION FOR CLASS CERTIFICATION AS TO DEFENDANT HILL'S PET NUTRITION, INC. AND PLAINTIFFS' REPLY SUPPORTING THEIR MOTION FOR CLASS CERTIFICATION AS TO DEFENDANT PETSMART, LLC, a copy of which is herewith served upon you.

DATED: April 26, 2023                    **PLAINTIFFS**

                                                          By: */s/Ellen M. Carey*
                                                          One of Their Attorneys

| | |
|---|---|
| Ellen M. Carey<br>Brian P. O'Meara<br>Forde & O'Meara LLP<br>191 North Wacker Drive, 31st Floor<br>Chicago IL 60606<br>(312) 641-1441<br>bomeara@fordellp.com<br>ecarey@fordellp.com | Michael P. Morrill<br>Pope McGlamry, P.C.<br>1200 6th Avenue<br>Columbus, GA 31901<br>(706) 324-0050<br>mikemorrill@pmkm.com |

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, states that the foregoing NOTICE OF MOTION was electronically filed with the Clerk of Court by using the CM/ECF system, which will provide copies to all counsel of record registered to receive CM/ECF notification on this 26th day of April, 2023.

                                                                               */s/Ellen M. Carey*