UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HOLLY BLAINE VANZANT, and SHERRY NEVIUS, individually and on behalf of all others similarly situated,<br><br>                  Plaintiffs,<br><br>v.<br><br>HILL'S PET NUTRITION, INC., and PETSMART, INC.<br><br>                  Defendants. | Case No. 1:17-cv-02535<br><br>Hon. Jorge L. Alonso |

## JOINT STATUS REPORT

The parties, by and through their undersigned attorneys, hereby submit this Joint Status Report pursuant to this Court's November 9, 2023 Order.

**Status of *Moore, et al. v. Mars Petcare US Inc., et al.*, N.D. Cal. Case No. 3:16-cv-07001**

On November 17, 2023, the Hon. Maxine M. Chesney, United States District Judge, held a hearing in *Moore* on:

(1) Defendants' *Daubert* Motion to Exclude Plaintiffs' Materiality Expert Thomas Maronick;

(2) Defendants' *Daubert* Motion to Exclude the Opinions and Testimony of Plaintiffs' Proffered Consumer Survey Expert Rebbecca Reed-Arthurs;

(3) Defendants' *Daubert* Motion to Exclude Plaintiffs' Damages Expert Janet Netz;

(4) Plaintiffs' *Daubert* Motion to Exclude Defendants' Damages Expert Anderson;

(5) Plaintiffs' *Daubert* Motion to Partially Exclude Defendants' Survey Expert Butler;

(6) Plaintiffs' Motion to Strike Statement of Recent Decision;

(7) Plaintiff Greta L. Ervin's Motion to Certify a Class as to Defendant Royal Canin USA, Inc.;

(8) Plaintiffs Cynthia Welton, Nichols Smith, and Tamara Moore's Motion to Certify a Class as to Hill's Pet Nutrition Inc.; and

(9) Plaintiff Renee Edgren's Motion to Certify a Class as to Mars PetCare US, Inc.

On November 21, 2023, Judge Chesney entered an order denying Plaintiffs' and Defendants' *Daubert* motions, granting in part and denying in part Plaintiffs' Motion to Strike Statement of Recent Decision, and deferring ruling on Plaintiffs' motions for class certification pending supplemental briefing as to predominance and damages. See 11/21/23 Order, attached hereto as Exhibit A. On December 1, 2023, the parties submitted a stipulated supplemental briefing schedule in accordance with the court's November 21 order. Pursuant to that briefing schedule, supplemental briefing on Plaintiffs' motions for class certification is scheduled to be complete on January 31, 2024, with potential sur-reply briefing, and any appellate proceedings extending thereafter.

Respectfully submitted,

Dated: December 8, 2023

By: *Ellen M. Carey*

Ellen M. Carey
Forde & O'Meara LLP
191 North Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: (312) 641-1441
ecarey@fordellp.com

Michael L. McGlamry
Pope McGlamry, P.C.
3391 Peachtree Road, NE, Suite 300
Atlanta, Georgia 30326
Telephone: (404) 523-7706
mmcglamry@pmkm.com

Edward "Trip" J. Coyne, III
WARD AND SMITH, P.A.
127 Racine Drive
Wilmington, NC  28403
Telephone: (910) 794-4800
ejcoyne@wardandsmith.com

*Attorneys for Plaintiffs*

By:  *Hannah Y. Chanoine*

Hannah Y. Chanoine (*pro hac vice*)
Jeffery A. N. Kopczynski (*pro hac vice*)
Gerard A. Savaresse (*pro hac vice*)
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036-6524
Telephone: (212) 326-2000
hchanoine@omm.com
jkopczynski@omm.com
gsavaresse@omm.com

Richard B. Goetz (*pro hac vice*)
O'MELVENY & MYERS LLP
400 South Hope Street
18th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
rgoetz@omm.com

Amy J. Laurendeau (*pro hac vice*)
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
Telephone: (949) 823-6900
alaurendeau@omm.com

