# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| HOLLY BLAINE VANZANT, *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> HILL'S PET NUTRITION INC., *et al.* ) <br> ) <br> Defendants. ) <br> ) | Case No: 1:17-cv-2535 <br><br> Hon. Jorge L. Alonso |

### DEFENDANT PETSMART LLC'S UNCONTESTED MOTION TO WITHDRAW MOTION FOR ENTRY OF FINAL JUDGMENT

Defendant PetSmart LLC ("PetSmart"), by and through its attorneys Sidley Austin LLP, files this uncontested motion to withdraw its Motion For Entry of Final Judgment (the "Motion"), filed on March 7, 2025, and Joint Stipulation Regarding Briefing Schedule, entered by the Court on March 12, 2025. Dkt Nos. 421, 423, and 425.

Dated: April 11, 2025

Respectfully Submitted,

*/s/ Amy P. Lally*
Amy P. Lally (admitted *pro hac vice*)
Julie Becker (ARDC No. 6326582)
Abigail Bachrach (ARDC No. 6337057)
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
T: (312) 853-2666
alally@sidley.com
julie.becker@sidley.com
abachrach@sidley.com

*Attorneys for Defendant PetSmart LLC*