# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| HOLLY BLAINE VANZANT, and SHERRY NEVIUS, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>HILL'S PET NUTRITION, INC., and PETSMART, INC.<br><br>      Defendants. | Case No. 1:17-cv-02535<br><br>Hon. Jorge L. Alonso |

## JOINT STATUS REPORT

As instructed by the Court (D.E. 431), Plaintiffs and Defendant PetSmart LLC ("PetSmart"), by and through their undersigned attorneys, submit this Joint Status Report.

Plaintiff Holly Blaine Vanzant (the only Plaintiff who pursued a claim against PetSmart) and PetSmart met and conferred regarding PetSmart's motion. Plaintiff took the position that entry of final judgment as to PetSmart pursuant to Fed. R. Civ. P. 54(b) could lead to piecemeal appellate review. *See Gass v. Nat'l Container Corp.*, 271 F.2d 231, 233 (7th Cir. 1959) (explaining that Rule 54(b) should be used sparingly—only "in the infrequent, harsh case"—and noting the risk it creates of piecemeal appeals). PetSmart maintained that the motion had merit. After discussions, Plaintiff Vanzant and PetSmart entered into a confidential settlement agreement, and PetSmart withdrew its motion for entry of final judgment.

Plaintiff Vanzant and PetSmart do not anticipate any further steps with respect to PetSmart in this litigation. Plaintiff Vanzant and PetSmart will submit a proposed order of dismissal with prejudice as to PetSmart pursuant to settlement within fourteen days.

| | |
|---|---|
| Dated: April 28, 2025 | Respectfully submitted, |

/s/ *Ellen M. Carey*
Ellen M. Carey
**FORDE & O'MEARA LLP**
191 North Wacker Drive, 31st Floor
Chicago IL 60606
T: (312) 641-1441
ecarey@fordellp.com

Edward J. Coyne III
**WARD AND SMITH, P.A.**
127 Racine Drive
Wilmington North Carolina 28403
T: (910) 794-4800
ejcoyne@wardandsmith.com

Michael L. McGlamry
Kimberly J. Johnson
**POPE MCGLAMRY, P.C.**
3391 Peachtree Road, NE, Suite 300
Atlanta, GA 30326
T: (404) 523-7706
mmcglamry@pmkm.com
KimJohnson@pmkm.com

*Attorneys for Plaintiffs*

/s/ *Amy P. Lally*
Amy P. Lally
**SIDLEY AUSTIN LLP**
1999 Avenue of the Stars,
17th Fl.
Los Angeles, CA 90067
T: (310) 595-9500
alally@sidley.com

Julie Becker
Abigail Bachrach
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
T: (312) 853-7000
julie.becker@sidley.com
abachrach@sidley.com

*Attorneys for Defendant PetSmart LLC*