# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| HOLLY BLAINE VANZANT, and SHERRY NEVIUS, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>HILL'S PET NUTRITION, INC., and PETSMART, INC.<br><br>    Defendants. | Case No. 1:17-cv-02535<br><br>Hon. Jorge L. Alonso |

## AGREED ORDER DISMISSING PETSMART, LLC
## WITH PREJUDICE PURSUANT TO SETTLEMENT

Pursuant to confidential agreement by and between Plaintiff Holly Blaine Vanzant ("Vanzant") and Defendant PetSmart LLC ("PetSmart"), through their respective counsel, Plaintiff Vanzant's claims against PetSmart are hereby dismissed with prejudice pursuant to settlement, all parties to bear their own costs and fees.

Dated: May 12, 2025        Respectfully submitted,

                */s/ Ellen M. Carey*
                Ellen M. Carey
                Forde & O'Meara LLP
                191 North Wacker Drive, 31st Floor
                Chicago IL 60606
                T: (312) 641-1441
                ecarey@fordellp.com

                Edward J. Coyne III
                WARD AND SMITH, P.A.
                127 Racine Drive
                Wilmington North Carolina 28403
                T: (910) 794-4800
                ejcoyne@wardandsmith.com

Michael L. McGlamry
Kimberly J. Johnson
Pope McGlamry, P.C.
3391 Peachtree Road, NE, Suite 300
Atlanta, GA 30326
T: (404) 523-7706
mmcglamry@pmkm.com
KimJohnson@pmkm.com

*Attorneys for Plaintiffs*


*/s/ Amy P. Lally*
Amy P. Lally
**SIDLEY AUSTIN LLP**
1999 Avenue of the Stars, 17th Fl.
Los Angeles, CA 90067
T: (310) 595-9500
alally@sidley.com

Julie Becker
Abigail Bachrach
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
T: (312) 853-7000
julie.becker@sidley.com
abachrach@sidley.com

*Attorneys for Defendant PetSmart LLC*


Entered:

_____

Hon. Jorge L. Alonso