# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Holly Blaine Vanzant, et al.
                                              Plaintiff,

v.                                                          Case No.: 1:17−cv−02535
                                                            Honorable Jorge L. Alonso

Hill's Pet Nutrition, Inc., et al.
                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 27, 2025:

      MINUTE entry before the Honorable Jorge L. Alonso: The Court is in receipt of the parties' joint status report [436]. At the parties' request, the Court strikes the 7/2/25 status hearing. The Court orders the parties to file a joint status report regarding next steps in this litigation within ten days of the conclusions of the proceedings in the Seventh Circuit related to Plaintiffs' Rule 23(f) petition. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.