**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| HOLLY BLAINE VANZANT, and SHERRY NEVIUS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HILL'S PET NUTRITION, INC.<br><br>Defendant. | Case No. 1:17-cv-02535<br><br>Hon. Jorge L. Alonso |

**JOINT STATUS REPORT**

The parties, by and through their undersigned attorneys, hereby submit this Joint Status Report pursuant to this Court's June 27, 2025 Order.

**Case Status**

The parties are in the process of meeting and conferring in good faith regarding next steps in this litigation. The parties respectfully request an additional thirty (30) days to submit a joint status report regarding next steps in this litigation.

Dated: August 8, 2025

Respectfully submitted,

By: *Ellen M. Carey*

Ellen M. Carey
Forde & O'Meara LLP
191 North Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: (312) 641-1441
ecarey@fordellp.com

Michael L. McGlamry
Pope McGlamry, P.C.

3391 Peachtree Road, NE, Suite 300
Atlanta, Georgia 30326
Telephone: (404) 523-7706
mmcglamry@pmkm.com

Edward "Trip" J. Coyne, III
WARD AND SMITH, P.A.
127 Racine Drive
Wilmington, NC 28403
Telephone: (910) 794-4800
ejcoyne@wardandsmith.com

*Attorneys for Plaintiffs*

By: *Hannah Y. Chanoine*

Hannah Y. Chanoine (*pro hac vice*)
O'MELVENY & MYERS LLP
1301 Avenue of the Americas
Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
hchanoine@omm.com

Richard B. Goetz (*pro hac vice*)
O'MELVENY & MYERS LLP
400 South Hope Street
19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
rgoetz@omm.com

Amy J. Laurendeau (*pro hac vice*)
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
Telephone: (949) 823-6900
alaurendeau@omm.com

John C. Gekas
SAUL EWING LLP
161 N. Clark St.
Suite 4200

Chicago, IL 60601
Telephone: (312) 876-7124
john.gekas@saul.com

*Attorneys for Hill's Pet Nutrition, Inc.*