# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Holly Blaine Vanzant, et al.
                              Plaintiff,

v.                                                  Case No.: 1:17–cv–02535
                                                            Honorable Jorge L. Alonso

Hill's Pet Nutrition, Inc., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 14, 2025:

      MINUTE entry before the Honorable Jorge L. Alonso: At the parties' joint request communicated by counsel to the Courtroom Deputy, the deadline for the updated joint status report is extended to 12/22/25. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.