By:  *Kara L. McCall*

Kara L. McCall
Julie Becker
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-2666
kmccall@sidley.com
julie.becker@sidley.com

*Attorneys for PetSmart LLC*

3

John C. Gekas
ARNSTEIN & LEHR LLP
120 South Riverside Plaza, Suite 1200
Chicago, IL 60606
Telephone: (312) 876-7124
jgekas@arnstein.com

*Attorneys for Hill's Pet Nutrition, Inc.*

# Exhibit A

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA MOORE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MARS PETCARE US, INC., et al.,<br><br>Defendants. | Case No. 16-cv-07001-MMC<br><br>**ORDER DENYING *DAUBERT* MOTIONS; GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO EXCLUDE/STRIKE; DEFERRING RULING ON PLAINTIFFS' MOTIONS FOR CLASS CERTIFICATION; SETTING BRIEFING SCHEDULES** |

Before the Court are "Defendants' *Daubert* Motion to Exclude Plaintiffs' Materiality Expert Thomas Maronick" (Doc. No. 277), "Defendants' *Daubert* Motion to Exclude the Opinions and Testimony of Plaintiffs' Proffered Consumer Survey Expert Rebbecca Reed-Arthurs" (Doc. No. 278), "Defendants' *Daubert* Motion to Exclude Plaintiffs' Damages Expert Janet Netz" (Doc. No. 279), "Plaintiffs' *Daubert* Motion to Exclude Joshua Anderson" (Doc. No. 304), "Plaintiffs' *Daubert* Motion to Partially Exclude Sarah Butler" (Doc. No. 305), "Plaintiffs' Motion to Exclude or Strike Docket Entry 350" (Doc. No. 353), "Plaintiff Greta L. Ervin's Motion for Class Certification as to Defendant Royal Canin U.S.A., Inc." (Doc. No. 261), "Plaintiffs' Motion for Class Certification as to Defendant Hill's Pet Nutrition, Inc." (Doc. No. 262), and "Plaintiff Renee Edgren's Motion for Class Certification as to Defendant Mars Petcare US, Inc." (Doc. No. 264).

The matters came on regularly for hearing on November 17, 2023. Michael L. McGlamry and Kimberly J. Johnson of Pope McGlamry, P.C., Matthew D. Davis of Walkup, Melodia, Kelly & Schoenberger, Edward J. Coyne III of Ward and Smith, P.A.,

1 and Ellen M. Carey of Forde & O'Meara LLP appeared on behalf of plaintiffs. Hannah Y. Chanoine, Amy J. Laurendeau, and Bruce P. Crawford of O'Melveny & Myers LLP appeared on behalf of defendant Hill's Pet Nutrition. Stephen D. Raber and Joseph S. Bushur of Williams & Connolly LLP appeared on behalf of defendants Mars Petcare US and Royal Canin USA.

Having considered the papers filed in support of and in opposition to the motions, as well as the parties' respective oral arguments, the Court, for the reasons stated on the record at the hearing, rules as follows:

1. Defendants' *Daubert* Motions are hereby DENIED.

2. Plaintiffs' *Daubert* Motions are hereby DENIED.

3. Plaintiff's "Motion to Exclude or Strike Docket Entry 350" (Doc. No. 353) is hereby GRANTED as to Exhibit B and in all other respects DENIED.

4. Ruling on plaintiffs' Motions for Class Certification is hereby DEFERRED pending supplemental briefing.

5. The parties shall file, no later than December 1, 2023, a stipulated supplemental briefing schedule as to predominance and damages.

6. Plaintiff shall file, no later than December 1, 2023, any supplement to its Reply as to Cynthia Welton's adequacy as class representative, such filing to consist solely of citations to her deposition page numbers.

**IT IS SO ORDERED.**

Dated: November 21, 2023

MAXINE M. CHESNEY
United States District Judge